JS 44   (Rev. 03/24)                          **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

ALLSTATE INSURANCE COMPANY, et al.
(See attached caption with attorneys of record)

**DEFENDANTS**

ROOPANI, SOHAIL, et al.
(See attached caption)

**(b)** County of Residence of First Listed Plaintiff     Cook County, IL
            *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
            *(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Nathan A. Tilden, King, Tilden, McEttrick & Brink, P.C., 350 Granite Street, Suite 2204, Braintree, MA 02184 (617) 770-2214 (See attached caption with attorneys of record)

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 1962

Brief description of cause:  Violations of the Racketeer Influenced and Corrupt Organizations Act, Common-Law Fraud, Civil Conspiracy to Commit Fraud, and Money Had and Received

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$7,902,718.43

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
April 10, 2026

SIGNATURE OF ATTORNEY OF RECORD
/s/ Nathan A. Tilden

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY AND CASUALTY<br>INSURANCE COMPANY,<br>ALLSTATE FIRE AND CASUALTY INSURANCE<br>COMPANY,<br>ALLSTATE NORTH AMERICAN INSURANCE<br>COMPANY,<br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY, and<br>ALLSTATE COUNTY MUTUAL INSURANCE<br>COMPANY,<br><br>       Plaintiffs,<br><br>v.<br><br>SOHAIL ROOPANI,<br>PIONEER HEALTHCARE, LLC,<br>SUNNY TRAIL INVESTMENTS, LLC D/B/A<br>EDLOE VENTURES,<br>FMCH, LLC D/B/A ELITE HEALTH SERVICES,<br>EDLOE HEALTH, LLC,<br>ELITE GP, LLC,<br>ELITE HS HOLDCO, L.P.,<br>ELITE HSR, LLC,<br>CLAY HEALTHCARE SERVICES, LLC D/B/A<br>EDLOE IMAGING - WEST HOUSTON AND<br>D/B/A ELITE HEALTH SERVICES-WEST<br>HOUSTON,<br>MED CENTER HEALTHCARE SERVICES, L.P.<br>D/B/A EDLOE IMAGING - MEDICAL CENTER<br>AND D/B/A ELITE HEALTH SERVICES –<br>MEDICAL CENTER,<br>GRAND PARKWAY IMAGING & SLEEP<br>CENTER, INC. D/B/A EDLOE IMAGING -<br>SUGAR LAND AND D/B/A ELITE HEALTH<br>SERVICES – SUGAR LAND,<br>FOCUS MEDCARE, INC. D/B/A EDLOE<br>IMAGING - BAYTOWN,<br>CORE MD MANAGEMENT, PLLC F/K/A CORE<br>MD MANAGEMENT, LLC,<br>CENTERS FOR PAIN RELIEF, PLLC, | C.A. No.: ___ |

1

PRIME ORTHOPEDIC, PLLC,
OLYMPIC SPINE AND JOINT, PLLC,
PAIN ALLEVIATION AND INTERVENTIONAL
NEEDS, PLLC F/K/A PAIN ALLEVIATION AND
INTERVENTIONAL NEEDS, LLC,
ANIL ROOPANI,
RAHIL ROOPANI, M.D.,  and
BARKETALI ROOPANI,

              Defendants.

## ATTACHMENT TO CIVIL ACTION COVER SHEET

The attorneys of record for the Plaintiffs are:

- Nathan A. Tilden, King, Tilden, McEttrick & Brink, P.C., 350 Granite Street, Suite 2204, Braintree, MA 02184 (617) 770-2214

- Douglas D. McInnis, King, Tilden, McEttrick & Brink, P.C., 350 Granite Street, Suite 2204, Braintree, MA 02184 (617) 770-2214