# EXHIBIT 18

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 18

Core Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0556224558 | I.B. | 1/15/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0526451299 | T.S. | 1/16/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0559914055 | L.H. | 1/16/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0577054893 | S.N. | 2/10/2020 | Core | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0577054893 | S.N. | 2/10/2020 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | U.S. Mail |
| 0577050602 | I.Z. | 2/13/2020 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | Interstate wires |
| 0577054893 | S.N. | 2/24/2020 | Core | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0577054893 | S.N. | 2/26/2020 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | U.S. Mail |
| 0577050602 | I.Z. | 2/27/2020 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | Interstate wires |
| 0577050602 | I.Z. | 2/27/2020 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | Interstate wires |
| 0579797083 | Y.D. | 3/2/2020 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | Interstate wires |
| 0577054893 | S.N. | 3/2/2020 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | U.S. Mail |
| 0579797083 | Y.D. | 3/16/2020 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | Interstate wires |
| 0577054893 | S.N. | 3/16/2020 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | U.S. Mail |
| 0579797083 | Y.D. | 4/9/2020 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0579797083 | Y.D. | 4/23/2020 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0577054893 | S.N. | 5/7/2020 | Core | Allstate | Health Insurance Claim Form | Sara Goel | U.S. Mail |
| 0518587316 | T.G. | 7/22/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0482047636 | D.M. | 7/23/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0482047636 | S.M. | 7/23/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0580962264 | C.A. | 8/21/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0583293535 | Z.G. | 8/21/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0572946440 | M.G. | 8/26/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0583571054 | S.S. | 9/28/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0534167168 | R.K. | 9/30/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0540934759 | S.M. | 9/30/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0569024250 | S.W. | 10/1/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0576974604 | T.W. | 10/1/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0580339967 | C.J. | 10/30/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0598752160 | J.E. | 11/5/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0540881471 | D.S. | 11/9/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0588568048 | A.E. | 11/11/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0589173079 | E.A. | 11/12/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0541423018 | C.P. | 12/11/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0548400423 | D.M. | 12/11/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0593267016 | C.M. | 12/15/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0563363308 | M.F. | 12/17/2020 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0588302349 | M.R. | 1/25/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0606105476 | A.P. | 1/26/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0606105476 | A.P. | 1/26/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0547514224 | R.E. | 2/9/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0560843401 | S.L. | 2/10/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0571788231 | M.A. | 2/25/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0614425700 | E.R. | 3/2/2021 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | U.S. Mail |
| 0614425700 | E.R. | 3/16/2021 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | U.S. Mail |
| 0614817435 | K.T. | 3/25/2021 | Core | Owsley & Associates | Health Insurance Claim Form | Core Health | U.S. Mail |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 18

Core Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0614817435 | T.L. | 3/25/2021 | Core | Owsley & Associates | Health Insurance Claim Form | Shelby Gunby | U.S. Mail |
| 0614425700 | E.R. | 4/6/2021 | Core | Allstate | Health Insurance Claim Form | Shelby Gunby | U.S. Mail |
| 0604441907 | G.G. | 4/29/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0643195463 | L.L. | 5/3/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0599796735 | J.F. | 5/4/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0602209488 | B.B. | 5/4/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0558587985 | I.C. | 5/6/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0503594434 | R.K. | 6/17/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0593798332 | J.N. | 6/22/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618952782 | J.V. | 6/22/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0612267104 | F.M. | 7/23/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0611531970 | M.O. | 7/29/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0601500408 | J.C. | 8/3/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0613722719 | M.L. | 8/3/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0616322376 | T.B. | 8/4/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0557199048 | T.W. | 8/27/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0614160539 | S.O. | 9/1/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0607387339 | A.R. | 9/3/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0629389735 | E.J. | 9/27/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0614852507 | A.S. | 9/28/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0606392827 | C.S. | 10/1/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0627087604 | L.M. | 10/1/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0614425700 | E.R. | 10/29/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0614425700 | E.R. | 11/1/2021 | Allstate | Core | Explanation of Medical Bill Payment | - | U.S. Mail |
| 0614425700 | E.R. | 11/2/2021 | Allstate | Core | Explanation of Medical Bill Payment | - | U.S. Mail |
| 0614425700 | E.R. | 11/2/2021 | Allstate | Core | Explanation of Medical Bill Payment | - | U.S. Mail |
| 0635390149 | A.W. | 11/2/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0638073452 | S.C. | 11/2/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0602556540 | M.G. | 11/3/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0622957074 | T.G. | 12/9/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0624411526 | S.W. | 12/10/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0595480500 | N.P. | 12/13/2021 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0660815937 | P.L. | 3/3/2022 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0712543875 | B.S. | 3/10/2022 | Core | Maida Law Firm | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0712543875 | B.S. | 3/10/2022 | Core | Maida Law Firm | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0660815937 | P.L. | 3/14/2022 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0661242776 | C.R. | 3/25/2022 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0661242776 | C.R. | 3/25/2022 | Core Health | C.R. | Patient Activity Statement | - | Interstate wires |
| 0664250578 | J.R. | 4/4/2022 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0664250578 | M.R. | 4/4/2022 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0739375160 | G.C. | 4/21/2022 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | U.S. Mail |
| 0712543875 | B.S. | 5/5/2022 | Core | Maida Law Firm | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0660815937 | P.L. | 5/19/2022 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0712543875 | B.S. | 6/13/2022 | Core | Maida Law Firm | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0614817435 | T.L. | 7/13/2022 | Owsley Law Firm, PLLC | Allstate | Attorney Demand Letter | - | U.S. Mail |
| 0614817435 | K.T. | 7/14/2022 | Owsley Law Firm, PLLC | Allstate | Attorney Demand Letter | - | U.S. Mail |

