# EXHIBIT 19

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 19
Clay Healthcare Services-West Houston Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0558954459 | K.M. | 1/7/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0522683648 | J.G. | 1/8/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0555435668 | R.J. | 1/9/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0513028886 | D.C. | 1/22/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0528114572 | A.W. | 1/27/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0521802520 | W.F. | 1/29/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0547665943 | S.K. | 1/30/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0577054893 | S.N. | 2/13/2020 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0577054893 | S.N. | 2/26/2020 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Reza Malek | U.S. Mail |
| 0577054893 | S.N. | 3/11/2020 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0577050602 | I.Z. | 3/13/2020 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0577814585 | A.C. | 3/13/2020 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0579797083 | Y.D. | 4/20/2020 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0578368805 | A.P. | 5/22/2020 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0581793247 | M.F. | 5/28/2020 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0592574957 | O.M. | 7/14/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0583982103 | B.M. | 7/14/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0581793247 | M.F. | 9/11/2020 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0581367570 | F.G. | 10/28/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0586004368 | J.A. | 10/30/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0569160500 | A.H. | 12/8/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0599602215 | G.A. | 12/10/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0578368805 | A.P. | 12/16/2020 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0593141039 | G.G. | 1/8/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0575848346 | I.R. | 1/25/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0606105476 | A.P. | 1/26/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0613742709 | S.R. | 3/19/2021 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0581793247 | M.F. | 3/22/2021 | Crim & Villalpando | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0613742709 | S.R. | 4/2/2021 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0614817435 | K.T. | 4/6/2021 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0614817435 | T.L. | 4/6/2021 | Elite Health Services - WH | Owsley Law Firm, PLLC | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0565409448 | J.G. | 5/24/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0608880860 | C.W. | 5/26/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0614791838 | N.C. | 6/11/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0600690499 | A.A. | 6/14/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0559780787 | S.S. | 8/2/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0624791695 | J.C. | 8/3/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0606071702 | N.R. | 9/15/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0625510326 | B.A. | 9/16/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0609102966 | R.R. | 10/13/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0613742709 | S.R. | 10/14/2021 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0617681473 | M.M. | 10/18/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0615152576 | N.N. | 10/18/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0626864045 | M.U. | 11/8/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0629042771 | L.O. | 11/17/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0614425700 | E.R. | 11/18/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0609608699 | A.M. | 12/9/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 19

Clay Healthcare Services-West Houston Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0618283527 | P.M. | 12/16/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0640265996 | O.O. | 12/28/2021 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0660815937 | P.L. | 3/14/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0660815937 | P.L. | 3/29/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0664250578 | J.R. | 4/8/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0664250578 | J.R. | 4/8/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0664250578 | K.R. | 4/8/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0664250578 | K.R. | 4/8/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0664250578 | M.R. | 4/8/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0664250578 | M.R. | 4/8/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0712543875 | B.S. | 5/23/2022 | Elite Health Services - WH | Maida Law Firm | Health Insurance Claim Form | Kristin Coleman | U.S. Mail |
| 0664894078 | J.J. | 6/1/2022 | Elite Health Services | J.J. | Patient Activity Statement | - | U.S. Mail/Interstate wires |
| 0739375160 | G.C. | 7/2/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mohsin Ghadiali | U.S. Mail |
| 0614817435 | T.L. | 7/13/2022 | Owsley Law Firm, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0614817435 | K.T. | 7/14/2022 | Owsley Law Firm, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0579797083 | Y.D. | 7/21/2022 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0739375160 | G.C. | 8/6/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | U.S. Mail |
| 0577814585 | A.C. | 8/30/2022 | Nava Law Group, P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0660815937 | P.L. | 9/14/2022 | The Nichols Law Group, LLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | J.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PPLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | K.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PPLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | M.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PPLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0686965195 | A.N. | 11/2/2022 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0706264348 | T.M. | 4/20/2023 | Elite Health Services - WH | Attorney Carl Moore | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0704334242 | H.S. | 4/21/2023 | Elite Health Services - West H | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0712543875 | B.S. | 5/19/2023 | Maida Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0713640878 | B.M. | 6/6/2023 | Elite Health Services - WH | Montes & Guevara Law Firm | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0713854487 | L.E. | 6/15/2023 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0577050602 | I.Z. | 6/23/2023 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0713854487 | L.E. | 8/22/2023 | Schiffer Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0711603597 | A.M. | 8/31/2023 | Elite Health Services - West Houston | A.M. | Patient Activity Statement | - | Interstate wires |
| 0723840435 | N.V. | 9/2/2023 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0726396855 | C.C. | 9/15/2023 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0727649139 | B.M. | 9/27/2023 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0727649139 | B.M. | 9/29/2023 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0700691025 | M.H. | 11/21/2023 | Elite Health Services - West Houston | M.H. | Patient Activity Statement | - | Interstate wires |
| 0700691025 | M.H. | 11/27/2023 | Law Offices of Abraham, Watkins, Nichols, Agosto, Aziz & Stogner | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0711603597 | A.M. | 12/1/2023 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0708285424 | D.A. | 12/19/2023 | The Connolly Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0708285424 | D.A. | 12/19/2023 | Elite Health Services - West Houston | D.A. | Patient Activity Statement | - | Interstate wires |
| 0724842133 | S.E. | 1/10/2024 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0686965195 | A.N. | 2/29/2024 | Law Offices of Abraham, Watkins, Nichols, Agosto, Aziz & Stogner | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0726396855 | C.C. | 3/12/2024 | Allstate | Elite Health Services West | Explanation of Medical Bill Payment | - | U.S. Mail |
| 0749222329 | V.D. | 4/3/2024 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 19

Clay Healthcare Services-West Houston Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0723840435 | N.V. | 4/12/2024 | CO & CO Attorneys at Law | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0747518801 | M.M. | 4/12/2024 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mustafa Gomberawalla | U.S. Mail |
| 0753037753 | H.G. | 4/23/2024 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Mustafa Gomberawalla | Interstate wires |
| 0747518801 | M.M. | 5/16/2024 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | U.S. Mail |
| 0752920785 | O.L. | 5/21/2024 | Elite Health Services - WH | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0755427150 | L.A. | 6/8/2024 | Elite Health Service - West Houston | Allstate | Health Insurance Claim Form | Mustafa Gomberawalla | Interstate wires |
| 0755427150 | H.N. | 6/10/2024 | Elite Health Service - West Houston | Allstate | Health Insurance Claim Form | Mustafa Gomberawalla | Interstate wires |
| 0752920785 | O.L. | 6/14/2024 | Domingo Garcia Attorney | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0724842133 | S.E. | 6/28/2024 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0757119540 | H.F. | 6/28/2024 | Elite Health Service - West Houston | Allstate | Health Insurance Claim Form | Mustafa Gomberawalla | Interstate wires |
| 0757119540 | A.B. | 6/29/2024 | Elite Health Service - West Houston | Allstate | Health Insurance Claim Form | Mustafa Gomberawalla | Interstate wires |
| 0753037753 | H.G. | 7/16/2024 | Farrar & Ball LLP Trial Attorneys | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0749222329 | V.D. | 8/27/2024 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0757119540 | A.B. | 8/27/2024 | Z&P Law Group PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0704334242 | H.S. | 8/28/2024 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0715315545 | M.M. | 8/30/2024 | The Connolly Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0715315545 | M.M. | 8/30/2024 | Elite Health Services - West Houston | M.M. | Patient Activity Statement | - | Interstate wires |
| 0755427150 | H.H. | 10/15/2024 | Strickland Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0755427150 | L.A. | 10/15/2024 | Strickland Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0757119540 | H.F. | 10/21/2024 | Z&P Law Group PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0756899083 | J.R. | 1/8/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753054568 | S.H. | 1/10/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764121844 | P.L. | 1/15/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0771851029 | J.J. | 1/16/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0771450749 | L.D. | 1/17/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0705465029 | A.O. | 1/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0691754097 | J.L. | 1/21/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0733719215 | A.M. | 1/24/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0748390309 | N.S. | 1/24/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0714751476 | I.C. | 1/28/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745751941 | Y.J. | 1/28/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764936266 | M.W. | 1/29/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770776003 | M.S. | 1/29/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0748214848 | J.R. | 1/31/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0711102673 | G.N. | 2/1/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773076617 | T.E. | 2/4/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781469929 | A.L. | 2/5/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769179375 | H.L. | 2/15/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769204280 | D.E. | 2/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755537818 | A.H. | 2/19/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751672098 | M.M. | 2/22/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0749861547 | M.D. | 2/24/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0724743430 | M.C. | 2/25/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 19

Clay Healthcare Services-West Houston Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0743417883 | A.Q. | 2/26/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766561229 | A.E. | 2/27/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770773943 | C.M. | 3/4/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770773943 | G.M. | 3/4/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0703073502 | E.E. | 3/7/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776538415 | I.C. | 3/7/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776538415 | N.C. | 3/7/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764241899 | H.M. | 3/8/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0746953843 | I.R. | 3/11/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0714131026 | E.P. | 3/12/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0746953843 | A.P. | 3/12/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0738528041 | B.W. | 3/15/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750480907 | M.A. | 3/21/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772980884 | J.N. | 3/21/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0758358758 | L.L. | 3/29/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777401696 | I.E. | 3/29/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764241899 | A.H. | 4/1/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766450803 | N.P. | 4/1/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769351511 | J.M. | 4/1/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766450803 | N.P. | 4/2/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762108595 | B.H. | 4/9/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762108595 | K.H. | 4/9/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762108595 | K.H. | 4/9/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751309022 | G.R. | 4/11/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762228377 | N.Q. | 4/11/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751309022 | A.C. | 4/12/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778320218 | E.D. | 4/12/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781352125 | D.G. | 4/12/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773808365 | R.J. | 4/16/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774885735 | M.G. | 4/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750147027 | D.F. | 4/19/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750147027 | J.J. | 4/19/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750147027 | K.W. | 4/19/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769520494 | R.C. | 4/21/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769520494 | D.R. | 4/22/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772732053 | A.P. | 4/22/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774885735 | M.G. | 4/23/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777901232 | X.H. | 4/26/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783250368 | M.G. | 4/26/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783849912 | E.P. | 4/29/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762255933 | F.R. | 4/30/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762255933 | J.T. | 4/30/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788065258 | D.R. | 5/6/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783946361 | E.C. | 5/8/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783946361 | E.C. | 5/10/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777100447 | J.O. | 5/13/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780444493 | N.A. | 5/16/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 19

Clay Healthcare Services-West Houston Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0752547273 | I.M. | 5/17/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780478541 | J.T. | 5/20/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777523739 | S.F. | 5/21/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780444493 | M.E. | 5/21/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0761050392 | M.P. | 5/23/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778894261 | E.N. | 5/23/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0743611253 | M.G. | 5/28/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772602215 | R.D. | 5/28/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0713560274 | N.M. | 6/3/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0724977921 | K.B. | 6/4/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753437458 | W.G. | 6/5/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770518982 | G.M. | 6/10/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773719117 | E.M. | 6/13/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765146246 | B.O. | 6/16/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0756775185 | J.G. | 6/26/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773195549 | J.J. | 6/26/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753437458 | W.G. | 6/27/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786876664 | D.R. | 7/1/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785229212 | Y.P. | 7/2/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783912462 | A.T. | 7/3/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783912462 | A.T. | 7/4/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781465729 | M.D. | 7/9/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765764865 | S.C. | 7/15/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783912462 | B.T. | 7/15/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773195549 | L.B. | 7/16/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774502405 | J.A. | 7/16/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0754031086 | J.H. | 7/22/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0789334109 | L.C. | 7/31/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0693492415 | M.A. | 8/5/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0693492415 | T.A. | 8/5/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0714558806 | I.C. | 8/5/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784210437 | V.C. | 8/6/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785727157 | D.H. | 8/7/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781413356 | N.H. | 8/8/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783912462 | B.T. | 8/13/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769704379 | G.B. | 8/14/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786146548 | B.J. | 8/14/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786506162 | A.P. | 8/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792740581 | E.H. | 8/19/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0716159884 | M.J. | 8/23/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0716159884 | N.G. | 8/23/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791275852 | T.S. | 8/25/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792663106 | J.L. | 8/28/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765446109 | K.C. | 8/29/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765446109 | M.P. | 9/4/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0761777515 | B.C. | 9/9/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779895521 | S.I. | 9/9/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 19

Clay Healthcare Services-West Houston Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0778974162 | K.S. | 9/10/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790388771 | D.D. | 9/10/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786556209 | N.L. | 9/12/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0804772416 | S.R. | 9/17/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773378856 | C.L. | 9/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773378856 | F.L. | 9/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791996746 | J.R. | 9/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0804772416 | S.R. | 9/19/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777548090 | D.S. | 9/24/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791999773 | O.B. | 9/25/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788433373 | Y.A. | 9/27/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780927570 | C.A. | 10/6/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784143430 | H.C. | 10/8/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805781192 | A.A. | 10/10/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780293734 | N.S. | 10/15/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786378554 | V.J. | 10/15/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0794848515 | L.M. | 10/15/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786378554 | P.J. | 10/16/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0795676147 | T.L. | 10/16/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785778606 | R.R. | 10/17/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0794908186 | O.C. | 10/17/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0733164818 | P.S. | 10/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779058980 | K.S. | 10/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785501875 | J.Y. | 10/21/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0794761998 | J.C. | 10/21/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799267083 | O.M. | 10/29/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765568852 | T.J. | 10/30/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0754048098 | E.V. | 10/31/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784796616 | T.D. | 10/31/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784796616 | X.K. | 10/31/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788300663 | D.H. | 10/31/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784796616 | T.D. | 11/4/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784796616 | X.K. | 11/4/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0798902417 | H.Z. | 11/5/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0804233765 | D.Z. | 11/5/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0803107951 | V.R. | 11/6/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0804233765 | B.P. | 11/6/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791041262 | L.S. | 11/8/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0797502481 | J.B. | 11/8/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0763733250 | P.W. | 11/10/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791479777 | D.S. | 11/11/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801697763 | C.J. | 11/14/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0782485437 | J.L. | 11/20/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780899356 | C.A. | 11/25/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767915804 | F.S. | 11/26/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802904391 | M.A. | 12/2/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802904391 | T.O. | 12/2/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 19

Clay Healthcare Services-West Houston Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0792642225 | I.O. | 12/3/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802904391 | M.A. | 12/3/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802904391 | T.O. | 12/3/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806584447 | H.R. | 12/3/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783136229 | T.G. | 12/5/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788775070 | F.B. | 12/6/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799223839 | N.E. | 12/6/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0661785691 | J.G. | 12/10/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792731507 | J.P. | 12/11/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775420805 | R.H. | 12/12/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799223839 | O.O. | 12/16/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784720996 | D.F. | 12/17/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783837834 | J.T. | 12/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788445393 | N.M. | 12/18/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805012044 | J.C. | 12/19/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0810504720 | C.S. | 12/20/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801930637 | J.L. | 12/23/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805116126 | R.M. | 12/23/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806463618 | A.B. | 12/23/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806463618 | A.F. | 12/23/2025 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806463618 | A.B. | 1/5/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806463618 | A.F. | 1/5/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755562667 | L.F. | 1/6/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775825342 | I.W. | 1/6/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0794062695 | Z.Z. | 1/6/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802616060 | A.C. | 1/6/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745035550 | K.H. | 1/8/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788445393 | A.H. | 1/10/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799358379 | D.C. | 1/12/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799775555 | I.D. | 1/14/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806146998 | K.S. | 1/16/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806684395 | J.R. | 1/21/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806684395 | K.T. | 1/21/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0793173915 | N.R. | 1/23/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0789826987 | J.H. | 1/24/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0793173915 | S.R. | 1/27/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0795002237 | T.H. | 1/27/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0795002237 | T.R. | 1/27/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0787655554 | A.H. | 1/28/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0741428684 | Z.Z. | 1/30/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805304730 | E.G. | 1/30/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784720996 | A.C. | 1/31/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751569773 | M.J. | 2/3/2026 | Elite Health Services - West Houston | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |