# EXHIBIT 21

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 21

Grand Parkway Imaging-Sugar Land Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0558954459 | K.M. | 1/7/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0533008041 | T.C. | 1/13/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0558358875 | K.M. | 1/13/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0467495155 | R.C. | 1/15/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0556224558 | I.B. | 1/15/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0526451299 | T.S. | 1/16/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0524152997 | E.V. | 2/4/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0524152997 | J.G. | 2/4/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0561471194 | S.J. | 2/24/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0501469860 | A.S. | 3/2/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0547240127 | T.W. | 3/2/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0517794939 | S.V. | 4/14/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0567986112 | W.N. | 4/14/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0540791829 | N.K. | 5/29/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0563204486 | S.S. | 5/29/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0576039291 | T.M. | 6/2/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0516843711 | D.S. | 6/3/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0516843711 | R.S. | 6/3/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0532367448 | M.G. | 6/29/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0539558949 | J.R. | 6/30/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0563363308 | M.F. | 7/1/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0564370302 | S.A. | 7/2/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0565024379 | A.G. | 8/17/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0469173702 | A.C. | 8/18/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0586769218 | R.S. | 9/24/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0584537260 | D.M. | 9/28/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0569024250 | S.W. | 10/1/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0579745430 | C.D. | 10/5/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0566789350 | S.S. | 11/13/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0572405249 | Q.D. | 11/13/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0540791829 | N.K. | 11/25/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0522915081 | T.S. | 12/9/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0563363308 | M.F. | 12/17/2020 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0585173313 | E.E. | 1/4/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0593167091 | E.V. | 1/4/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0595844028 | E.M. | 1/11/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0598428407 | B.S. | 1/11/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0599984373 | H.L. | 1/20/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0591260179 | M.D. | 1/21/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0597038553 | R.W. | 2/4/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 21

Grand Parkway Imaging-Sugar Land Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0585386675 | C.V. | 2/8/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0585386675 | J.T. | 2/8/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0602414377 | P.D. | 3/3/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0579125253 | J.M. | 3/15/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0578493884 | M.L. | 3/26/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0565856598 | J.L. | 3/30/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0605758985 | U.T. | 4/9/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0602015703 | B.F. | 4/12/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0583051487 | J.S. | 4/14/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0588060673 | G.S. | 4/14/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0577596173 | R.B. | 4/15/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0593877632 | J.M. | 4/15/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0603655473 | A.G. | 4/19/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0612517599 | C.B. | 5/4/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0469881691 | L.W. | 5/10/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0608524203 | E.S. | 5/18/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0608524203 | L.F. | 5/18/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0601602139 | L.S. | 6/1/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0620495829 | J.S. | 6/1/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0620571083 | D.C. | 6/22/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0589425198 | V.G. | 7/20/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0617170246 | B.K. | 7/27/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0580338515 | J.N. | 8/2/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0575946553 | O.O. | 8/3/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0597728062 | J.B. | 8/6/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0623132693 | G.R. | 8/6/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0612067892 | V.T. | 8/13/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0603765504 | J.C. | 9/2/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0597728062 | E.M. | 9/6/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618019509 | J.S. | 9/15/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618657209 | C.O. | 10/6/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618657209 | J.A. | 10/6/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618657209 | C.O. | 10/13/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0587891771 | M.C. | 11/3/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0627942089 | D.D. | 11/12/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0639425842 | L.G. | 11/15/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0587891771 | M.C. | 11/16/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0623075645 | M.R. | 11/26/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0571566025 | A.B. | 12/2/2021 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0552132631 | E.R. | 1/7/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 21

Grand Parkway Imaging-Sugar Land Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0633405865 | F.A. | 1/10/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0648580058 | M.C. | 1/21/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0640769345 | A.V. | 1/28/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0644482309 | C.W. | 2/17/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0643280407 | P.B. | 2/18/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0640588745 | J.C. | 2/21/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0643280407 | P.B. | 2/22/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0644482309 | C.W. | 2/24/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0631582558 | D.S. | 2/25/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0585122930 | J.G. | 3/22/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0631582558 | D.S. | 3/24/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0601876675 | P.C. | 4/5/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0589425198 | V.G. | 4/7/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0655726271 | C.F. | 4/8/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0634816441 | I.S. | 4/19/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0631402211 | Z.S. | 5/2/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0630200210 | L.S. | 5/5/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0658306907 | J.W. | 5/10/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0658697445 | T.D. | 5/11/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0650835515 | J.G. | 7/18/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0650835515 | M.G. | 7/19/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0655754513 | L.H. | 7/29/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0633751920 | G.W. | 8/1/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0587565060 | Z.V. | 8/2/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0655626422 | A.P. | 8/4/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0574885927 | D.B. | 8/5/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0668649908 | D.B. | 8/8/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0682771472 | M.M. | 9/16/2022 | Elite Health Services - Sugarland | Allstate | Health Insurance Claim Form | Kristin Coleman | U.S. Mail |
| 0663086411 | J.V. | 9/29/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0612089986 | A.S. | 10/3/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0656884129 | J.B. | 10/13/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0640250452 | B.S. | 10/14/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0651309247 | N.M. | 11/2/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0653855593 | K.S. | 11/3/2022 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0692248230 | E.K. | 12/20/2022 | Elite Health Services - Sugar Land | Terry & Thweatt, P.C. | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0692248230 | E.K. | 12/20/2022 | Elite Health Services - Sugar | Terry & Thweatt, P.C. | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0682771472 | M.M. | 1/17/2023 | Calhoun Meredith, PLLC | Allstate | Attorney Demand Letter | - | U.S. Mail |
| 0695390088 | A.A. | 2/22/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0640746616 | J.P. | 2/27/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0674765581 | M.P. | 2/28/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

3

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 21

Grand Parkway Imaging-Sugar Land Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0706439262 | C.A. | 4/20/2023 | Elite Health Services - Sugar | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0706439262 | C.A. | 4/20/2023 | Elite Health Services - Sugar | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0677154783 | O.F. | 5/23/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0703523100 | M.M. | 5/24/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0692248230 | E.K. | 5/31/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0692876501 | C.K. | 6/1/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618629703 | E.M. | 6/2/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0664873023 | M.A. | 8/18/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0708150461 | J.S. | 8/21/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0692248230 | E.K. | 8/23/2023 | Elite Health Services - Sugar | E.K. | Patient Activity Statement | - | Interstate wires |
| 0695257824 | G.C. | 8/29/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0680455367 | J.W. | 8/30/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0706439262 | C.A. | 9/1/2023 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0755848173 | B.S. | 9/1/2023 | Elite Health Services - Sugar | Shariff Law Firm | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0699285698 | G.F. | 9/1/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0699285698 | K.C. | 9/4/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0761045566 | L.D. | 10/28/2023 | Elite Health Services -Sugarland | L.D. | Patient Activity Statement | - | U.S. Mail |
| 0703774653 | C.P. | 11/7/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0723847513 | V.Z. | 11/10/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0689771994 | J.T. | 11/13/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0711926329 | C.P. | 11/17/2023 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0676108517 | N.L. | 1/12/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0721729556 | E.C. | 1/15/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0721729556 | S.G. | 1/15/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0707599428 | A.B. | 2/22/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0669707472 | T.W. | 2/26/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0712971092 | V.N. | 3/7/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0692248230 | E.K. | 3/12/2024 | Terry & Thweatt, P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0753037753 | H.G. | 5/1/2024 | Elite Health Services - Sugarland | Allstate | Health Insurance Claim Form | Naiyer Imam | Interstate wires |
| 0753037753 | H.G. | 5/1/2024 | Elite Health Services - Sugarland | Allstate | Health Insurance Claim Form | Naiyer Imam | Interstate wires |
| 0757119540 | A.B. | 7/3/2024 | Elite Health Services - Sugarland | Allstate | Health Insurance Claim Form | Naiyer Imam | Interstate wires |
| 0753037753 | H.G. | 7/16/2024 | Farrar & Ball LLP Trial Attorneys | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0755848173 | B.S. | 7/31/2024 | Shariff Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0757119540 | A.B. | 8/27/2024 | Z&P Law Group PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0753287648 | M.K. | 9/25/2024 | Elite Health Services -Sugarland | M.K. | Patient Activity Statement | - | Interstate wires |
| 0753287648 | M.K. | 10/31/2024 | The Law Offices of Komar Khawaja | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0753888635 | K.N. | 11/5/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753287648 | M.K. | 11/6/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0760478891 | R.E. | 11/9/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762425825 | S.S. | 11/12/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 21

Grand Parkway Imaging-Sugar Land Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0730048451 | T.H. | 11/13/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0740694591 | S.A. | 12/12/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745955534 | S.M. | 12/14/2024 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0759932709 | C.Z. | 1/16/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769650291 | L.R. | 1/16/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0712890870 | S.L. | 1/21/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0758911977 | F.A. | 1/25/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0742181639 | J.G. | 2/1/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0746917087 | K.F. | 2/6/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0761142850 | P.H. | 2/8/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0625930177 | B.J. | 2/15/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778313486 | K.S. | 3/5/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778313486 | A.R. | 3/6/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780038329 | F.E. | 3/6/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775431687 | N.T. | 4/4/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769870238 | N.V. | 4/10/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751309022 | D.M. | 4/11/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751309022 | A.C. | 4/12/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0673897194 | S.R. | 4/16/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0763737111 | W.C. | 5/7/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0650877467 | C.C. | 5/8/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781539796 | R.A. | 5/10/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0782068126 | K.R. | 5/20/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778280263 | Y.M. | 6/18/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0787891597 | J.S. | 6/21/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0702566514 | P.T. | 6/24/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781528609 | A.M. | 7/19/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0800721367 | M.F. | 7/31/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767894173 | D.A. | 8/7/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767894173 | G.A. | 8/7/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767894173 | K.A. | 8/7/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768239717 | C.M. | 8/20/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784689085 | L.G. | 8/22/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0735653768 | I.S. | 9/6/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770737237 | J.J. | 9/6/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755457702 | Z.K. | 9/9/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774442099 | J.W. | 10/11/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770139210 | M.P. | 10/17/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802947853 | T.V. | 10/29/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764236170 | B.D. | 11/15/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 21

Grand Parkway Imaging-Sugar Land Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0804497070 | P.M. | 11/15/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0807216148 | E.C. | 11/18/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792730442 | A.T. | 11/19/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801531970 | C.P. | 11/23/2025 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788966091 | A.M. | 1/10/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0803955251 | D.F. | 1/13/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0803955251 | H.A. | 1/13/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0810979062 | G.E. | 1/13/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0812299328 | J.M. | 1/13/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777749516 | J.R. | 1/16/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777749516 | S.R. | 1/16/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777749516 | J.R. | 1/20/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777749516 | S.R. | 1/20/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0810876524 | M.S. | 1/20/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0811519750 | J.S. | 1/20/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0807176482 | J.M. | 1/23/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783743818 | J.F. | 1/24/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0803076066 | L.Q. | 1/29/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790729529 | H.L. | 1/30/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801546177 | T.J. | 1/30/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0807176482 | J.M. | 1/31/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768502874 | M.M. | 2/3/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801930322 | A.N. | 2/3/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791938251 | M.S. | 2/4/2026 | Elite Health Services - Sugarland | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |