# EXHIBIT 22

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 22

Focus Medcare Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0573831088 | C.S. | 3/30/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0547960419 | A.D. | 5/9/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0571431997 | A.C. | 5/14/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0568867931 | T.S. | 5/27/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0568867931 | T.S. | 5/27/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0568867931 | T.S. | 5/27/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0587481813 | M.R. | 7/23/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0592127377 | T.J. | 8/13/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0580962264 | C.A. | 8/19/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0584915136 | L.M. | 9/8/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0584681704 | W.W. | 9/22/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0573614633 | R.D. | 9/25/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0574103842 | P.V. | 9/29/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0574103842 | C.S. | 10/1/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0580339967 | C.J. | 10/30/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0583977665 | P.S. | 11/4/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0575435227 | S.W. | 11/9/2020 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0602939217 | P.S. | 1/25/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0602939217 | P.S. | 1/25/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0600457493 | N.L. | 2/23/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0600457493 | N.L. | 2/23/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0600457493 | N.L. | 2/23/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0600457493 | N.L. | 2/23/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0600457493 | N.L. | 2/23/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0543513089 | E.O. | 4/20/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0543513089 | E.O. | 5/5/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0603831082 | S.L. | 5/5/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0582575270 | J.F. | 5/19/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0608222873 | K.M. | 6/16/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0607087301 | P.G. | 6/17/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0584915136 | L.M. | 7/15/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0584915136 | L.M. | 7/15/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0567620349 | F.W. | 9/24/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0556125986 | S.A. | 9/28/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0605529882 | T.W. | 11/15/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0605529882 | T.W. | 11/15/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0605529882 | T.W. | 11/15/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0605529882 | T.W. | 11/15/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0605529882 | T.W. | 11/15/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0605529882 | T.W. | 11/15/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0621708874 | H.M. | 12/6/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0623290905 | G.H. | 12/6/2021 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0652733932 | S.S. | 2/10/2022 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 22

Focus Medcare Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0652733932 | S.S. | 2/10/2022 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0643035702 | I.G. | 2/15/2022 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0689986940 | N.C. | 10/28/2022 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0643881824 | L.M. | 12/22/2022 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0692248230 | E.K. | 1/12/2023 | Focus Medcare | Terry & Thweatt Law Firm | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0659066112 | C.C. | 1/16/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0674931738 | A.A. | 1/19/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0631729308 | O.C. | 2/10/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0671197647 | J.K. | 2/13/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0645415621 | D.R. | 3/23/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0698027786 | A.D. | 3/24/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0706439262 | C.A. | 3/27/2023 | Focus Medcare | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0643298044 | D.P. | 6/1/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0695329813 | G.S. | 6/2/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0696006766 | A.C. | 6/7/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0692248230 | E.K. | 8/23/2023 | Focus Medcare | E.K. | Patient Activity Statement | - | Interstate wires |
| 0706439262 | C.A. | 9/1/2023 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0726934078 | S.P. | 9/25/2023 | Focus Medcare | Allstate | Health Insurance Claim Form | Mus Gomberawalla | Interstate wires |
| 0726934078 | J.M. | 9/25/2023 | Focus Medcare | Allstate | Health Insurance Claim Form | Mus Gomberawalla | U.S. Mail |
| 0729520659 | E.N. | 10/16/2023 | Focus Medcare | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0729877455 | M.T. | 10/17/2023 | Focus Medcare | Allstate | Health Insurance Claim Form | Kristin Coleman | Interstate wires |
| 0729911270 | G.A. | 10/31/2023 | Focus Medcare | Allstate | Health Insurance Claim Form | Naiyer Imam | Interstate wires |
| 0698416252 | K.S. | 11/13/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0735141418 | J.S. | 11/15/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0697745883 | K.J. | 11/16/2023 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0737145524 | C.M. | 12/6/2023 | Focus Medcare | Allstate | Health Insurance Claim Form | Naiyer Imam | U.S. Mail |
| 0729520659 | E.N. | 12/26/2023 | The Law Office of Joe Ray Rodriguez P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0738121466 | J.M. | 12/27/2023 | Focus Medcare | Allstate | Health Insurance Claim Form | Mustafa Gomberawalla | Interstate wires |
| 0696352129 | C.M. | 1/10/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0689779188 | C.M. | 1/15/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0729877455 | M.T. | 1/31/2024 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0713204071 | D.R. | 2/9/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0723565826 | B.A. | 2/12/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0737145524 | C.M. | 2/23/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0692248230 | E.K. | 3/12/2024 | Terry & Thweatt, P.C. | Lisa Chastain & Associates | Attorney Demand Letter | - | Interstate wires |
| 0663794725 | M.A. | 3/15/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0625937412 | N.R. | 3/21/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0663794725 | M.A. | 3/25/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0737145524 | C.M. | 4/8/2024 | Focus Medcare | C.M. | Patient Activity Statement | - | U.S. Mail |
| 0729911270 | G.A. | 4/25/2024 | The Law Office of Joe Ray Rodriguez P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0738121466 | J.M. | 5/21/2024 | The Karam Law Office | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0679310342 | K.S. | 5/31/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0746095511 | A.V. | 6/5/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0678887976 | E.G. | 6/21/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 22

Focus Medcare Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0709973498 | K.H. | 6/26/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0722988193 | M.B. | 7/1/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755922606 | A.E. | 7/2/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0722988193 | R.B. | 8/13/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0710364480 | A.M. | 8/15/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0715325163 | G.T. | 8/27/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751616731 | E.P. | 9/10/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751438656 | J.S. | 9/20/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0741835268 | E.P. | 9/21/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764411633 | W.W. | 9/26/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0744947300 | S.T. | 10/2/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751678582 | D.P. | 10/18/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766187009 | D.S. | 10/31/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766011976 | K.W. | 11/27/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0710364480 | B.F. | 11/28/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0746509355 | D.P. | 12/11/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0670438910 | J.T. | 12/20/2024 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0599645263 | G.A. | 1/9/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751564477 | E.E. | 1/21/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781317565 | G.L. | 1/23/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0759732959 | J.R. | 2/4/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0760213926 | V.C. | 2/6/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762670636 | J.M. | 2/8/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0746509355 | D.P. | 2/13/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0757804190 | T.T. | 3/4/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0746953843 | I.R. | 3/11/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767894108 | G.R. | 3/19/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0782416713 | L.H. | 4/28/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0760736702 | L.G. | 5/1/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0782416713 | M.H. | 5/13/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0760265561 | G.S. | 6/3/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769541110 | A.B. | 6/18/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0736463134 | A.D. | 7/24/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0736463134 | L.L. | 7/24/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0752732206 | E.B. | 7/29/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0789133196 | L.W. | 8/21/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764195250 | R.H. | 9/9/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0754274884 | K.F. | 9/12/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781608633 | J.N. | 9/26/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772507703 | P.B. | 10/4/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777201658 | R.M. | 10/7/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792522476 | K.R. | 11/3/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0734361256 | L.G. | 11/6/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0758179154 | F.W. | 11/7/2025 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 22
Focus Medcare Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0769052309 | V.F. | 1/2/2026 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805007465 | E.S. | 1/5/2026 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805007465 | S.S. | 1/5/2026 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0794061969 | I.G. | 1/10/2026 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0741689640 | D.M. | 1/13/2026 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0816276489 | L.C. | 1/14/2026 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786405324 | D.G. | 1/16/2026 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0797997649 | A.A. | 1/16/2026 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0800933822 | A.L. | 2/4/2026 | Focus Medcare | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |