# EXHIBIT 23

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 23

Pain Alleviation and Interventional Needs Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|---|
| 0526367271 | M.C. | 1/7/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0522683648 | J.G. | 1/8/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0518337480 | B.P. | 1/13/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0527731426 | C.D. | 1/22/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0513028886 | D.C. | 1/22/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0559372701 | S.M. | 1/23/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0527689152 | N.D. | 2/6/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0560195603 | T.M. | 2/6/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0484511233 | H.K. | 2/7/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0549416550 | A.B. | 3/9/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0496367046 | K.H. | 3/12/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0517212007 | J.G. | 3/13/2020 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0577814585 | A.C. | 4/3/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0577050602 | I.Z. | 4/7/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0577814585 | A.C. | 4/28/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0579797083 | Y.P. | 5/5/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0577814585 | A.C. | 5/12/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0578368805 | A.P. | 6/9/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | U.S. Mail |
| 0581793247 | M.F. | 6/22/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0578368805 | A.P. | 6/23/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | U.S. Mail |
| 0578368805 | A.P. | 7/7/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | U.S. Mail |
| 0581793247 | M.F. | 7/20/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 23

Pain Alleviation and Interventional Needs Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|---|
| 0581793247 | M.F. | 8/12/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0577050602 | I.Z. | 9/22/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0577050602 | I.Z. | 10/6/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0577050602 | I.Z. | 10/20/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0581793247 | M.F. | 11/11/2020 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0595844028 | E.M. | 1/11/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0599984373 | H.L. | 1/20/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0566775821 | B.T. | 1/22/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0577050602 | I.Z. | 2/5/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0577050602 | I.Z. | 2/23/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0577050602 | I.Z. | 3/9/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0581793247 | M.F. | 3/22/2021 | Crim & Villalpando | Allstate | Attorney Demand Letter | - | - | Interstate wires |
| 0577050602 | I.Z. | 3/26/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0607071081 | C.F. | 4/9/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0596683730 | J.G. | 4/12/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0509156576 | L.S. | 4/12/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0618155584 | F.C. | 5/4/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0618155584 | F.C. | 5/25/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0614817435 | K.T. | 6/1/2021 | Pain Alleviation & Interventional Needs | Owsley Law Firm, PLLC | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | U.S. Mail |
| 0614817435 | T.L. | 6/1/2021 | Pain Alleviation & Interventional Needs | Owsley Law Firm, PLLC | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | U.S. Mail |
| 0618155584 | F.C. | 6/8/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0614817435 | K.T. | 6/15/2021 | Pain Alleviation & Interventional Needs | Owsley Law Firm, PLLC | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | U.S. Mail |
| 0618155584 | F.C. | 6/29/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 23

Pain Alleviation and Interventional Needs Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|---|
| 0618155584 | F.C. | 7/20/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0618155584 | F.C. | 8/10/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0607387339 | V.R. | 9/3/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0617883961 | J.L. | 9/7/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0618155584 | F.C. | 10/5/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0617342829 | B.B. | 10/5/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0592143507 | D.S. | 10/7/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0618655211 | N.L. | 10/14/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0616904603 | D.W. | 10/21/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0587891771 | M.C. | 11/3/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0602556540 | M.G. | 11/3/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0618155584 | F.C. | 11/16/2021 | Pain Alleviation & Interventional Needs | Allstate | Health Insurance Claim Form | Noorudd Punjwani | Noorudd Punjwani | Interstate wires |
| 0624920070 | L.A. | 12/8/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0558799390 | J.G. | 12/13/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0626518328 | M.S. | 12/14/2021 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0540807757 | J.B. | 1/3/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0652733932 | C.S. | 1/4/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0647695757 | D.T. | 1/4/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0511126369 | P.M. | 1/21/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0652733932 | S.S. | 2/10/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0652733932 | S.S. | 2/10/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0652733932 | S.S. | 2/10/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 23

Pain Alleviation and Interventional Needs Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|---|
| 0652733932 | S.S. | 2/10/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0610324246 | K.L. | 3/10/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0601535321 | B.T. | 3/16/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0538199588 | T.M. | 3/21/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0608943775 | D.F. | 3/24/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0618155584 | F.C. | 4/7/2022 | The Law Office of Joe Ray Rodriguez P.C. | Allstate | Attorney Demand Letter | - | - | Interstate wires |
| 0600148704 | M.C. | 4/19/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0540807757 | C.V. | 5/13/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0610221160 | J.S. | 5/18/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0672536638 | R.D. | 6/29/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0614817435 | T.L. | 7/13/2022 | Owsley Law Firm, PLLC | Allstate | Attorney Demand Letter | - | - | U.S. Mail |
| 0614817435 | K.T. | 7/14/2022 | Owsley Law Firm, PLLC | Allstate | Attorney Demand Letter | - | - | U.S. Mail |
| 0579797083 | Y.P. | 7/21/2022 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | - | Interstate wires |
| 0614847689 | T.L. | 7/26/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0601695371 | S.S. | 7/28/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0577814585 | A.C. | 8/30/2022 | Nava Law Group, P.C. | Allstate | Attorney Demand Letter | - | - | Interstate wires |
| 0634529515 | E.B. | 8/30/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0634529515 | E.B. | 8/30/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0467783338 | N.V. | 9/15/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0445862857 | A.T. | 9/29/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0445862857 | A.T. | 11/4/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0634531479 | E.B. | 12/21/2022 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0514725894 | A.W. | 1/10/2023 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0497953661 | C.B. | 1/30/2023 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 23

Pain Alleviation and Interventional Needs Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Signing Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|---|
| 0562918771 | P.V. | 4/14/2023 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0577050602 | I.Z. | 6/23/2023 | The Law Office of Nhan Nguyen, MD, JD | Wilkins Gire PLLC | Attorney Demand Letter | - | - | Interstate wires |
| 0577422819 | C.H. | 8/2/2023 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0491344453 | L.R. | 8/28/2023 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0616815346 | B.A. | 12/22/2023 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0607906393 | A.O. | 1/5/2024 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0530866797 | A.L. | 5/16/2024 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0627223811 | D.B. | 6/4/2024 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0445862857 | A.T. | 6/26/2024 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0611049032 | S.B. | 9/16/2024 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |
| 0572311744 | L.D. | 3/6/2025 | Pain Alleviation & Interventional Needs | Allstate | Invoice for medical services | - | - | U.S. Mail/Interstate wires |