# EXHIBIT 24

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 24

Centers for Pain Relief Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0506500957 | S.S. | 1/17/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0536847833 | J.A. | 2/3/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0524152997 | E.V. | 2/4/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0551757446 | V.M. | 2/10/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0552939258 | D.G. | 4/2/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0567986112 | W.N. | 4/14/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0517142873 | S.S. | 4/28/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0528517790 | V.R. | 5/12/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0528517790 | V.R. | 5/13/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0528517790 | V.R. | 5/13/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0528517790 | V.R. | 5/13/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0516843711 | R.S. | 6/3/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0566329033 | A.T. | 6/4/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0557205317 | R.C. | 6/18/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0574721148 | G.B. | 7/7/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0567035852 | L.P. | 9/24/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0582638029 | J.M. | 9/28/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0581150133 | M.C. | 9/29/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0579745430 | C.D. | 10/5/2020 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0585653090 | B.B. | 2/11/2021 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0586996281 | A.R. | 2/18/2021 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0613742709 | S.R. | 5/28/2021 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0613742709 | S.R. | 6/11/2021 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0614561454 | A.P. | 7/1/2021 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0613742709 | S.R. | 7/2/2021 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0620064519 | N.W. | 7/5/2021 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0611331695 | E.R. | 7/7/2021 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0610316044 | S.O. | 9/20/2021 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0627165392 | A.D. | 9/21/2021 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618326268 | S.L. | 9/22/2021 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0613742709 | S.R. | 10/14/2021 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0632224051 | V.A. | 4/13/2022 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0650224272 | R.F. | 4/19/2022 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0642877765 | E.D. | 4/27/2022 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0632700829 | S.N. | 4/28/2022 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0574885927 | D.B. | 8/5/2022 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0682771472 | M.M. | 9/28/2022 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0682771472 | M.M. | 10/10/2022 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0659741408 | H.C. | 10/14/2022 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0682771472 | M.M. | 10/24/2022 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0663046209 | J.H. | 10/26/2022 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0677437543 | K.S. | 10/26/2022 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0682771472 | M.M. | 11/7/2022 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0682771472 | M.M. | 11/28/2022 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0682771472 | M.M. | 1/17/2023 | Calhoun Meredith, PLLC | Allstate | Attorney Demand Letter | - | U.S. Mail |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 24

Centers for Pain Relief Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0692248230 | E.K. | 2/7/2023 | Centers for Pain Relief | Terry & Thweatt, P.C. | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0692248230 | E.K. | 2/20/2023 | Centers for Pain Relief | Terry & Thweatt, P.C. | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0706264348 | T.M. | 5/10/2023 | Centers for Pain Relief | Attoprney Carl Moore | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0704334242 | H.S. | 5/17/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0706439262 | C.A. | 6/5/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0706439262 | C.A. | 6/13/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0704334242 | H.S. | 6/14/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0706439262 | C.A. | 7/11/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0704334242 | H.S. | 7/12/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0702290941 | C.C. | 7/13/2023 | Centers for Pain Relief | Ruiz Law Firm, PLLC | Health Insurance Claim Form | Sara Goel | U.S. Mail |
| 0706439262 | C.A. | 7/25/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0711603597 | A.M. | 8/31/2023 | Centers for Pain Relief | Allstate | Patient Activity Statement | - | Interstate wires |
| 0706439262 | C.A. | 9/1/2023 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0704334242 | H.S. | 9/13/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0723840435 | N.V. | 9/27/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0726934078 | J.M. | 10/3/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0726934078 | S.P. | 10/3/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0704334242 | H.S. | 10/4/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0723840435 | N.V. | 10/4/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0726934078 | S.P. | 10/9/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0726934078 | J.M. | 10/9/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0726934078 | S.P. | 10/30/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0726934078 | J.M. | 10/31/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0729877455 | M.T. | 11/7/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0704334242 | H.S. | 11/8/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0726934078 | S.P. | 11/13/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0700691025 | M.H. | 11/27/2023 | Law Offices Abraham, Watkins, Nichols, Agosto, Aziz & Stogner | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0729520659 | E.N. | 11/28/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0729877455 | M.T. | 11/28/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0704334242 | H.S. | 11/29/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0711603597 | A.M. | 12/1/2023 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0729520659 | E.N. | 12/12/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0704334242 | H.S. | 12/13/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0729520659 | E.N. | 12/26/2023 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0700995359 | V.G. | 12/29/2023 | Centers for Pain Relief | V.G. | Patient Activity Statement | - | Interstate wires |
| 0729520659 | E.N. | 1/9/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0737145524 | C.M. | 1/9/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0737145524 | C.M. | 1/22/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0729520659 | E.N. | 1/23/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0729520659 | E.N. | 1/29/2024 | The Law Office of Joe Ray Rodriguez P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0738121466 | J.M. | 1/30/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0729877455 | M.T. | 1/31/2024 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0737145524 | C.M. | 2/5/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0724842133 | S.E. | 2/7/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 24

Centers for Pain Relief Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0700995359 | V.G. | 2/13/2024 | The Law Office of Nhan Nguyen, MD, JD | Law Offices of Mayella Gonzalez | Attorney Demand Letter | - | Interstate wires |
| 0738121466 | J.M. | 2/20/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0724842133 | S.E. | 2/21/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0724842133 | S.E. | 3/6/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0738121466 | J.M. | 3/11/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0692248230 | E.K. | 3/12/2024 | Terry & Thweatt, P.C. | Lisa Chastain & Associates | Attorney Demand Letter | - | Interstate wires |
| 0738121466 | J.M. | 3/25/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0702290941 | C.C. | 4/5/2024 | Ruiz Law Firm, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0738121466 | J.M. | 4/8/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0737145524 | C.M. | 4/8/2024 | Centers for Pain Relief | C.M. | Patient Activity Statement | - | U.S. Mail |
| 0729911270 | G.A. | 4/9/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0745744425 | L.A. | 4/10/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0723840435 | N.V. | 4/12/2024 | CO & CO Attorneys at Law | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0745744425 | L.A. | 4/17/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0729911270 | G.A. | 4/25/2024 | The Law Office of Joe Ray Rodriguez P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0745744425 | L.A. | 5/1/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0747518801 | M.M. | 5/9/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0738121466 | J.M. | 5/21/2024 | The Karam Law Office | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0747518801 | M.M. | 5/23/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0745744425 | L.A. | 6/12/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0747518801 | M.M. | 6/13/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | U.S. Mail |
| 0724842133 | S.E. | 6/28/2024 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0755427150 | H.H. | 7/24/2024 | Centers for Pain Relief | Allstate | Health Insurance Claim Form | Naveen Korivi | Interstate wires |
| 0745744425 | L.A. | 8/14/2024 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0704334242 | H.S. | 8/28/2024 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0755427150 | H.H. | 10/15/2024 | Strickland Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0762539252 | G.G. | 1/21/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770776003 | M.S. | 1/29/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766927180 | A.B. | 1/31/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0760213926 | V.C. | 2/6/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762670636 | J.M. | 2/8/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0737161745 | M.Y. | 2/14/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775920036 | C.R. | 2/20/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0731392924 | E.P. | 3/1/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773591185 | D.J. | 3/13/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767894108 | G.R. | 3/19/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750480907 | M.A. | 3/21/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769895358 | O.K. | 3/21/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769895358 | O.K. | 3/25/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0739677838 | O.R. | 3/28/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775016330 | N.H. | 3/28/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0728569286 | E.E. | 3/29/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773873419 | A.C. | 3/29/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773873419 | M.R. | 4/11/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 24

Centers for Pain Relief Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0741814479 | R.C. | 4/25/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0789352903 | E.B. | 4/25/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774732226 | C.G. | 4/29/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774726467 | H.S. | 5/6/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0771631108 | N.R. | 5/8/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778640870 | A.R. | 5/13/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780444493 | N.A. | 5/16/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778316257 | Y.G. | 5/24/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772602215 | S.D. | 5/28/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779697158 | L.R. | 5/30/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774446173 | A.J. | 6/5/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780238671 | I.H. | 6/7/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774268338 | W.S. | 6/10/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775789852 | T.C. | 6/11/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776800625 | M.L. | 6/11/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773719117 | E.M. | 6/13/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783563455 | D.B. | 6/16/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783563455 | D.B. | 6/17/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0754032381 | M.R. | 6/20/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0754032381 | M.R. | 6/25/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773195549 | J.J. | 6/26/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0734050677 | M.A. | 7/3/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781560537 | B.P. | 7/11/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773195549 | L.B. | 7/16/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791218555 | D.S. | 7/23/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0736463134 | L.L. | 7/24/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0752732206 | E.B. | 7/29/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776417495 | A.D. | 8/2/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790599350 | V.G. | 8/5/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784210437 | V.C. | 8/6/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785657305 | J.F. | 8/6/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778631283 | T.B. | 8/7/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785657305 | J.F. | 8/7/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785727157 | D.H. | 8/7/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790876536 | A.R. | 8/12/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790876536 | S.R. | 8/13/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781149216 | S.Z. | 8/15/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788895983 | T.N. | 8/15/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788172088 | E.G. | 8/26/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792663106 | J.L. | 8/28/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775912439 | C.A. | 8/29/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775912439 | J.C. | 8/29/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774878052 | Y.P. | 9/3/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0647690072 | M.R. | 9/4/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770737237 | J.D. | 9/6/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 24

Centers for Pain Relief Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0770737237 | J.J. | 9/6/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764646816 | E.R. | 9/12/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780569158 | J.A. | 9/23/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791999773 | O.B. | 9/25/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0798268041 | B.C. | 9/25/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781608633 | J.N. | 9/26/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780927570 | C.A. | 10/6/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0738540483 | V.G. | 10/16/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799142146 | P.H. | 10/16/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785501875 | J.Y. | 10/21/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772240973 | N.C. | 11/4/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792720658 | L.N. | 11/6/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0797502481 | J.B. | 11/8/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788726016 | C.H. | 11/13/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799971618 | D.B. | 11/14/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802159459 | J.B. | 11/14/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779278571 | A.R. | 11/17/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0794927137 | C.T. | 11/18/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780899356 | C.A. | 11/25/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0794928689 | K.S. | 11/25/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0746509306 | J.R. | 11/27/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0787877943 | K.N. | 11/27/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784731432 | M.L. | 12/2/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0782181804 | C.T. | 12/3/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0736463134 | A.D. | 12/6/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792398215 | M.B. | 12/9/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0787877943 | T.T. | 12/11/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788445393 | N.M. | 12/18/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792704900 | J.Q. | 12/18/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792704900 | L.B. | 12/18/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799060926 | F.C. | 12/18/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792398215 | M.B. | 12/19/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801930637 | J.L. | 12/23/2025 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788445393 | N.M. | 1/10/2026 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0808045678 | D.B. | 1/15/2026 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806146998 | K.S. | 1/16/2026 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784831232 | M.L. | 1/21/2026 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806684395 | J.R. | 1/21/2026 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806684395 | K.T. | 1/21/2026 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0756161204 | C.B. | 1/27/2026 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0795002237 | T.H. | 1/27/2026 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0795002237 | T.R. | 1/27/2026 | Centers for Pain Relief | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |