# EXHIBIT 25

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 25

Olympic Spine and Joint Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0623826518 | D.E. | 8/18/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0623826518 | E.M. | 9/1/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0621910520 | A.C. | 9/14/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0627004112 | B.M. | 9/17/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0623771904 | S.C. | 10/7/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0626250583 | A.E. | 10/8/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0623851342 | E.M. | 10/13/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0617681473 | M.M. | 10/18/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0631016839 | L.D. | 10/20/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0631016839 | L.D. | 10/25/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0637574534 | D.T. | 10/26/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0627884182 | M.G. | 10/28/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0637574534 | D.B. | 11/2/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0632386454 | N.N. | 11/3/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0637143025 | K.K. | 11/5/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0637143025 | W.L. | 11/5/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0634237788 | B.C. | 11/17/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0636264384 | R.W. | 11/25/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0637980186 | S.M. | 11/29/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0636307968 | C.M. | 11/30/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0622447936 | E.A. | 12/7/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0640257564 | S.B. | 12/7/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0626953681 | V.M. | 12/8/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0629037268 | C.D. | 12/13/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618155584 | F.C. | 12/14/2021 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0629379173 | A.H. | 12/14/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0641995542 | G.H. | 12/14/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0627332265 | A.P. | 12/15/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0627332265 | N.P. | 12/15/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618283527 | P.M. | 12/16/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0625940739 | M.G. | 12/21/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0632172573 | C.F. | 12/23/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0641098701 | E.V. | 12/27/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0634816441 | E.B. | 12/29/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0638245233 | T.K. | 12/30/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0638245233 | T.B. | 12/31/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0638245233 | T.K. | 12/31/2021 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618155584 | F.C. | 4/7/2022 | The Law Office of Joe Ray Rodriguez P.C. | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | J.R. | 6/17/2022 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0664250578 | M.R. | 6/17/2022 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0712543875 | B.S. | 7/5/2022 | Olympic Spine and Joint | Maida Law Firm | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0712543875 | B.S. | 7/19/2022 | Olympic Spine and Joint | Maida Law Firm | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0660815937 | P.L. | 8/12/2022 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0739375160 | G.C. | 8/26/2022 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | U.S. Mail |
| 0660815937 | P.L. | 9/14/2022 | The Nichols Law Group, LLC | Allstate | Attorney Demand Letter | - | Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 25

Olympic Spine and Joint Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0664250578 | J.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PPLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | M.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PPLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664894078 | J.J. | 1/5/2023 | Olympic Spine and Joint | J.J. | Patient Activity Statement | - | U.S. Mail |
| 0686965195 | A.N. | 1/23/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0686965195 | A.N. | 2/6/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0686965195 | A.N. | 2/20/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0686965195 | A.N. | 3/6/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0686965195 | A.N. | 3/20/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0686965195 | A.N. | 4/3/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0712543875 | B.S. | 5/19/2023 | Maida Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0713854487 | L.E. | 7/7/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0713854487 | L.E. | 7/25/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0715407144 | S.H. | 8/15/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0713854487 | L.E. | 8/22/2023 | Schiffer Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0713640878 | B.M. | 8/29/2023 | Olympic Spine and Joint | Montes & Guevara Law Firm | Health Insurance Claim Form | David Eidelson | U.S. Mail |
| 0715407144 | S.H. | 9/19/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0726396855 | C.C. | 10/10/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | U.S. Mail |
| 0727649139 | B.M. | 10/20/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | U.S. Mail |
| 0727649139 | B.M. | 11/7/2023 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | U.S. Mail |
| 0708285424 | D.A. | 12/19/2023 | The Connolly Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0708285424 | D.A. | 12/19/2023 | Olympic Spine and Joint | D.A. | Patient Activity Statement | - | Interstate wires |
| 0715407144 | S.H. | 2/21/2024 | Martin Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0739972502 | B.B. | 2/21/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0686965195 | A.N. | 2/29/2024 | Law Offices Abraham, Watkins, Nichols, Agosto, Aziz & Stogner | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0726396855 | C.C. | 3/6/2024 | Allstate | Olympic Spine and Joint | Explanation of Medical Bill Payment | - | U.S. Mail |
| 0739972502 | B.B. | 3/11/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0739972502 | B.B. | 3/27/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0749222329 | V.D. | 5/3/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0749222329 | V.D. | 5/31/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0755427150 | L.A. | 7/2/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0757119540 | A.B. | 8/1/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0757119540 | H.F. | 8/1/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0757119540 | H.F. | 8/1/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0755427150 | H.H. | 8/9/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0755427150 | L.A. | 8/13/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0757119540 | A.B. | 8/15/2024 | Olympic Spine and Joint | Allstate | Health Insurance Claim Form | David Eidelson | Interstate wires |
| 0739972502 | B.B. | 8/19/2024 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0749222329 | V.D. | 8/27/2024 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0757119540 | A.B. | 8/27/2024 | Z&P Law Group PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0715315545 | M.M. | 8/30/2024 | The Connolly Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0715315545 | M.M. | 8/30/2024 | Olympic Spine and Joint | M.M. | Patient Activity Statement | - | Interstate wires |
| 0753287648 | M.K. | 9/25/2024 | Olympic Spine and Joint | M.K. | Patient Activity Statement | - | Interstate wires |
| 0755427150 | H.H. | 10/15/2024 | Strickland Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0755427150 | L.A. | 10/15/2024 | Strickland Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 25

Olympic Spine and Joint Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0757119540 | H.F. | 10/21/2024 | Z&P Law Group PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0753287648 | M.K. | 10/31/2024 | The Law Offices of Komar Khawaja | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0702523903 | R.G. | 1/3/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0760095850 | H.S. | 1/7/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0736619610 | I.M. | 1/8/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753054568 | S.H. | 1/10/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0677580664 | J.C. | 1/11/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0677580664 | J.M. | 1/11/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768937690 | K.W. | 1/15/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0759932709 | C.Z. | 1/16/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768130791 | T.D. | 1/16/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0704768308 | B.C. | 1/18/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765314240 | L.C. | 1/18/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0712890870 | S.L. | 1/21/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762555894 | X.J. | 1/21/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0652478538 | S.S. | 2/10/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777379322 | L.H. | 2/11/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766810071 | M.M. | 2/14/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769179375 | H.L. | 2/15/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0725852677 | M.M. | 2/17/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0666691472 | T.E. | 2/19/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755537818 | A.H. | 2/19/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0688135797 | E.E. | 2/20/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766312029 | E.E. | 2/20/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751205634 | C.G. | 2/21/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751672098 | M.M. | 2/22/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0726249451 | S.S. | 3/19/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0688135797 | E.E. | 3/20/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0688135797 | E.E. | 3/21/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0714269560 | A.B. | 3/21/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772980884 | J.N. | 3/21/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778099308 | Z.I. | 3/25/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0744052143 | L.M. | 3/28/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765823273 | J.R. | 3/28/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0733169569 | R.C. | 3/29/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765314240 | C.C. | 4/4/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750111718 | B.D. | 4/7/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0782708341 | F.A. | 4/9/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769870238 | N.V. | 4/10/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0730894243 | P.A. | 4/22/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769520494 | D.R. | 4/22/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0730894243 | J.B. | 4/23/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781594825 | Y.G. | 4/23/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772305488 | E.M. | 4/24/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0741814479 | R.C. | 4/25/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 25

Olympic Spine and Joint Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0749367843 | G.F. | 4/25/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783849912 | E.P. | 4/29/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772983086 | E.C. | 5/3/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779012830 | J.R. | 5/6/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788065258 | D.R. | 5/6/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775927692 | J.C. | 5/7/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788051464 | N.R. | 5/8/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770392363 | J.R. | 5/14/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775115990 | S.C. | 5/15/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0725183479 | C.D. | 5/16/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775433105 | L.M. | 5/20/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780478541 | J.T. | 5/20/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780444493 | M.E. | 5/21/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0724977921 | K.B. | 6/4/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753437458 | W.G. | 6/5/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784512955 | N.P. | 6/6/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0699934088 | V.N. | 6/7/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780240115 | J.J. | 6/9/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767107725 | M.P. | 6/10/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781612361 | A.G. | 6/10/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0761147255 | F.S. | 7/11/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0761147255 | S.S. | 7/11/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780240115 | J.J. | 7/11/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781446463 | Y.G. | 7/11/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765764865 | S.C. | 7/15/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774502405 | J.A. | 7/16/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0726249451 | N.D. | 7/17/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0734803422 | M.M. | 7/17/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776584179 | S.D. | 7/17/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769317066 | A.T. | 7/18/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781528609 | G.S. | 7/19/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0742721830 | A.M. | 7/23/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768815748 | J.S. | 7/29/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776417495 | S.D. | 8/1/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0693492415 | M.A. | 8/5/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0693492415 | T.A. | 8/5/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0717156731 | K.G. | 8/5/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768815748 | J.S. | 8/6/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781413356 | N.H. | 8/8/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774576960 | M.G. | 8/14/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786146548 | B.J. | 8/14/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0804797354 | S.L. | 9/11/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786556209 | N.L. | 9/12/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781384722 | D.R. | 9/13/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0796394419 | F.P. | 9/15/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 25

Olympic Spine and Joint Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0792662974 | G.C. | 9/16/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781384722 | D.R. | 9/17/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773378856 | F.L. | 9/18/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0793131244 | M.C. | 9/19/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792616708 | M.P. | 9/23/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775965106 | O.C. | 9/27/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788433373 | Y.A. | 9/27/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0796242774 | C.S. | 10/1/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792714578 | J.C. | 10/3/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0796193712 | M.E. | 10/4/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745143388 | S.A. | 10/6/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773188552 | A.N. | 10/6/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0797265634 | T.N. | 10/8/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0795676147 | T.L. | 10/16/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778890961 | J.A. | 10/17/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773678651 | B.T. | 10/22/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785472077 | B.T. | 10/22/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0796685469 | K.C. | 10/22/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791622418 | L.M. | 10/23/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790526719 | J.T. | 10/28/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786039594 | R.S. | 11/4/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790532402 | J.R. | 11/4/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0789417994 | J.T. | 11/5/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799997901 | M.G. | 11/6/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802799997 | I.M. | 11/6/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792282097 | T.B. | 11/7/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0797672201 | C.N. | 11/8/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0763733250 | P.W. | 11/10/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799164124 | I.M. | 12/19/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750414625 | E.G. | 12/23/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805116126 | R.M. | 12/23/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0771805009 | K.M. | 12/24/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801477548 | J.V. | 12/25/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806138624 | C.J. | 12/25/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0807066824 | T.T. | 12/27/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0798123295 | S.H. | 12/29/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0798123295 | S.H. | 12/30/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0778624668 | B.D. | 12/31/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0795191139 | T.T. | 12/31/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799646053 | D.C. | 12/31/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0803571884 | E.R. | 12/31/2025 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750693806 | J.P. | 1/2/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755562667 | L.F. | 1/6/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786146548 | B.J. | 1/6/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745035550 | K.H. | 1/8/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 25

Olympic Spine and Joint Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0787706910 | M.T. | 1/9/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0796675536 | T.A. | 1/10/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799358379 | D.C. | 1/12/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805959053 | H.Q. | 1/12/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805959053 | H.Q. | 1/14/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792395054 | G.P. | 1/16/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0806600276 | E.M. | 1/17/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776383457 | I.Y. | 1/20/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0749031480 | W.S. | 1/21/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0800162505 | N.E. | 1/21/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799997299 | J.R. | 1/23/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783743818 | J.F. | 1/24/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0798821468 | A.G. | 1/24/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0739804739 | T.M. | 1/27/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0797148979 | B.B. | 1/28/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0803076066 | L.Q. | 1/29/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801546177 | T.J. | 1/30/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0803820810 | F.D. | 2/2/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802976704 | S.M. | 2/3/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791938251 | M.S. | 2/4/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0809740227 | C.R. | 2/4/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0812299328 | J.M. | 2/4/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0804394666 | C.J. | 2/5/2026 | Olympic Spine and Joint | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |