# EXHIBIT 26

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26

Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0500018403 | C.S. | 1/8/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0505289645 | S.R. | 1/17/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0531724870 | R.M. | 1/29/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0498067610 | A.L. | 2/5/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0551757446 | V.M. | 2/12/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0552120511 | P.C. | 2/17/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0552731168 | P.C. | 2/17/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0530756170 | S.J. | 2/24/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0533377164 | U.L. | 2/26/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0564338390 | B.C. | 3/4/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0562311761 | E.H. | 3/6/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0552588709 | G.T. | 3/20/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0522094648 | D.G. | 3/27/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0547134964 | C.C. | 4/7/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0492834817 | J.H. | 4/14/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0539746775 | B.F. | 4/14/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0537497306 | S.J. | 4/27/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0517142873 | S.S. | 4/28/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0569678609 | A.M. | 5/12/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0569297731 | F.A. | 5/14/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0571431997 | A.C. | 5/14/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0506092568 | J.C. | 5/26/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0578379679 | L.O. | 5/28/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0533224408 | A.A. | 6/1/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0516843711 | R.S. | 6/3/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0560923286 | B.G. | 6/4/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0574646212 | M.B. | 6/9/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0574646212 | V.V. | 6/9/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0506473008 | S.G. | 6/12/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0555132513 | D.R. | 6/16/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0563248780 | A.C. | 6/17/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0578368805 | A.P. | 6/25/2020 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | U.S. Mail |
| 0535237630 | B.S. | 6/25/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0539929843 | H.S. | 7/2/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0576087787 | M.C. | 7/27/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0528942253 | M.T. | 7/30/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0571162403 | C.G. | 7/30/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0517113049 | K.M. | 7/31/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0514628403 | A.W. | 8/6/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0532650009 | C.P. | 8/14/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0563065473 | G.D. | 9/10/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26

Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0563196251 | C.J. | 9/10/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0568877203 | C.L. | 9/14/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0562811737 | D.L. | 9/17/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0570740803 | A.M. | 9/22/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0540934759 | S.M. | 9/30/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0524101870 | C.F. | 10/5/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0501773030 | H.M. | 10/6/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0598273779 | B.C. | 10/12/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0565779527 | A.B. | 10/14/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0604331462 | H.S. | 10/28/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0580339967 | C.J. | 10/30/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0586004368 | J.A. | 10/30/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0491687141 | K.C. | 11/3/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0584320915 | J.L. | 11/18/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0577510050 | A.G. | 11/23/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0574524617 | M.E. | 11/25/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0571777564 | H.H. | 11/30/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0574234571 | D.M. | 12/2/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0548688761 | P.L. | 12/9/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0607032760 | T.P. | 12/11/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0563065473 | J.M. | 12/15/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0543297740 | L.B. | 12/17/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0586772303 | J.H. | 12/23/2020 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0610908600 | L.C. | 1/4/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0565850864 | L.C. | 1/7/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0592399785 | J.M. | 1/20/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0593925936 | A.B. | 1/26/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0569827933 | J.K. | 1/28/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0560843401 | S.L. | 2/10/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0590706867 | A.F. | 2/12/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0601049034 | K.G. | 2/12/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0600132021 | S.B. | 2/15/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0565850864 | L.C. | 2/23/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0533135430 | L.V. | 2/25/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0595763103 | C.W. | 2/25/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0573049624 | E.M. | 3/5/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0575824024 | M.R. | 3/15/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0589901239 | R.H. | 3/25/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0577050602 | I.Z. | 4/9/2021 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Gary Kraus | Interstate wires |
| 0572449015 | R.J. | 4/12/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0600283030 | M.P. | 4/12/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26
Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0491258885 | H.N. | 4/14/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0600967723 | S.C. | 4/14/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0586213976 | N.W. | 4/15/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0510547490 | J.R. | 4/16/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0602209488 | B.B. | 5/4/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0514746023 | G.F. | 5/5/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0578368805 | A.P. | 5/13/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0577050602 | I.Z. | 5/21/2021 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Gary Kraus | Interstate wires |
| 0603204322 | P.P. | 5/21/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0619324080 | S.V. | 5/24/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0577050602 | I.Z. | 5/28/2021 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Masaki Oishi | Interstate wires |
| 0619324080 | S.V. | 6/8/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0601489354 | E.G. | 6/9/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0629891622 | M.H. | 6/28/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0591516190 | L.R. | 6/29/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0617360474 | J.R. | 7/7/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0610929531 | N.S. | 7/14/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0617344361 | A.S. | 7/16/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0610745648 | H.G. | 7/19/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0629891622 | M.H. | 7/21/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0535235840 | B.M. | 7/28/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0605169739 | F.A. | 8/5/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0608631073 | G.M. | 8/6/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0577050602 | I.Z. | 8/10/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0573046653 | M.S. | 8/11/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0612067892 | V.T. | 8/13/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0611646332 | A.S. | 8/16/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0637900598 | L.G. | 8/27/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0576248777 | N.B. | 8/31/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0610012171 | F.B. | 8/31/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0607387339 | V.R. | 9/3/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0623047792 | J.U. | 9/9/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0628333304 | L.R. | 9/13/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0610012171 | F.B. | 9/14/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0597242171 | C.J. | 9/15/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0610316044 | S.O. | 9/20/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0587919853 | J.H. | 9/28/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0613291921 | R.G. | 10/7/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0626250583 | A.E. | 10/8/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0535130603 | J.N. | 10/13/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0569369846 | M.C. | 10/28/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 26
Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0602556540 | M.G. | 11/3/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0609629851 | J.H. | 11/16/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0622052611 | A.M. | 11/29/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0637980186 | S.M. | 11/29/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0558799390 | J.G. | 12/13/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0634590939 | R.G. | 12/13/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0611613225 | W.T. | 12/14/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0627332265 | N.P. | 12/15/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0618283527 | P.M. | 12/16/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0621702299 | M.G. | 12/23/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0627948474 | F.P. | 12/31/2021 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0648580058 | M.C. | 1/21/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0622052611 | A.M. | 1/27/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0644160350 | T.T. | 1/28/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0586979825 | E.C. | 2/9/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0634562862 | D.C. | 2/10/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0653202796 | J.C. | 2/10/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0629540914 | A.M. | 3/10/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0609516256 | J.D. | 3/14/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0632982765 | C.P. | 3/16/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0630907590 | F.L. | 3/22/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0661242776 | C.R. | 4/27/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0661242776 | C.R. | 4/27/2022 | Prime Orthopedics | C.R. | Patient Activity Statement | - | Interstate wires |
| 0664250578 | J.R. | 5/17/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Anthony Owusu | Interstate wires |
| 0664250578 | K.R. | 5/17/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Anthony Owusu | Interstate wires |
| 0664250578 | M.R. | 5/17/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Anthony Owusu | Interstate wires |
| 0661242776 | C.R. | 5/18/2022 | Prime Orthopedics | Allstate | Surgery Cost Estimate | - | Interstate wires |
| 0660815937 | P.L. | 7/1/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Gary Kraus | Interstate wires |
| 0660815937 | P.L. | 7/11/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Andrew Lee | Interstate wires |
| 0739375160 | G.C. | 7/22/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Masaki Oishi | U.S. Mail |
| 0660815937 | P.L. | 8/10/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0739375160 | G.C. | 9/7/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Masaki Oishi | U.S. Mail |
| 0660815937 | P.L. | 9/14/2022 | The Nichols Law Group, LLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0682771472 | M.M. | 10/5/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Andrew Lee | U.S. Mail |
| 0661242776 | C.R. | 10/10/2022 | Leo & Oginni Trial Lawyers, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | J.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | K.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0664250578 | M.R. | 10/18/2022 | Leo & Oginni Trial Lawyers, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0682771472 | M.M. | 10/19/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Andrew Lee | U.S. Mail |
| 0668241086 | A.P. | 11/8/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0682771472 | M.M. | 11/16/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Andrew Lee | U.S. Mail |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26
Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0656341856 | A.J. | 11/17/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0686965195 | A.N. | 12/14/2022 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0673180154 | A.T. | 12/15/2022 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0628135550 | S.P. | 1/11/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0682771472 | M.M. | 1/17/2023 | Calhoun Meredith, PLLC | Allstate | Attorney Demand Letter | - | U.S. Mail |
| 0656639341 | H.H. | 2/7/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0687297894 | M.M. | 2/7/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0686965195 | A.N. | 2/22/2023 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0621061613 | D.K. | 3/16/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0672903648 | L.Y. | 3/17/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0674171137 | F.C. | 4/12/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0674171137 | J.C. | 4/12/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0681199369 | E.M. | 5/8/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0656605565 | J.L. | 5/10/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0706439262 | C.A. | 5/31/2023 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0704334242 | H.S. | 6/2/2023 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Gary Kraus | Interstate wires |
| 0704334242 | H.S. | 6/21/2023 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0577050602 | I.Z. | 6/23/2023 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0713854487 | L.E. | 6/29/2023 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0704334242 | H.S. | 7/3/2023 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Andrew Lee | Interstate wires |
| 0662467356 | E.R. | 7/5/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0691999873 | A.R. | 8/11/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0713854487 | L.E. | 8/22/2023 | Schiffer Law Firm PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0706439262 | C.A. | 9/1/2023 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0709906233 | M.R. | 9/4/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755848173 | B.S. | 10/18/2023 | Prime Orthopedics | Shariff Law Firm | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0727649139 | B.M. | 10/25/2023 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | U.S. Mail |
| 0715407144 | S.H. | 10/27/2023 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Masaki Oishi | Interstate wires |
| 0761045566 | L.D. | 10/28/2023 | Prime Orthopedics | L.D. | Patient Activity Statement | - | U.S. Mail |
| 0700691025 | M.H. | 11/21/2023 | Prime Orthopedics | M.H. | Patient Activity Statement | - | Interstate wires |
| 0700691025 | M.H. | 11/27/2023 | Law Offices Abraham, Watkins, Nichols, Agosto, Aziz & Stogner | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0662053792 | J.C. | 12/11/2023 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0700995359 | V.G. | 12/29/2023 | Prime Orthopedics | V.G. | Patient Activity Statement | - | Interstate wires |
| 0607906393 | A.O. | 1/5/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0675772826 | L.R. | 1/5/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0698027786 | A.D. | 1/8/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0700995359 | V.G. | 2/13/2024 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0715407144 | S.H. | 2/21/2024 | Martin Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0686965195 | A.N. | 2/29/2024 | Law Offices Abraham, Watkins, Nichols, Agosto, Aziz & Stogner | Allstate | Attorney Demand Letter | - | Interstate wires |

5

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26

Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0739972502 | B.B. | 3/8/2024 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Gary Kraus | Interstate wires |
| 0739972502 | B.B. | 4/10/2024 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0745744425 | L.A. | 4/10/2024 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dus Parameswaran | Interstate wires |
| 0753037753 | H.G. | 5/7/2024 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Erum Roopani | Interstate wires |
| 0747518801 | M.M. | 5/8/2024 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dushi Parameswaran | U.S. Mail |
| 0747518801 | M.M. | 6/12/2024 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Dushi Parameswaran | U.S. Mail |
| 0753037753 | H.G. | 7/16/2024 | Farrar & Ball LLP Trial Attorneys | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0749222329 | V.D. | 7/24/2024 | Prime Orthopedics | Allstate | Health Insurance Claim Form | Masaki Oishi | Interstate wires |
| 0755848173 | B.S. | 7/31/2024 | Shariff Law Firm | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0745744425 | L.A. | 8/14/2024 | Adame Garza HTX Trial Lawyers | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0739972502 | B.B. | 8/19/2024 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0749222329 | V.D. | 8/27/2024 | D. Miller & Associates, PLLC | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0704334242 | H.S. | 8/28/2024 | The Law Office of Nhan Nguyen, MD, JD | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0700354236 | J.I. | 9/21/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753287648 | M.K. | 9/25/2024 | Prime Orthopedics | M.K. | Patient Activity Statement | - | Interstate wires |
| 0643021462 | J.T. | 10/4/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0735561318 | D.M. | 10/11/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0744180779 | E.M. | 10/19/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753287648 | M.K. | 10/31/2024 | The Law Offices of Komar Khawaja | Allstate | Attorney Demand Letter | - | Interstate wires |
| 0725392948 | D.M. | 11/1/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753287648 | M.K. | 11/6/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0624171484 | L.S. | 11/7/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0740694591 | S.M. | 12/16/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755042033 | T.I. | 12/17/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0720200310 | A.A. | 12/18/2024 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0673561437 | T.B. | 1/7/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0742536360 | J.G. | 1/8/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0748128394 | L.F. | 1/10/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0677580664 | J.M. | 1/11/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0740560362 | S.B. | 1/15/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0758171433 | W.L. | 1/15/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0763526357 | M.A. | 1/17/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750033433 | R.R. | 1/18/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0756135695 | R.B. | 1/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0757928296 | R.B. | 1/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762555894 | X.J. | 1/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0703328088 | R.M. | 1/28/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745751941 | Y.J. | 1/28/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0748231999 | T.L. | 1/30/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0760565838 | C.T. | 1/30/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0754179851 | M.C. | 1/31/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26

Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0719815317 | L.S. | 2/1/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0742181639 | J.G. | 2/1/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0762670636 | J.M. | 2/8/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766828933 | E.R. | 2/8/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0737161745 | M.Y. | 2/14/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0763338100 | J.Z. | 2/15/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769179375 | H.L. | 2/15/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0755537818 | A.H. | 2/19/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0763195905 | J.Z. | 2/19/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0771397997 | E.F. | 2/19/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0688135797 | E.E. | 2/20/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768999657 | S.H. | 2/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751672098 | M.M. | 2/22/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0757819362 | L.V. | 2/24/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0758510408 | L.G. | 2/24/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0724743430 | M.C. | 2/25/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0744337734 | M.L. | 2/26/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745962571 | L.P. | 2/27/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777916461 | C.K. | 2/27/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0757804190 | T.T. | 3/4/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770773943 | C.M. | 3/4/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770773943 | G.M. | 3/4/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0739804739 | T.M. | 3/6/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0743776114 | R.A. | 3/6/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0714131026 | E.P. | 3/12/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769895358 | K.G. | 3/12/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767485170 | M.V. | 3/18/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0687747949 | E.E. | 3/20/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0688135797 | E.E. | 3/20/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0669276305 | R.B. | 3/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0688135797 | E.E. | 3/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750480907 | M.A. | 3/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769895358 | K.G. | 3/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775016330 | N.H. | 3/28/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0766934749 | M.M. | 4/3/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770130714 | A.G. | 4/3/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0750111718 | B.D. | 4/7/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751012451 | R.F. | 4/8/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751309022 | G.R. | 4/11/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0730894243 | J.B. | 4/17/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790157259 | A.F. | 4/17/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26
Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0746794874 | O.K. | 4/18/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0730894243 | P.A. | 4/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765302328 | D.W. | 4/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0730894243 | P.A. | 4/22/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772732053 | A.P. | 4/22/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0730894243 | J.B. | 4/23/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0765302328 | D.W. | 4/24/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772305488 | E.M. | 4/24/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0741814479 | R.C. | 4/25/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777901232 | X.H. | 4/26/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0650877467 | C.C. | 5/7/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775927692 | E.H. | 5/7/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775927692 | J.C. | 5/7/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0650877467 | C.C. | 5/8/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0771943537 | D.M. | 5/10/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0770392363 | J.R. | 5/14/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779731156 | C.W. | 5/14/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777838715 | D.G. | 5/23/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0771291184 | M.F. | 5/27/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779294586 | M.M. | 5/27/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0743611253 | M.G. | 5/28/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0772602215 | S.D. | 5/28/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777838715 | S.M. | 5/28/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773195549 | A.B. | 5/29/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0760265561 | G.S. | 6/3/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0724977921 | K.B. | 6/4/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753437458 | W.G. | 6/5/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0699934088 | V.N. | 6/7/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780238671 | I.H. | 6/7/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767107725 | M.P. | 6/10/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769882548 | E.R. | 6/10/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769882548 | E.R. | 6/11/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775022494 | A.A. | 6/16/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768272700 | A.W. | 6/18/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0702566514 | P.T. | 6/24/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785124157 | B.F. | 6/26/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0753437458 | W.G. | 6/27/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769765149 | R.D. | 7/1/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781560537 | B.P. | 7/11/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0774502405 | J.A. | 7/16/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769317066 | J.W. | 7/18/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26
Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0781528609 | A.M. | 7/19/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0798686077 | M.E. | 7/22/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0742721830 | A.M. | 7/23/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777916461 | C.K. | 7/24/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776154510 | N.G. | 7/25/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769765149 | R.D. | 7/26/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0752732206 | E.B. | 7/29/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768815748 | J.S. | 7/29/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0785912775 | D.H. | 7/29/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0789334109 | L.C. | 7/31/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0711297258 | E.R. | 8/2/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779483130 | B.M. | 8/2/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0717156731 | K.G. | 8/5/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768815748 | J.S. | 8/6/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784210437 | V.C. | 8/6/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0788753002 | C.T. | 8/6/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0777072141 | S.S. | 8/7/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0793114166 | G.G. | 8/7/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0771397865 | I.M. | 8/9/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786146548 | B.J. | 8/14/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791034390 | A.E. | 8/15/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786490029 | T.H. | 8/16/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0789334109 | L.C. | 8/19/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790387237 | J.M. | 8/19/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0751771197 | H.E. | 8/21/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0716159884 | M.J. | 8/23/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791275852 | T.S. | 8/25/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779742880 | C.S. | 8/26/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779528172 | J.M. | 8/29/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783027568 | A.G. | 8/29/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802561142 | M.G. | 9/2/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0779483130 | L.R. | 9/4/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802561142 | M.G. | 9/4/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0754274884 | K.F. | 9/12/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764646816 | R.S. | 9/12/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0767493778 | M.A. | 9/18/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0773378856 | F.L. | 9/18/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792616708 | M.P. | 9/23/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802947853 | T.V. | 9/23/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0768703290 | P.B. | 9/24/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0781608633 | J.N. | 9/26/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26

Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0764956744 | B.B. | 10/3/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745143388 | S.A. | 10/6/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780927570 | C.A. | 10/6/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791032329 | M.L. | 10/11/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0733164818 | P.S. | 10/18/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0796685469 | K.C. | 10/22/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0747980878 | C.C. | 10/28/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0747980878 | O.C. | 10/28/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0787891597 | J.S. | 10/29/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0754048098 | E.V. | 10/31/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786039594 | R.S. | 11/4/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0789417994 | J.T. | 11/5/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0763733250 | P.W. | 11/10/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802947853 | T.V. | 11/11/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0764236170 | B.D. | 11/15/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0811271971 | C.F. | 11/18/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0769545723 | P.M. | 11/20/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0794330992 | A.S. | 11/23/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0780899356 | C.A. | 11/25/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784731432 | M.L. | 12/2/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0782181804 | C.T. | 12/3/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0783136229 | T.G. | 12/5/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0799480116 | G.A. | 12/6/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801790767 | P.D. | 12/11/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0775420805 | R.H. | 12/12/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802963926 | L.T. | 12/19/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0805116126 | R.M. | 12/23/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0801477548 | J.V. | 12/25/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0807066824 | T.T. | 12/27/2025 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0784831232 | M.L. | 1/7/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0745035550 | K.H. | 1/8/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0787706910 | M.T. | 1/9/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0741689640 | D.M. | 1/13/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0792395054 | G.P. | 1/16/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0776383457 | I.Y. | 1/20/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0749031480 | W.S. | 1/21/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0800162505 | N.E. | 1/21/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0798543575 | A.M. | 1/22/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0739804739 | T.M. | 1/27/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0790033237 | R.L. | 1/27/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0786542571 | O.A. | 2/2/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 26

Prime Orthopedics Mail Fraud Chart

| Claim No. | Claimant Initials | Date | From | To | Contents | Treating Provider | Method of Delivery |
|---|---|---|---|---|---|---|---|
| 0751569773 | M.J. | 2/3/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0802976704 | S.M. | 2/3/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |
| 0791938251 | M.S. | 2/4/2026 | Prime Orthopedics | Allstate | Invoice for medical services | - | U.S. Mail/Interstate wires |