# EXHIBIT 27

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 27
Core First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 592127377 | 1 | T.J. | 1/20/2020 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $61.00 |
| 598752160 | 1 | J.E. | 8/26/2020 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 598752160 | 3 | J.E. | 8/26/2020 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 598752160 | 2 | K.E. | 8/26/2020 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 599211562 | 2 | M.C. | 9/7/2020 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $466.00 |
| 600457493 | 2 | N.L. | 9/17/2020 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 602939217 | 2 | N.J. | 10/10/2020 | 1st Party | CORE | Allstate County Mutual Insurance Company | $67.98 |
| 604018762 | 1 | M.B. | 10/20/2020 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $843.00 |
| 608358222 | 5 | K.O. | 11/27/2020 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $781.00 |
| 608358222 | 1 | M.M. | 11/27/2020 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $629.00 |
| 611378605 | 10 | A.D. | 12/31/2020 | 1st Party | CORE | Allstate Indemnity Company | $270.00 |
| 611378605 | 5 | K.D. | 12/31/2020 | 1st Party | CORE | Allstate Indemnity Company | $270.00 |
| 611378605 | 9 | M.W. | 12/31/2020 | 1st Party | CORE | Allstate Indemnity Company | $270.00 |
| 615215498 | 2 | C.G. | 2/10/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 615215498 | 2 | C.G. | 2/10/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 615215498 | 5 | N.R. | 2/10/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 624665493 | 2 | S.W. | 4/30/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 634529515 | 1 | E.B. | 7/24/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 636256000 | 7 | L.P. | 8/7/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $350.00 |
| 638024983 | 8 | B.G. | 8/22/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 638024983 | 9 | C.G. | 8/22/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 638024983 | 7 | M.N. | 8/22/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 643035702 | 2 | D.G. | 9/26/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 648594885 | 1 | Z.M. | 11/10/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 653339747 | 1 | T.C. | 12/14/2021 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $220.00 |
| 655745412 | 1 | B.G. | 1/11/2022 | 1st Party | CORE | Allstate Indemnity Company | $220.00 |
| 660044587 | 7 | R.L. | 2/8/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 659030415 | 2 | A.T. | 2/12/2022 | 1st Party | CORE HEALTH | Allstate Fire and Casualty Insurance Company | $270.00 |
| 660601634 | 2 | M.C. | 2/26/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $768.00 |
| 662471838 | 1 | J.R. | 3/15/2022 | 1st Party | CORE HEALTH | Allstate Fire and Casualty Insurance Company | $461.00 |
| 670000587 | 1 | S.M. | 3/27/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $1,339.00 |
| 667590251 | 2 | V.M. | 4/9/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 670457894 | 1 | E.A. | 5/19/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 701202756 | 1 | J.T. | 6/27/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $371.00 |
| 681656260 | 1 | M.L. | 8/19/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 744197657 | 2 | A.V. | 8/20/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $1,211.00 |
| 687297894 | 2 | J.M. | 9/16/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 687297894 | 2 | J.M. | 9/16/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 688034255 | 3 | A.R. | 9/22/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 688034255 | 2 | R.R. | 9/22/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $270.00 |
| 692989601 | 1 | B.G. | 11/16/2022 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $359.00 |
| 698438835 | 3 | D.P. | 1/1/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $232.00 |
| 702523903 | 2 | R.G. | 2/3/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $723.00 |
| 705283273 | 1 | E.J. | 3/5/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $228.00 |
| 706014420 | 2 | J.K. | 3/11/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $1,058.00 |
| 706014420 | 1 | K.H. | 3/11/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $851.00 |
| 737393652 | 1 | E.M. | 5/8/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $231.00 |
| 716159884 | 3 | N.G. | 5/14/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $371.00 |
| 714558806 | 2 | I.C. | 5/18/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $550.00 |
| 716734579 | 1 | A.D. | 6/7/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $231.00 |
| 718343833 | 1 | A.P. | 6/19/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $237.00 |
| 721682417 | 2 | C.R. | 7/15/2023 | 1st Party | CORE | Allstate Indemnity Company | $321.00 |
| 726396855 | 1 | M.C. | 8/17/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $321.00 |
| 729693357 | 1 | M.M. | 8/20/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $231.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 27

Core First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 726558711 | 1 | L.S. | 8/23/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $602.00 |
| 726839426 | 8 | B.H. | 8/26/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $237.00 |
| 727416380 | 2 | K.M. | 8/31/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $775.00 |
| 736619610 | 1 | I.M. | 9/18/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $320.00 |
| 737405522 | 2 | A.A. | 11/22/2023 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $229.00 |
| 757306030 | 2 | E.P. | 2/20/2024 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $229.00 |
| 769895358 | 1 | K.G. | 9/22/2024 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $327.72 |
| 772602215 | 1 | R.D. | 10/12/2024 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $635.54 |
| 772602215 | 2 | S.D. | 10/12/2024 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $371.96 |
| 778301614 | 2 | A.F. | 12/11/2024 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $290.03 |
| 778754523 | 1 | S.D. | 12/12/2024 | 1st Party | CORE | Allstate Indemnity Company | $231.38 |
| 778754523 | 1 | S.D. | 12/12/2024 | 1st Party | CORE | Allstate Indemnity Company | $231.38 |
| 784885212 | 1 | J.S. | 2/17/2025 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $229.92 |
| 788753002 | 1 | C.T. | 3/30/2025 | 1st Party | CORE | Allstate Fire and Casualty Insurance Company | $231.38 |
| 793173915 | 6 | N.R. | 5/15/2025 | 1st Party | CORE HEALTH | Allstate Fire and Casualty Insurance Company | $211.97 |
| 793173915 | 5 | S.R. | 5/15/2025 | 1st Party | CORE HEALTH | Allstate Fire and Casualty Insurance Company | $211.97 |
| 796198124 | 1 | J.P. | 6/13/2025 | 1st Party | CORE HEALTH | Allstate North American Insurance Company | $281.25 |
| | | | | | | **Total:** | **$26,398.48** |