# EXHIBIT 29

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 29

Clay Healthcare Services-West Houston First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 574732079 | 1 | H.L. | 1/6/2020 | 1st Party | ELITE HEALTH SERVICES WEST | Allstate Fire and Casualty Insurance Company | $359.00 |
| 687631903 | 1 | R.S. | 3/12/2020 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 619065857 | 1 | M.A. | 8/8/2020 | 1st Party | ELITE HEALTH SERVICES WEST | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 602705444 | 2 | K.D. | 10/7/2020 | 1st Party | ELITE HEALTH SERVICES WH | Allstate Fire and Casualty Insurance Company | $498.00 |
| 604111120 | 1 | A.R. | 10/21/2020 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 607240850 | 2 | G.G. | 11/18/2020 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $498.00 |
| 607240850 | 1 | I.L. | 11/18/2020 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $1,041.00 |
| 607387339 | 1 | V.R. | 11/19/2020 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $1,126.85 |
| 610012171 | 1 | D.M. | 11/24/2020 | 1st Party | ELITE HEALTH SERVICES WEST | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 608943775 | 2 | D.F. | 12/7/2020 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate County Mutual Insurance Company | $1,000.00 |
| 609419684 | 1 | M.G. | 12/11/2020 | 1st Party | ELITEHEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 631697819 | 1 | L.M. | 6/20/2021 | 1st Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $1,294.57 |
| 641671409 | 1 | T.I. | 8/4/2021 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $9,662.23 |
| 646246140 | 1 | J.C. | 8/19/2021 | 1st Party | ELITE HEALTH SERVICES WEST | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 638894592 | 4 | X.W. | 8/28/2021 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,049.00 |
| 643719859 | 1 | V.G. | 10/1/2021 | 1st Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 644470692 | 2 | B.R. | 10/7/2021 | 1st Party | ELITE HEALTH SERVICES WEST | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 644470692 | 5 | M.I. | 10/7/2021 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 645182544 | 2 | A.H. | 10/13/2021 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Indemnity Company | $2,500.00 |
| 649785242 | 6 | K.V. | 11/20/2021 | 1st Party | ELITE HEALTH SERVICES WEST | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 655616787 | 4 | W.H. | 12/12/2021 | 1st Party | ELITE HEALTH SERVICES | Allstate Property and Casualty Insurance Company | $933.40 |
| 652491119 | 1 | D.Z. | 12/15/2021 | 1st Party | ELITE HEALTH SERVICES WEST | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 661785691 | 2 | J.G. | 1/9/2022 | 1st Party | ELITE HEALTH SERVICES WEST | Allstate Fire and Casualty Insurance Company | $1,538.00 |
| 661785691 | 2 | J.G. | 1/9/2022 | 1st Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $852.78 |
| 671603496 | 3 | K.R. | 5/29/2022 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate County Mutual Insurance Company | $2,500.00 |
| 686073388 | 1 | J.G. | 9/21/2022 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 691197163 | 1 | M.P. | 10/10/2022 | 1st Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 706014420 | 1 | K.H. | 3/11/2023 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $1,149.00 |
| 718354798 | 2 | W.M. | 4/28/2023 | 1st Party | CLAY HEALTHCARE SERVICES LLC | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 712491075 | 9 | B.N. | 5/2/2023 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 716159884 | 3 | N.G. | 5/14/2023 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $457.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 29
Clay Healthcare Services-West Houston First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 714558806 | 2 | I.C. | 5/18/2023 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $1,950.00 |
| 715686853 | 1 | G.E. | 5/29/2023 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 721169381 | 1 | K.H. | 7/5/2023 | 1st Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 732270384 | 1 | X.V. | 7/27/2023 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 724852561 | 1 | T.L. | 8/3/2023 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 726396855 | 1 | M.C. | 8/17/2023 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $1,374.00 |
| 734934607 | 2 | M.C. | 11/3/2023 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 745509885 | 1 | L.V. | 2/10/2024 | 1st Party | ELITE HEALTH SERVICES | Allstate Property and Casualty Insurance Company | $2,500.00 |
| 748534419 | 1 | K.M. | 3/15/2024 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 749067096 | 1 | A.S. | 3/20/2024 | 1st Party | ELITE HEALTH SERVICES WEST H | Allstate Fire and Casualty Insurance Company | $511.00 |
| 783912462 | 3 | A.T. | 2/12/2025 | 1st Party | EDLOE IMAGING WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 783912462 | 2 | B.T. | 2/12/2025 | 1st Party | EDLOE IMAGING WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 787655554 | 3 | A.H. | 3/22/2025 | 1st Party | EDLOE IMAGING WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $6,936.98 |
| 787655554 | 3 | A.H. | 3/22/2025 | 1st Party | EDLOE IMAGING WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $6,936.98 |
| 793173915 | 6 | N.R. | 5/15/2025 | 1st Party | EDLOE IMAGING WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $228.95 |
| 793173915 | 5 | S.R. | 5/15/2025 | 1st Party | EDLOE IMAGING WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $370.67 |
| 804233765 | 2 | D.Z. | 8/31/2025 | 1st Party | EDLOE IMAGING WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| | | | | | | **Total:** | **$107,267.41** |