# EXHIBIT 31

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 31

Med Center Healthcare Services-Medical Center First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 574885927 | 1 | D.B. | 1/7/2020 | 1st Party | ELITE HEALTH SERVICES MC | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 574524617 | 5 | A.E. | 1/10/2020 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $2,500.00 |
| 578451379 | 4 | J.F. | 2/15/2020 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $1,000.00 |
| 581155090 | 8 | K.W. | 3/11/2020 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 581155090 | 6 | L.C. | 3/11/2020 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 583647532 | 3 | A.C. | 4/6/2020 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $815.00 |
| 583647532 | 2 | M.C. | 4/6/2020 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $2,500.00 |
| 584239560 | 2 | M.K. | 4/14/2020 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $599.00 |
| 690025184 | 1 | J.C. | 12/18/2020 | 1st Party | ELITE HEALTH SERVICES MC | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 613116664 | 1 | O.C. | 1/13/2021 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $803.00 |
| 617702386 | 2 | K.S. | 3/1/2021 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $992.00 |
| 619739195 | 1 | P.B. | 3/21/2021 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 619739195 | 2 | R.B. | 3/21/2021 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 630766863 | 2 | R.P. | 6/11/2021 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 632700829 | 2 | R.M. | 7/9/2021 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Insurance Company | $663.00 |
| 635397861 | 5 | S.B. | 8/1/2021 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,233.73 |
| 636264921 | 1 | D.S. | 8/7/2021 | 1st Party | ELITE HEALTH SERVICES MC | Allstate Fire and Casualty Insurance Company | $300.00 |
| 642623763 | 1 | V.B. | 9/22/2021 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,323.50 |
| 643881824 | 4 | A.S. | 10/2/2021 | 1st Party | ELITE HEALTH SERVICES MC | Allstate Fire and Casualty Insurance Company | $598.00 |
| 648524528 | 1 | M.M. | 11/9/2021 | 1st Party | ELITE HEALTH SERVICES MC | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 655313732 | 1 | O.O. | 1/3/2022 | 1st Party | ELITE HEALTH SERVICES MC | Allstate Fire and Casualty Insurance Company | $1,200.00 |
| 661785691 | 1 | I.B. | 1/9/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,216.00 |
| 661785691 | 1 | I.B. | 1/9/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,216.00 |
| 657282935 | 2 | S.A. | 1/27/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $2,500.00 |
| 661158238 | 1 | P.S. | 2/28/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $202.00 |
| 662978808 | 1 | O.M. | 3/3/2022 | 1st Party | ELITE HEALTH SERVICES MC | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 688600139 | 1 | M.D. | 4/5/2022 | 1st Party | ELITE HEALTH SERVICES MC | Allstate Fire and Casualty Insurance Company | $318.00 |
| 669373425 | 1 | P.W. | 4/13/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 671585586 | 1 | N.J. | 5/28/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $5,000.00 |

1

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 31

Med Center Healthcare Services-Medical Center First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 683765788 | 2 | E.C. | 9/6/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $364.48 |
| 684956634 | 2 | Y.G. | 9/7/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $625.00 |
| 687297894 | 2 | J.M. | 9/16/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,230.00 |
| 687297894 | 2 | J.M. | 9/16/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,230.00 |
| 688847920 | 6 | K.G. | 9/23/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 688847920 | 1 | Q.H. | 9/23/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 698658267 | 2 | J.F. | 12/4/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $811.00 |
| 698658267 | 1 | T.L. | 12/4/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $749.85 |
| 695416115 | 1 | E.G. | 12/10/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 713551539 | 1 | E.S. | 12/16/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $800.00 |
| 696844802 | 6 | F.L. | 12/22/2022 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $2,500.00 |
| 707103453 | 1 | T.T. | 3/21/2023 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $80.00 |
| 719891409 | 1 | J.O. | 7/1/2023 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 721682417 | 2 | C.R. | 7/15/2023 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $1,898.00 |
| 724368337 | 2 | C.J. | 8/6/2023 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 724368337 | 3 | C.J. | 8/6/2023 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 736619610 | 1 | I.M. | 9/18/2023 | 1st Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 730927795 | 3 | K.A. | 10/1/2023 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 732970900 | 4 | T.H. | 10/1/2023 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Insurance Company | $2,084.68 |
| 730927795 | 2 | T.H. | 10/1/2023 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 736084716 | 1 | J.C. | 11/8/2023 | 1st Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 739972502 | 1 | B.B. | 12/23/2023 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 743441685 | 7 | D.I. | 1/25/2024 | 1st Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Indemnity Company | $1,649.03 |
| 743844797 | 1 | L.S. | 1/30/2024 | 1st Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 745498799 | 1 | L.F. | 2/14/2024 | 1st Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,364.00 |
| 750036963 | 1 | J.S. | 3/29/2024 | 1st Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,609.84 |
| 753594399 | 1 | T.W. | 5/2/2024 | 1st Party | ELITE HEALTH SERVICES MC | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 757491543 | 4 | A.V. | 5/3/2024 | 1st Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 761627990 | 1 | J.M. | 5/10/2024 | 1st Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 31

Med Center Healthcare Services-Medical Center First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 756196555 | 1 | S.F. | 5/24/2024 | 1st Party | EDLOE IMAGING MEDICAL CENTER | Allstate North American Insurance Company | $1,598.72 |
| 760638254 | 2 | A.R. | 6/29/2024 | 1st Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 760638254 | 3 | A.R. | 6/29/2024 | 1st Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 769895358 | 1 | K.G. | 9/22/2024 | 1st Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $47.50 |
| 772602215 | 1 | R.D. | 10/12/2024 | 1st Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,864.46 |
| 774576960 | 1 | M.G. | 11/4/2024 | 1st Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 782027544 | 1 | A.G. | 1/17/2025 | 1st Party | EDLOE IMAGING MEDICAL CENTER | Allstate Indemnity Company | $2,500.00 |
| | | | | | | **Total:** | **$122,485.79** |

3