# EXHIBIT 32

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 32

Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 536576721 | 2 | J.S. | 3/1/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $5,100.00 |
| 543297740 | 2 | L.B. | 4/26/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 563065473 | 8 | G.D. | 10/1/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate County Mutual Insurance Company | $1,500.00 |
| 564707123 | 5 | R.T. | 10/15/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Indemnity Company | $3,000.00 |
| 565002474 | 3 | S.N. | 10/18/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $3,000.00 |
| 567223540 | 2 | R.C. | 11/5/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Indemnity Company | $2,400.00 |
| 569297731 | 13 | F.A. | 11/22/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $4,750.00 |
| 569297731 | 2 | P.R. | 11/22/2019 | 3rd Party | ELITE HEALTH SERVICES-MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 570062059 | 2 | S.B. | 11/28/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate County Mutual Insurance Company | $1,350.00 |
| 570467407 | 2 | R.H. | 12/3/2019 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 570636159 | 2 | F.T. | 12/5/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 570683185 | 3 | A.B. | 12/5/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,698.92 |
| 571176312 | 3 | D.H. | 12/7/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,358.90 |
| 571162403 | 5 | C.G. | 12/7/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Insurance Company | $4,800.00 |
| 573046653 | 2 | M.S. | 12/10/2019 | 3rd Party | Elite Health Services | Allstate Fire and Casualty Insurance Company | $6,150.00 |
| 571559178 | 4 | A.A. | 12/12/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 571559178 | 2 | D.S. | 12/12/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 571425875 | 4 | J.R. | 12/12/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $668.70 |
| 571777564 | 1 | H.H. | 12/14/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $4,500.00 |
| 571706795 | 5 | L.S. | 12/14/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 573948536 | 4 | C.H. | 12/21/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 573181641 | 4 | M.S. | 12/28/2019 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Indemnity Company | $3,000.00 |
| 573312758 | 2 | B.P. | 12/30/2019 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Insurance Company | $4,000.00 |
| 573569423 | 3 | D.W. | 12/31/2019 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $3,000.00 |
| 574226262 | 5 | C.C. | 1/7/2020 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $6,357.30 |
| 632210233 | 3 | A.P. | 1/8/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $8,750.00 |
| 574300067 | 5 | M.B. | 1/8/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $157.44 |
| 574300067 | 2 | S.W. | 1/8/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,650.88 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 32

Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 574465720 | 3 | R.M. | 1/10/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,200.00 |
| 574659751 | 4 | B.C. | 1/12/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $2,400.00 |
| 574646212 | 4 | M.B. | 1/12/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $1,200.00 |
| 574646212 | 2 | V.V. | 1/12/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $2,400.00 |
| 575294152 | 2 | S.M. | 1/17/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 575806948 | 2 | L.H. | 1/21/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 645139908 | 2 | M.G. | 1/24/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 576670400 | 3 | M.G. | 1/27/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate County Mutual Insurance Company | $2,400.00 |
| 576658918 | 2 | D.S. | 1/29/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 577477839 | 2 | J.G. | 2/6/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $600.00 |
| 578086332 | 2 | M.L. | 2/9/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate County Mutual Insurance Company | $3,000.00 |
| 578993826 | 5 | E.T. | 2/12/2020 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $500.00 |
| 579286717 | 3 | J.L. | 2/14/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,129.62 |
| 579014408 | 2 | A.C. | 2/14/2020 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 578451379 | 4 | J.F. | 2/15/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $1,351.62 |
| 578894123 | 2 | A.C. | 2/19/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $3,900.00 |
| 578954786 | 1 | I.Q. | 2/20/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 580465565 | 3 | G.L. | 2/26/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,785.02 |
| 606373835 | 4 | G.L. | 2/26/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $5,750.00 |
| 580465565 | 4 | J.L. | 2/26/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,750.00 |
| 580465565 | 5 | M.L. | 2/26/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $803.74 |
| 606373835 | 6 | M.L. | 2/26/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 580803427 | 4 | C.R. | 3/6/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 580817559 | 3 | E.M. | 3/8/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 580763522 | 4 | I.S. | 3/8/2020 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,778.00 |
| 581992252 | 2 | G.G. | 3/11/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Property and Casualty Insurance Company | $1,500.00 |
| 581155090 | 8 | K.W. | 3/11/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,351.62 |
| 581155090 | 6 | L.C. | 3/11/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,351.62 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 32

Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 581689262 | 6 | J.H. | 3/17/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $3,200.00 |
| 592143507 | 1 | D.S. | 3/19/2020 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 582107074 | 1 | M.H. | 3/22/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 583043765 | 5 | S.K. | 4/4/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $443.58 |
| 583046973 | 2 | A.B. | 4/5/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $2,701.08 |
| 583647532 | 2 | M.C. | 4/6/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $7,200.00 |
| 583647532 | 3 | A.C. | 4/6/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $7,200.00 |
| 583833256 | 3 | J.N. | 4/14/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $7,200.00 |
| 584719025 | 2 | R.C. | 4/25/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 584732150 | 2 | L.Q. | 4/27/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 586907800 | 3 | C.H. | 5/18/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,601.44 |
| 589179100 | 4 | N.G. | 5/24/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate County Mutual Insurance Company | $4,000.00 |
| 588012872 | 2 | B.O. | 5/29/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $3,000.00 |
| 588020636 | 4 | A.G. | 5/30/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 588020636 | 2 | M.L. | 5/30/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 588072009 | 3 | J.D. | 5/31/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 589173079 | 1 | E.A. | 6/10/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $4,015.44 |
| 589508679 | 3 | I.T. | 6/12/2020 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 591516190 | 2 | L.R. | 6/17/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $500.00 |
| 592399785 | 3 | J.M. | 6/19/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $633.76 |
| 592399785 | 7 | M.R. | 6/19/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $78.72 |
| 590255642 | 5 | A.Z. | 6/20/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,349.46 |
| 590672951 | 2 | D.S. | 6/24/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Property and Casualty Insurance Company | $1,500.00 |
| 592869606 | 1 | N.B. | 7/3/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 591685680 | 11 | T.N. | 7/3/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate County Mutual Insurance Company | $4,000.00 |
| 592568513 | 4 | A.K. | 7/13/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,621.80 |
| 593644768 | 3 | H.G. | 7/14/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $78.72 |
| 593327059 | 3 | J.Y. | 7/20/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $3,000.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 32

Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 597080968 | 8 | B.N. | 8/19/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate County Mutual Insurance Company | $2,252.70 |
| 597080968 | 7 | B.N. | 8/19/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate County Mutual Insurance Company | $2,252.70 |
| 597495125 | 4 | M.G. | 8/23/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 598273779 | 4 | B.C. | 8/28/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Indemnity Company | $4,000.00 |
| 598656452 | 3 | M.C. | 9/1/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 598879419 | 2 | B.M. | 9/2/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Property and Casualty Insurance Company | $4,000.00 |
| 599133063 | 4 | L.H. | 9/5/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 599532784 | 2 | T.M. | 9/9/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 599532784 | 2 | T.M. | 9/9/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 599890711 | 2 | Q.R. | 9/12/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $1,200.00 |
| 601049034 | 7 | A.G. | 9/22/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $2,500.00 |
| 601049034 | 2 | K.G. | 9/22/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $5,000.00 |
| 601049034 | 5 | M.G. | 9/22/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $1,000.00 |
| 603288648 | 6 | C.C. | 10/8/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,300.00 |
| 603658543 | 10 | C.B. | 10/16/2020 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,800.00 |
| 603765504 | 2 | J.C. | 10/17/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Insurance Company | $2,902.36 |
| 604850073 | 3 | F.O. | 10/27/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $2,400.00 |
| 614561454 | 14 | A.P. | 11/8/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $1,082.70 |
| 607584372 | 7 | L.B. | 11/20/2020 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 608191730 | 3 | C.M. | 11/29/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,800.00 |
| 608222873 | 8 | K.M. | 11/29/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $1,500.00 |
| 608778304 | 3 | A.C. | 12/4/2020 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $157.44 |
| 611158148 | 3 | E.P. | 12/10/2020 | 3rd Party | Elite Health Services | Allstate Insurance Company | $3,656.40 |
| 611049032 | 3 | S.B. | 12/21/2020 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate County Mutual Insurance Company | $375.82 |
| 610745648 | 1 | H.G. | 12/24/2020 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 611404872 | 5 | M.A. | 1/2/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,050.00 |
| 611632241 | 6 | G.W. | 1/4/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 612572628 | 1 | J.L. | 1/14/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate County Mutual Insurance Company | $500.00 |
| 613323161 | 2 | A.E. | 1/16/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,800.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 32
Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 613509447 | 4 | C.S. | 1/25/2021 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 613509447 | 2 | J.C. | 1/25/2021 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 614274868 | 3 | F.G. | 1/31/2021 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $4,276.70 |
| 614631042 | 7 | C.C. | 2/4/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 614631042 | 7 | C.C. | 2/4/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 614519890 | 3 | G.O. | 2/4/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 614631042 | 2 | J.C. | 2/4/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 614667129 | 2 | D.R. | 2/5/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 614764974 | 3 | G.Q. | 2/6/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 614809580 | 4 | H.P. | 2/6/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $1,857.08 |
| 616494449 | 2 | J.M. | 2/20/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 617167226 | 2 | M.P. | 2/21/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 617883961 | 2 | J.L. | 2/23/2021 | 3rd Party | Elite Health Services | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 617289566 | 3 | A.M. | 2/25/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $3,400.00 |
| 617456751 | 4 | A.V. | 2/27/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate County Mutual Insurance Company | $443.46 |
| 617456751 | 2 | Y.B. | 2/27/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate County Mutual Insurance Company | $3,000.00 |
| 617456751 | 2 | Y.B. | 2/27/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate County Mutual Insurance Company | $3,000.00 |
| 617702386 | 2 | K.S. | 3/1/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $2,884.83 |
| 617702386 | 2 | K.S. | 3/1/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $2,884.83 |
| 617702386 | 2 | K.S. | 3/1/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $992.00 |
| 618365316 | 2 | J.V. | 3/8/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate County Mutual Insurance Company | $6,000.00 |
| 618655211 | 2 | N.L. | 3/10/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 619639486 | 4 | M.H. | 3/19/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Indemnity Company | $4,500.00 |
| 619618035 | 2 | T.S. | 3/19/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $8,000.00 |
| 619739195 | 1 | P.B. | 3/21/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 620239079 | 5 | A.R. | 3/25/2021 | 3rd Party | Elite Health Services | Allstate Indemnity Company | $3,000.00 |
| 620239079 | 3 | Y.R. | 3/25/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $3,000.00 |
| 620473587 | 4 | J.F. | 3/26/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Property and Casualty Insurance Company | $8,000.00 |
| 620606111 | 2 | S.F. | 3/28/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $533.68 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 32

Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 621021823 | 6 | T.C. | 3/30/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $3,106.56 |
| 620764076 | 2 | R.O. | 3/30/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 621058320 | 3 | R.O. | 3/31/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 624069274 | 3 | E.G. | 4/10/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $250.20 |
| 622447936 | 1 | E.A. | 4/13/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,109.26 |
| 622313039 | 2 | N.W. | 4/13/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 624491577 | 8 | I.R. | 4/15/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $433.92 |
| 623081734 | 11 | J.J. | 4/16/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 623081734 | 1 | L.J. | 4/16/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 623293255 | 5 | I.G. | 4/19/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 623293255 | 2 | L.P. | 4/19/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 623844693 | 3 | E.J. | 4/22/2021 | 3rd Party | Elite Health Services - West Houston | Allstate Fire and Casualty Insurance Company | $3,300.00 |
| 623771904 | 2 | S.C. | 4/24/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,662.92 |
| 624411526 | 2 | S.W. | 4/29/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $8,000.00 |
| 624389110 | 7 | X.M. | 4/29/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 624958070 | 2 | P.M. | 5/4/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 625199160 | 3 | R.V. | 5/6/2021 | 3rd Party | ELITE HEALTH SERVICES- MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $600.00 |
| 626953681 | 5 | K.B. | 5/14/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 626953681 | 2 | V.M. | 5/14/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 626250583 | 2 | A.E. | 5/15/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,072.68 |
| 627165392 | 6 | A.D. | 5/22/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 627228604 | 3 | A.L. | 5/23/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,200.00 |
| 627942345 | 5 | J.D. | 5/29/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,800.00 |
| 629566901 | 1 | J.M. | 6/12/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 631042256 | 2 | E.S. | 6/16/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $1,800.00 |
| 630773851 | 4 | I.F. | 6/19/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $4,500.00 |
| 630773851 | 3 | J.R. | 6/19/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $3,000.00 |
| 630396140 | 2 | L.M. | 6/20/2021 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $4,000.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 32

Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 631633435 | 3 | V.C. | 6/30/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 631858255 | 2 | G.O. | 7/1/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $469.20 |
| 632386454 | 4 | N.N. | 7/7/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,800.00 |
| 632792891 | 4 | I.B. | 7/10/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 633259395 | 9 | A.N. | 7/13/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $8,000.00 |
| 633444369 | 2 | E.P. | 7/15/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Indemnity Company | $10,000.00 |
| 633588124 | 2 | C.C. | 7/16/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 633975339 | 4 | A.M. | 7/20/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $548.36 |
| 636151326 | 2 | C.N. | 8/6/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 636965881 | 7 | M.A. | 8/13/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 637143990 | 2 | T.S. | 8/16/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 637712738 | 3 | E.D. | 8/19/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 637691130 | 2 | J.S. | 8/19/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 638469650 | 3 | C.G. | 8/20/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $325.00 |
| 638001842 | 2 | M.G. | 8/21/2021 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 640169512 | 2 | W.A. | 8/29/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $1,153.48 |
| 639193903 | 2 | G.B. | 8/31/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $367.04 |
| 640588745 | 2 | J.C. | 9/3/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 640360913 | 2 | C.N. | 9/5/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 640360913 | 9 | M.S. | 9/5/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 640366563 | 3 | G.M. | 9/6/2021 | 3rd Party | Elite Health Services | Allstate Fire and Casualty Insurance Company | $3,320.32 |
| 640265996 | 4 | M.D. | 9/6/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 640265996 | 2 | O.O. | 9/6/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 640769345 | 1 | A.V. | 9/7/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $250.20 |
| 643754757 | 1 | D.V. | 9/9/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $7,700.00 |
| 641129473 | 2 | I.S. | 9/11/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 642202402 | 5 | G.L. | 9/13/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 642623763 | 1 | V.B. | 9/22/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $6,365.58 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 32
Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 643762859 | 4 | D.A. | 10/1/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $151.24 |
| 643762859 | 6 | E.A. | 10/1/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $233.68 |
| 643762859 | 6 | E.A. | 10/1/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $233.68 |
| 646127001 | 3 | R.A. | 10/5/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Indemnity Company | $4,500.00 |
| 644769317 | 2 | M.C. | 10/10/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 646241497 | 4 | T.L. | 10/22/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $600.00 |
| 647827310 | 2 | D.J. | 10/25/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $216.62 |
| 647041144 | 2 | A.C. | 10/28/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $2,665.08 |
| 648524528 | 1 | M.M. | 11/9/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 648414415 | 3 | P.M. | 11/9/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $1,500.00 |
| 648752384 | 2 | G.C. | 11/11/2021 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $500.00 |
| 650321904 | 1 | A.W. | 11/19/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 650013048 | 3 | R.P. | 11/22/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 659654346 | 2 | G.M. | 11/26/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $389.94 |
| 659654346 | 1 | R.M. | 11/26/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $474.54 |
| 650487985 | 6 | C.L. | 11/27/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate County Mutual Insurance Company | $4,000.00 |
| 650444986 | 3 | N.A. | 11/27/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 650477458 | 2 | D.M. | 11/28/2021 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 650477458 | 8 | F.M. | 11/28/2021 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 650756752 | 1 | S.W. | 11/30/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 657742607 | 2 | R.S. | 12/9/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 652500760 | 3 | M.M. | 12/12/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $1,800.00 |
| 685555898 | 1 | W.H. | 12/12/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Property and Casualty Insurance Company | $900.40 |
| 653814953 | 4 | A.R. | 12/25/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 654814532 | 4 | B.M. | 12/28/2021 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $1,200.00 |
| 661785691 | 1 | I.B. | 1/9/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $450.20 |
| 657282935 | 2 | S.A. | 1/27/2022 | 3rd Party | Elite Health Services | Allstate Indemnity Company | $3,000.00 |
| 657782728 | 1 | M.N. | 2/1/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $450.20 |
| 657802237 | 2 | M.N. | 2/1/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate County Mutual Insurance Company | $6,000.00 |

Allstate Insurance Company, et al. v. Roopani, et al.
Exhibit 32
Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 658156757 | 3 | A.C. | 2/5/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $7,440.00 |
| 659894256 | 3 | F.C. | 2/18/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $3,400.00 |
| 659841000 | 2 | J.T. | 2/21/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $701.70 |
| 660631078 | 5 | J.W. | 2/25/2022 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 664212198 | 1 | V.H. | 2/26/2022 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Indemnity Company | $232.62 |
| 661407650 | 4 | Y.P. | 3/5/2022 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 662655331 | 3 | L.P. | 3/16/2022 | 3rd Party | Elite Health Services | Allstate Indemnity Company | $450.92 |
| 665054185 | 3 | T.K. | 3/25/2022 | 3rd Party | Elite Health Services | Allstate Fire and Casualty Insurance Company | $3,400.00 |
| 665377321 | 2 | L.L. | 4/8/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $450.20 |
| 665969465 | 5 | O.G. | 4/9/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $226.78 |
| 670089663 | 3 | P.C. | 5/10/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $309.92 |
| 669716002 | 4 | R.B. | 5/15/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $900.40 |
| 670255017 | 5 | K.N. | 5/19/2022 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $7,200.00 |
| 670552041 | 1 | B.G. | 5/20/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Insurance Company | $450.20 |
| 672671690 | 1 | E.H. | 6/2/2022 | 3rd Party | Elite Health Services | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 675356975 | 2 | J.A. | 6/27/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $436.66 |
| 688135797 | 1 | E.E. | 8/4/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $450.20 |
| 681354411 | 7 | T.M. | 8/10/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $436.00 |
| 681354411 | 3 | D.H. | 8/10/2022 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $232.62 |
| 682051800 | 3 | R.J. | 8/20/2022 | 3rd Party | ELITE HEALTH SERVICES WEST HOUSTON | Allstate Fire and Casualty Insurance Company | $742.60 |
| 682699144 | 7 | A.S. | 8/28/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 682699144 | 9 | J.L. | 8/28/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $8,750.00 |
| 687297894 | 1 | M.M. | 9/16/2022 | 3rd Party | Elite Health Services - West Houston | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 685285082 | 4 | S.A. | 9/18/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $151.80 |
| 685978934 | 3 | E.J. | 9/24/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate County Mutual Insurance Company | $168.52 |
| 688136860 | 7 | P.M. | 10/11/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $411.66 |
| 688136860 | 7 | P.M. | 10/11/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $411.66 |
| 690882188 | 2 | D.T. | 11/2/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $900.40 |
| 693404675 | 2 | E.L. | 11/17/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $450.20 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 32
Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 693983686 | 5 | A.H. | 11/29/2022 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $168.52 |
| 698658267 | 2 | F.J. | 12/4/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $811.00 |
| 696093418 | 4 | R.C. | 12/10/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $9,500.00 |
| 696145143 | 9 | E.G. | 12/18/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $435.98 |
| 696145143 | 9 | E.G. | 12/18/2022 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $435.98 |
| 698132081 | 2 | A.P. | 1/3/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $871.96 |
| 700093669 | 2 | D.A. | 1/19/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $435.98 |
| 700435019 | 2 | H.G. | 1/22/2023 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $435.98 |
| 700964885 | 2 | P.B. | 1/26/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $742.30 |
| 702290941 | 2 | A.C. | 2/7/2023 | 3rd Party | Elite Health Services | Allstate Fire and Casualty Insurance Company | $82.24 |
| 705762986 | 2 | A.N. | 3/9/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $233.62 |
| 711955088 | 1 | B.M. | 3/24/2023 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Indemnity Company | $95.52 |
| 709906233 | 3 | M.R. | 4/11/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $435.98 |
| 711105320 | 3 | A.C. | 4/18/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $435.98 |
| 711105320 | 4 | C.G. | 4/18/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $82.24 |
| 715407144 | 5 | K.B. | 5/26/2023 | 3rd Party | ELITE HEALTH SERVICES - MEDICA | Allstate Fire and Casualty Insurance Company | $233.62 |
| 719281297 | 3 | L.G. | 6/23/2023 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $165.16 |
| 719130998 | 8 | V.R. | 6/24/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Indemnity Company | $82.24 |
| 723145926 | 3 | D.K. | 6/29/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $261.86 |
| 720009752 | 2 | K.V. | 7/3/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $233.62 |
| 724362561 | 7 | M.R. | 8/5/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $69.84 |
| 724886395 | 2 | B.G. | 8/7/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Property and Casualty Insurance Company | $435.98 |
| 729693357 | 1 | M.M. | 8/20/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $435.98 |
| 726828106 | 2 | V.D. | 8/25/2023 | 3rd Party | Elite Health Services - West Houston | Allstate Fire and Casualty Insurance Company | $822.70 |
| 728551755 | 4 | I.P. | 8/26/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $435.98 |
| 727358186 | 2 | F.F. | 8/29/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $301.32 |
| 730664331 | 4 | V.A. | 9/28/2023 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate County Mutual Insurance Company | $4,000.00 |
| 730927795 | 3 | K.A. | 10/1/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 32

Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 732788336 | 3 | A.V. | 10/17/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $3,500.00 |
| 733164818 | 1 | S.P. | 10/17/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $435.98 |
| 733588669 | 2 | J.L. | 10/19/2023 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Insurance Company | $4,000.00 |
| 733646715 | 2 | J.L. | 10/24/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $389.78 |
| 737986604 | 3 | H.R. | 10/31/2023 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $154.80 |
| 735637167 | 5 | L.L. | 11/9/2023 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $233.62 |
| 739972502 | 1 | B.B. | 12/23/2023 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 740223952 | 3 | C.C. | 12/27/2023 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $228.02 |
| 741029532 | 4 | M.S. | 1/5/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICA CENTER | Allstate Fire and Casualty Insurance Company | $460.26 |
| 742085400 | 4 | D.S. | 1/13/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $486.80 |
| 743441685 | 7 | D.I. | 1/25/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Indemnity Company | $1,649.03 |
| 745498799 | 1 | L.F. | 2/14/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,364.00 |
| 746685841 | 2 | C.J. | 2/23/2024 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $227.80 |
| 748749785 | 3 | M.A. | 3/18/2024 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 750036963 | 1 | J.S. | 3/29/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,609.84 |
| 761627990 | 1 | J.M. | 5/10/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICA | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 760638254 | 2 | A.R. | 6/29/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $227.80 |
| 760638254 | 3 | A.R. | 6/29/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $228.58 |
| 764396148 | 2 | E.D. | 7/31/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICA CENTER | Allstate Fire and Casualty Insurance Company | $407.78 |
| 768272700 | 2 | A.W. | 9/9/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $420.76 |
| 768937690 | 1 | K.W. | 9/13/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $420.76 |
| 769351511 | 6 | M.F. | 9/18/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $421.44 |
| 770923175 | 3 | N.M. | 9/30/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $146.96 |
| 788051464 | 1 | R.N. | 9/30/2024 | 3rd Party | ELITE HEALTH SERVICES MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $6,038.40 |
| 771397997 | 2 | E.F. | 10/2/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $421.44 |
| 771778891 | 6 | J.R. | 10/7/2024 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $420.76 |
| 775477227 | 6 | B.L. | 11/12/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $420.76 |
| 775912439 | 3 | C.A. | 11/17/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Property and Casualty Insurance Company | $794.18 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 32

Med Center Healthcare Services-Medical Center Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 775912439 | 4 | J.C. | 11/17/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Property and Casualty Insurance Company | $794.18 |
| 777153610 | 2 | F.Y. | 11/30/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $146.96 |
| 779527281 | 2 | D.G. | 12/21/2024 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $68.14 |
| 783130453 | 1 | I.P. | 1/31/2025 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate North American Insurance Company | $404.98 |
| 783027568 | 2 | A.G. | 2/2/2025 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $146.04 |
| 783011737 | 6 | T.A. | 2/3/2025 | 3rd Party | ELITE HEALTH SERVICES - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $381.06 |
| 787454628 | 4 | Y.E. | 3/19/2025 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $396.58 |
| 790383723 | 3 | B.L. | 4/17/2025 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $404.98 |
| 792003971 | 5 | D.H. | 5/5/2025 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate County Mutual Insurance Company | $404.98 |
| 791999773 | 2 | G.B. | 5/5/2025 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $457.66 |
| 792003971 | 3 | R.R. | 5/5/2025 | 3rd Party | EDLOE IMAGING MEDICAL CENTER | Allstate County Mutual Insurance Company | $404.98 |
| 794316042 | 6 | J.L. | 5/26/2025 | 3rd Party | EDLOE IMAGING - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $811.24 |
| 798543575 | 2 | A.M. | 7/7/2025 | 3rd Party | EDLOE IMAGING - MEDICAL CENTER | Allstate Fire and Casualty Insurance Company | $1,054.96 |
| 802302174 | 3 | Z.C. | 8/11/2025 | 3rd Party | EDLOE IMAGING - MEDICAL CENTER | Allstate Indemnity Company | $220.70 |
| | | | | | | **Total:** | **$762,664.01** |