# EXHIBIT 33

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 33

Grand Parkway Imaging-Sugar Land First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 587891771 | 2 | A.M. | 5/28/2020 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 587891771 | 1 | C.H. | 5/28/2020 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $2,144.37 |
| 595844028 | 1 | C.C. | 8/9/2020 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $2,408.00 |
| 595844028 | 4 | E.M. | 8/9/2020 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $2,050.00 |
| 595844028 | 3 | I.M. | 8/9/2020 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 598317691 | 1 | H.N. | 8/29/2020 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 598807667 | 4 | A.K. | 8/31/2020 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 599211562 | 2 | M.C. | 9/7/2020 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $101.00 |
| 630305134 | 1 | H.M. | 6/19/2021 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Insurance Company | $4,025.00 |
| 631582558 | 12 | D.S. | 6/29/2021 | 1st Party | ELITE HEALTH SERVICES | Allstate Indemnity Company | $2,500.00 |
| 631899571 | 1 | T.M. | 7/2/2021 | 1st Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $45.50 |
| 644482309 | 1 | C.W. | 10/7/2021 | 1st Party | ELITE HEALTH SERVICES SURGAR | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 653855593 | 2 | A.S. | 12/18/2021 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 653855593 | 1 | K.S. | 12/18/2021 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 688600139 | 1 | M.D. | 4/5/2022 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $414.00 |
| 672903648 | 5 | C.Y. | 6/9/2022 | 1st Party | Elit Health SVCS Sugar Land | Allstate Fire and Casualty Insurance Company | $1,678.36 |
| 681229175 | 1 | M.S. | 8/16/2022 | 1st Party | ELITE HEALTH SERVICES SL | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 701187759 | 9 | M.N. | 12/5/2022 | 1st Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 698438835 | 3 | D.P. | 1/1/2023 | 1st Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,268.00 |
| 699617113 | 9 | K.D. | 1/10/2023 | 1st Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 703774653 | 2 | L.R. | 2/4/2023 | 1st Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 716159884 | 3 | N.G. | 5/14/2023 | 1st Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,672.00 |
| 718343833 | 1 | A.P. | 6/19/2023 | 1st Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,263.00 |
| 723963369 | 1 | M.A. | 8/3/2023 | 1st Party | ELITE HEALTH SERVICES SUGARLAND | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 725183479 | 1 | C.D. | 8/13/2023 | 1st Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $2,500.00 |
| 753888635 | 2 | K.N. | 5/5/2024 | 1st Party | ELITE HEALTH SERVICES SUGARLAND | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 755989571 | 1 | L.N. | 5/21/2024 | 1st Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 778313486 | 1 | A.R. | 12/12/2024 | 1st Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 778313486 | 3 | K.S. | 12/12/2024 | 1st Party | LOE IMAGING - SUGARLAND | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| | | | | | | Total: | $65,569.23 |