2

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 18

Core Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0579797083 | Y.D. | 7/21/2022 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664894078 | J.J. | 7/29/2022 | Core | J.J. | Patient Activity Statement | - | U.S. Mail |
| 0682771472 | M.M. | 8/24/2022 | Core | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0682771472 | M.M. | 8/24/2022 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0682771472 | M.M. | 9/7/2022 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0660815937 | P.L. | 9/14/2022 | The Nichols Law Group, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0682771472 | M.M. | 9/20/2022 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0686965195 | A.N. | 10/6/2022 | Core | Allstate | Health Insurance Claim Form | Janna Young | Interstate wires |
| 0661242776 | C.R. | 10/10/2022 | Leo & Oginni Trial Lawyers, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | J.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | K.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | M.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0686965195 | A.N. | 11/9/2022 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0692248230 | E.K. | 12/10/2022 | Core | Terry & Thweatt, P.C. | Health Insurance Claim Form | Maria-Eli Aganon | Interstate wires |
| 0692248230 | E.K. | 12/29/2022 | Core | Terry & Thweatt, P.C. | Health Insurance Claim Form | Lell Jayachandra | U.S. Mail |
| 0682771472 | M.M. | 1/17/2023 | Calhoun Meredith, PLLC | Allstate | Attorney Demand Letter | - | U.S. Mail |
| 0692248230 | E.K. | 1/19/2023 | Core | Terry & Thweatt, P.C. | Health Insurance Claim Form | Lell Jayachandra | U.S. Mail |
| 0702290941 | C.C. | 3/11/2023 | Core | Ruiz Law Firm, PLLC | Health Insurance Claim Form | Maria-Eli Aganon | Interstate wires |
| 0704334242 | H.S. | 3/11/2023 | Core | Allstate | Health Insurance Claim Form | Maria-Eli Aganon | Interstate wires |
| 0706439262 | C.A. | 3/16/2023 | Core | Allstate | Health Insurance Claim Form | Lell Jayachandra | Interstate wires |
| 0706264348 | T.M. | 3/23/2023 | Core | Attorney Carl Moore | Health Insurance Claim Form | Janna Young | U.S. Mail |
| 0706264348 | T.M. | 3/23/2023 | Core | Attorney Carl Moore | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0704334242 | H.S. | 3/31/2023 | Core | Allstate | Health Insurance Claim Form | Janna Young | Interstate wires |
| 0706264348 | T.M. | 4/6/2023 | Core | Attorney Carl Moore | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0706439262 | C.A. | 4/8/2023 | Core | Allstate | Health Insurance Claim Form | Maria-Eli Aganon | Interstate wires |
| 0702290941 | C.C. | 4/21/2023 | Core | Ruiz Law Firm, PLLC | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0706264348 | T.M. | 4/27/2023 | Core | Attorney Carl Moore | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0706439262 | C.A. | 5/4/2023 | Core | Allstate | Health Insurance Claim Form | Lell Jayachandra | Interstate wires |
| 0704334242 | H.S. | 5/8/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0712543875 | B.S. | 5/19/2023 | Maida Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0713854487 | L.E. | 5/25/2023 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0713854487 | L.E. | 5/25/2023 | Core | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0713854487 | L.E. | 6/8/2023 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0715407144 | S.H. | 6/8/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0702290941 | C.C. | 6/9/2023 | Core | Ruiz Law Firm, PLLC | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0713854487 | L.E. | 6/22/2023 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0577050602 | I.Z. | 6/23/2023 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0713640878 | B.M. | 7/27/2023 | Core | Montes & Guevara Law Firm | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0723840435 | N.V. | 8/3/2023 | Core | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0723840435 | N.V. | 8/3/2023 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0755848173 | B.S. | 8/16/2023 | Core | Shariff Law Firm | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0723840435 | N.V. | 8/21/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0713854487 | L.E. | 8/22/2023 | Schiffer Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0692248230 | E.K. | 8/23/2023 | Core | E.K. | Patient Activity Statement | - | Interstate wires |
| 0726396855 | C.C. | 8/24/2023 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | U.S. Mail |
| 0726396855 | C.C. | 8/24/2023 | Core | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 18

Core Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0711603597 | A.B. | 8/31/2023 | Core Health | A.B. | Patient Activity Statement | - | Interstate wires |
| 0706439262 | C.A. | 9/1/2023 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0726396855 | C.C. | 9/7/2023 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0727649139 | B.M. | 9/7/2023 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | U.S. Mail |
| 0727649139 | B.M. | 9/7/2023 | Core | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0723840435 | N.V. | 9/14/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0724842133 | S.E. | 9/18/2023 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0726396855 | C.C. | 9/18/2023 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0729520659 | E.N. | 9/21/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0727649139 | B.M. | 9/21/2023 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0729911270 | G.A. | 10/10/2023 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0729911270 | G.A. | 10/10/2023 | Core | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0729877455 | M.T. | 10/12/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0727649139 | B.M. | 10/12/2023 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | U.S. Mail |
| 0724842133 | S.E. | 10/16/2023 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0729877455 | M.T. | 10/24/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0761045566 | L.D. | 10/28/2023 | Core | L.D. | Patient Activity Statement | - | U.S. Mail |
| 0729520659 | E.N. | 11/9/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0729911270 | G.A. | 11/9/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0700691025 | M.H. | 11/21/2023 | Core Health | M.H. | Patient Activity Statement | - | Interstate wires |
| 0700691025 | M.H. | 11/27/2023 | Law Offices Abraham, Watkins, Nichols, Agosto, Aziz & Stogner | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0737145524 | C.M. | 11/30/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | U.S. Mail |
| 0711603597 | A.B. | 12/1/2023 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0738121466 | J.M. | 12/7/2023 | Core | Allstate | Health Insurance Claim Form | Leela Jayachandra | Interstate wires |
| 0737145524 | C.M. | 12/7/2023 | Core | Allstate | Health Insurance Claim Form | Leela Jayachandra | U.S. Mail |
| 0738121466 | J.M. | 12/14/2023 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0708285424 | D.A. | 12/19/2023 | The Connolly Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0708285424 | D.A. | 12/19/2023 | Core Health | D.A. | Patient Activity Statement | - | Interstate wires |
| 0729520659 | E.N. | 12/26/2023 | The Law Office of Joe Ray Rodriguez P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0700995359 | V.G. | 12/29/2023 | Core Health | V.G. | Patient Activity Statement | - | Interstate wires |
| 0738121466 | J.M. | 1/11/2024 | Core | Allstate | Health Insurance Claim Form | Leela Jayachandra | Interstate wires |
| 0739972502 | B.B. | 1/12/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0739972502 | B.B. | 1/12/2024 | Core | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0761045566 | L.D. | 1/15/2024 | Core | L.D. | Patient Activity Statement | - | U.S. Mail |
| 0739972502 | B.B. | 1/30/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0729877455 | M.T. | 1/31/2024 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0700995359 | V.G. | 2/13/2024 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0739972502 | B.B. | 2/13/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0739972502 | B.B. | 2/20/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0715407144 | S.H. | 2/21/2024 | Martin Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0686965195 | A.N. | 2/29/2024 | Law Offices Abraham, Watkins, Nichols, Agosto, Aziz & Stogner | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0726396855 | C.C. | 3/6/2024 | Allstate | Core | Explanation of Medical Bill Payment | - | U.S. Mail |
| 0726396855 | C.C. | 3/6/2024 | Allstate | Core | Explanation of Medical Bill Payment | - | U.S. Mail |
| 0726396855 | C.C. | 3/6/2024 | Allstate | Core | Explanation of Medical Bill Payment | - | U.S. Mail |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 18

Core Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0726396855 | C.C. | 3/6/2024 | Allstate | Core | Explanation of Medical Bill Payment | - | U.S. Mail |
| 0692248230 | E.K. | 3/12/2024 | Terry & Thweatt, P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0745744425 | L.A. | 3/15/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0739972502 | B.B. | 3/19/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0749222329 | V.D. | 3/25/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0745744425 | L.A. | 3/28/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0747518801 | M.M. | 3/28/2024 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | U.S. Mail |
| 0702290941 | C.C. | 4/5/2024 | Ruiz Law Firm, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0749222329 | V.D. | 4/8/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0737145524 | C.M. | 4/8/2024 | Core | C.M. | Patient Activity Statement | - | U.S. Mail |
| 0723840435 | N.V. | 4/12/2024 | CO & CO Attorneys at Law | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0753037753 | H.G. | 4/16/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0747518801 | M.M. | 4/18/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | U.S. Mail |
| 0753287648 | M.K. | 4/20/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0729911270 | G.A. | 4/25/2024 | The Law Office of Joe Ray Rodriguez P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0753037753 | H.G. | 4/26/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0753287648 | M.K. | 4/29/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0745744425 | L.A. | 5/1/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0753037753 | H.G. | 5/3/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0738121466 | J.M. | 5/21/2024 | The Karam Law Office | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0755427150 | H.H. | 5/25/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0755427150 | L.A. | 5/25/2024 | Core | Allstate | Health Insurance Claim Form | Cuong Ngo | Interstate wires |
| 0757119540 | A.B. | 6/6/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0757119540 | A.B. | 6/6/2024 | Core | Allstate | Health Insurance Claim Form | Mustafa Gomberawalla | Interstate wires |
| 0757119540 | H.F. | 6/6/2024 | Core | Allstate | Health Insurance Claim Form | Mustafa Gomberawalla | Interstate wires |
| 0757119540 | H.F. | 6/6/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0755427150 | L.A. | 6/10/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0753287648 | M.K. | 6/12/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0755427150 | H.H. | 6/13/2024 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0757119540 | A.B. | 6/20/2024 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0757119540 | H.F. | 6/20/2024 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0753287648 | M.K. | 6/26/2024 | Core | Allstate | Health Insurance Claim Form | Mary Agustin | Interstate wires |
| 0724842133 | S.E. | 6/28/2024 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0757119540 | H.F. | 7/11/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0753037753 | H.G. | 7/16/2024 | Farrar & Ball LLP Trial Attorneys | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0757119540 | A.B. | 7/25/2024 | Core | Allstate | Health Insurance Claim Form | Mayla Garcia | Interstate wires |
| 0755848173 | B.S. | 7/31/2024 | Shariff Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0745744425 | L.A. | 8/14/2024 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0739972502 | B.B. | 8/19/2024 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0749222329 | V.D. | 8/27/2024 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0757119540 | A.B. | 8/27/2024 | Z&P Law Group PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0704334242 | H.S. | 8/28/2024 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0715315545 | M.M. | 8/30/2024 | The Connolly Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0715315545 | M.M. | 8/30/2024 | Core Health | M.M. | Patient Activity Statement | - | Interstate wires |
| 0755427150 | H.H. | 10/15/2024 | Strickland Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0755427150 | L.A. | 10/15/2024 | Strickland Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 18

Core Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0757119540 | H.F. | 10/21/2024 | Z&P Law Group PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0753287648 | M.K. | 10/31/2024 | The Law Offices of Komar Khawaja | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0736619610 | I.M. | 1/8/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0756899083 | J.R. | 1/8/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753054568 | S.H. | 1/10/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767437767 | A.A. | 1/10/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767437767 | A.A. | 1/10/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0754319556 | A.F. | 1/11/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753339233 | E.W. | 1/13/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766078026 | O.G. | 1/14/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772070256 | F.O. | 1/14/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0749474136 | H.S. | 1/15/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768937690 | K.W. | 1/15/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776169518 | S.Z. | 1/15/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780951117 | A.S. | 5/10/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783946361 | E.C. | 5/10/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0676715790 | C.J. | 5/12/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0748681863 | O.R. | 5/13/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765081962 | L.F. | 5/13/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777100447 | J.O. | 5/13/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769317066 | A.T. | 7/18/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769317066 | J.W. | 7/18/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781528609 | A.M. | 7/19/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781528609 | G.S. | 7/19/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781528609 | M.M. | 7/19/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0787365188 | A.M. | 7/25/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768703290 | P.B. | 9/25/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781608633 | J.N. | 9/26/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745725788 | I.R. | 9/29/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777875378 | M.B. | 9/30/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792114340 | S.S. | 10/1/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792001182 | D.J. | 10/2/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0795595239 | E.J. | 10/3/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0796193712 | M.E. | 10/4/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0798123295 | S.H. | 12/29/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784515470 | M.M. | 12/30/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778624668 | B.D. | 12/31/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0795191139 | T.T. | 12/31/2025 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806463618 | A.B. | 1/5/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806463618 | A.F. | 1/5/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755562667 | L.F. | 1/6/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0794062695 | Z.Z. | 1/6/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0789176450 | A.G. | 1/7/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745035550 | K.H. | 1/8/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799267083 | J.J. | 1/30/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784720996 | A.C. | 1/31/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 18

Core Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0798245411 | L.S. | 1/31/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0797854148 | H.D. | 2/2/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0800275943 | W.G. | 2/2/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801626151 | N.V. | 2/2/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0814345633 | A.H. | 2/2/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0814345633 | E.H. | 2/2/2026 | Core | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |