# EXHIBIT 34

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 34

Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 541731212 | 5 | J.F. | 4/14/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 565024379 | 4 | A.G. | 10/8/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $421.64 |
| 565024379 | 6 | D.A. | 10/8/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $422.32 |
| 565024379 | 8 | D.A. | 10/8/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $421.64 |
| 564370302 | 2 | S.A. | 10/14/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,706.52 |
| 565392933 | 6 | M.P. | 10/21/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $2,400.00 |
| 569024250 | 2 | S.W. | 11/20/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,151.26 |
| 571405125 | 2 | J.G. | 12/11/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $2,400.00 |
| 571958271 | 2 | C.H. | 12/11/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $5,300.00 |
| 571958271 | 3 | L.V. | 12/11/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 571566025 | 9 | A.B. | 12/12/2019 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Indemnity Company | $5,000.00 |
| 572405249 | 4 | Q.D. | 12/12/2019 | 3rd Party | SUGARLAND | Allstate Property and Casualty Insurance Company | $1,000.00 |
| 572946440 | 7 | M.G. | 12/24/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $2,400.00 |
| 573103371 | 2 | S.M. | 12/27/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 573445939 | 2 | F.V. | 12/31/2019 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,375.84 |
| 574885927 | 1 | D.B. | 1/7/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $4,100.36 |
| 575946553 | 2 | O.O. | 1/22/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 576039291 | 3 | T.M. | 1/24/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $2,608.42 |
| 576397839 | 5 | J.H. | 1/25/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $3,000.00 |
| 576397839 | 4 | V.H. | 1/25/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $3,600.00 |
| 576691356 | 3 | D.J. | 1/29/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $5,158.08 |
| 576950364 | 2 | M.Y. | 1/31/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 577596173 | 2 | R.B. | 2/7/2020 | 3rd Party | ELITE HEALTH SERVICES-SUGAR LAND | Allstate Indemnity Company | $2,000.00 |
| 577715303 | 8 | D.J. | 2/9/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $1,800.00 |
| 577715303 | 5 | T.J. | 2/9/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $3,600.00 |
| 578325011 | 4 | F.M. | 2/14/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $7,478.30 |
| 578493884 | 2 | M.L. | 2/14/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Property and Casualty Insurance Company | $3,000.00 |
| 578452419 | 1 | J.W. | 2/15/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 578686206 | 3 | K.P. | 2/18/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $1,849.24 |
| 579014366 | 2 | K.D. | 2/20/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Indemnity Company | $1,264.92 |
| 579014366 | 7 | A.B. | 2/20/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $2,531.88 |
| 579435728 | 2 | G.H. | 2/20/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $4,000.00 |
| 579125253 | 3 | J.M. | 2/21/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,375.84 |
| 579265836 | 5 | A.L. | 2/23/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 34
Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 579222118 | 5 | M.R. | 2/23/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $544.60 |
| 579222118 | 3 | R.P. | 2/23/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $416.84 |
| 580338515 | 3 | J.N. | 2/26/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $450.00 |
| 579745430 | 5 | C.D. | 2/27/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 579745430 | 6 | J.P. | 2/27/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 580168565 | 3 | A.J. | 3/3/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,531.88 |
| 580501757 | 3 | M.G. | 3/5/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,700.80 |
| 582638029 | 5 | S.D. | 3/28/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Property and Casualty Insurance Company | $1,264.92 |
| 582638029 | 3 | J.M. | 3/28/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Property and Casualty Insurance Company | $1,264.92 |
| 583250963 | 9 | H.H. | 4/3/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,947.23 |
| 583250963 | 9 | H.H. | 4/3/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,947.23 |
| 583051487 | 3 | J.S. | 4/5/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 583283940 | 2 | J.G. | 4/8/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $4,206.95 |
| 583833256 | 3 | J.N. | 4/14/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $1,349.46 |
| 584405427 | 2 | F.L. | 4/22/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 584537260 | 3 | D.M. | 4/22/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $3,000.00 |
| 585173313 | 4 | E.E. | 4/30/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $2,603.64 |
| 585122930 | 3 | J.G. | 4/30/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate County Mutual Insurance Company | $9,625.26 |
| 585386675 | 3 | C.V. | 4/30/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,264.92 |
| 585122930 | 5 | F.M. | 4/30/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $3,157.14 |
| 585386675 | 2 | J.T. | 4/30/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,531.88 |
| 586632309 | 2 | J.A. | 5/16/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,200.00 |
| 586979825 | 4 | A.O. | 5/18/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate County Mutual Insurance Company | $7,500.00 |
| 586769218 | 2 | L.S. | 5/18/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $2,531.88 |
| 586769218 | 4 | R.S. | 5/18/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $220.80 |
| 587674045 | 5 | Y.J. | 5/22/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 587565060 | 4 | Z.V. | 5/26/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate County Mutual Insurance Company | $3,375.00 |
| 587891771 | 5 | M.C. | 5/28/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 587891771 | 2 | A.M. | 5/28/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 587891771 | 1 | C.H. | 5/28/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 588060673 | 4 | G.S. | 5/30/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $2,400.00 |
| 588060673 | 3 | L.C. | 5/30/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $2,400.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 34

Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 588568048 | 2 | A.E. | 6/3/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $1,450.00 |
| 589198489 | 3 | X.M. | 6/10/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,750.00 |
| 589425198 | 2 | V.G. | 6/12/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,008.42 |
| 590251351 | 4 | J.E. | 6/19/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 590251351 | 2 | L.M. | 6/19/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 591968722 | 3 | A.C. | 6/24/2020 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 591968722 | 4 | T.C. | 6/24/2020 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 591260179 | 2 | M.D. | 6/28/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $6,000.00 |
| 593041916 | 4 | R.H. | 7/16/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 593167091 | 1 | E.V. | 7/17/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $5,100.00 |
| 593798332 | 3 | J.N. | 7/22/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $1,100.00 |
| 593877632 | 4 | J.M. | 7/22/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,868.56 |
| 594307118 | 2 | O.F. | 7/22/2020 | 3rd Party | ELITE HEALTH SREVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,200.00 |
| 597038553 | 2 | R.W. | 8/15/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 597080968 | 3 | M.T. | 8/19/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate County Mutual Insurance Company | $12,000.00 |
| 598317691 | 1 | H.N. | 8/29/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 600294516 | 1 | J.A. | 8/30/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate County Mutual Insurance Company | $2,000.00 |
| 601592900 | 1 | P.Y. | 9/3/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $938.02 |
| 600001390 | 3 | S.L. | 9/13/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate County Mutual Insurance Company | $4,408.42 |
| 599984373 | 3 | H.L. | 9/14/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $2,601.60 |
| 601876675 | 1 | P.C. | 9/18/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 601602139 | 2 | L.S. | 9/28/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $3,000.00 |
| 602015703 | 8 | B.F. | 9/30/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $90.00 |
| 602205759 | 3 | K.C. | 10/3/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 602414377 | 4 | P.D. | 10/6/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Indemnity Company | $3,000.00 |
| 602414377 | 5 | J.S. | 10/6/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $8,000.00 |
| 603073354 | 2 | D.V. | 10/10/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 603655473 | 4 | A.G. | 10/15/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $1,689.28 |
| 603655473 | 3 | C.G. | 10/15/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $3,348.08 |
| 603765504 | 2 | J.C. | 10/17/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Insurance Company | $2,650.00 |
| 603846841 | 3 | O.M. | 10/19/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Indemnity Company | $3,000.00 |
| 605758985 | 6 | U.T. | 11/4/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 605758985 | 4 | T.T. | 11/4/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 34

Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 606322642 | 3 | M.J. | 11/6/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 606078095 | 2 | N.E. | 11/7/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $8,000.00 |
| 606078095 | 5 | T.S. | 11/7/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $4,000.00 |
| 608524203 | 1 | E.S. | 12/1/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 609233804 | 3 | M.G. | 12/9/2020 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 610101867 | 2 | C.K. | 12/12/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate County Mutual Insurance Company | $1,661.52 |
| 610284499 | 3 | G.D. | 12/17/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate County Mutual Insurance Company | $1,500.00 |
| 610284341 | 2 | L.M. | 12/18/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 610408445 | 3 | J.G. | 12/21/2020 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $5,719.61 |
| 610316044 | 2 | S.O. | 12/21/2020 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $5,400.00 |
| 610782161 | 2 | P.S. | 12/24/2020 | 3rd Party | ELITE HEALTH SREVICES SUGAR | Allstate County Mutual Insurance Company | $1,500.00 |
| 612067892 | 1 | V.T. | 1/9/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 612517599 | 3 | G.N. | 1/13/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 612517599 | 5 | C.B. | 1/13/2021 | 3rd Party | ELITE HEALTH SREVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,063.42 |
| 619346356 | 2 | J.L. | 2/8/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,538.56 |
| 615152576 | 5 | N.C. | 2/10/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $7,500.00 |
| 616494449 | 3 | R.V. | 2/20/2021 | 3rd Party | ELITE HEALTH SREVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 617170246 | 3 | B.K. | 2/24/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $217.72 |
| 617728068 | 2 | A.R. | 3/2/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 618326268 | 1 | S.L. | 3/3/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 618019509 | 2 | O.O. | 3/4/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $400.00 |
| 618019509 | 3 | J.S. | 3/4/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $800.00 |
| 618264360 | 4 | A.A. | 3/7/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 618264360 | 5 | A.A. | 3/7/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $500.00 |
| 618264360 | 2 | L.O. | 3/7/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 618657209 | 8 | C.O. | 3/10/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $426.30 |
| 618657209 | 5 | E.O. | 3/10/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $889.20 |
| 618657209 | 6 | J.A. | 3/10/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $230.46 |
| 618657209 | 4 | J.O. | 3/10/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $653.16 |
| 618657209 | 7 | C.O. | 3/10/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $653.16 |
| 648580058 | 1 | M.C. | 3/11/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $6,000.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 34
Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 619039902 | 2 | W.P. | 3/13/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 618994487 | 3 | I.B. | 3/14/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 618991046 | 5 | O.C. | 3/14/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 619182900 | 3 | K.N. | 3/15/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,400.00 |
| 619380942 | 2 | C.G. | 3/17/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 619520306 | 1 | S.A. | 3/18/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $887.64 |
| 619712689 | 2 | R.G. | 3/20/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $2,490.24 |
| 620064519 | 2 | N.W. | 3/24/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 620571083 | 4 | D.C. | 3/26/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 620571083 | 2 | J.C. | 3/26/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 620495829 | 2 | J.S. | 3/26/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,217.72 |
| 620553552 | 5 | A.C. | 3/28/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $4,569.44 |
| 621061613 | 9 | C.K. | 3/31/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 623075645 | 3 | M.R. | 4/3/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 627942089 | 7 | D.D. | 4/9/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $1,645.02 |
| 623132693 | 2 | G.R. | 4/10/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 627497539 | 2 | H.C. | 5/26/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Property and Casualty Insurance Company | $3,000.00 |
| 627905896 | 9 | M.F. | 5/29/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 629379173 | 1 | A.H. | 6/11/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 630200210 | 4 | L.S. | 6/18/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 630305134 | 1 | H.M. | 6/19/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Insurance Company | $3,000.00 |
| 631582558 | 12 | D.S. | 6/29/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Indemnity Company | $1,500.00 |
| 631402211 | 6 | Z.S. | 6/29/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 632691606 | 3 | G.M. | 7/9/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 633405865 | 2 | F.A. | 7/14/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $4,760.39 |
| 633694377 | 6 | J.A. | 7/17/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,400.00 |
| 633694377 | 5 | J.A. | 7/17/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $5,100.00 |
| 633751920 | 2 | G.W. | 7/19/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate County Mutual Insurance Company | $2,000.00 |
| 633975339 | 4 | A.M. | 7/20/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 634110878 | 4 | N.S. | 7/21/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 634816441 | 3 | E.B. | 7/26/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 634816441 | 7 | I.S. | 7/26/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,850.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 34
Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 636078206 | 2 | S.R. | 8/5/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Indemnity Company | $3,000.00 |
| 636220329 | 6 | N.R. | 8/7/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 636220329 | 4 | H.R. | 8/7/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 636988305 | 4 | A.H. | 8/13/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 636965881 | 2 | C.V. | 8/13/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 658697445 | 3 | K.C. | 8/14/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 658697445 | 1 | T.D. | 8/14/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 638021204 | 1 | L.H. | 8/21/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 638145250 | 2 | S.U. | 8/21/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $77.48 |
| 638610006 | 2 | M.K. | 8/26/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Indemnity Company | $1,500.00 |
| 639425842 | 2 | L.G. | 9/1/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,560.26 |
| 640588745 | 2 | J.C. | 9/3/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $1,200.00 |
| 640564910 | 3 | J.N. | 9/7/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $2,000.00 |
| 640769345 | 1 | A.V. | 9/7/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $469.20 |
| 640925863 | 4 | A.B. | 9/10/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $6,829.92 |
| 642264394 | 3 | K.M. | 9/20/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $438.04 |
| 643280407 | 1 | P.B. | 9/25/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 644482309 | 1 | C.W. | 10/7/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $4,030.08 |
| 646496512 | 2 | J.H. | 10/24/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Indemnity Company | $1,700.00 |
| 646485797 | 2 | T.P. | 10/24/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $4,500.00 |
| 647558238 | 2 | D.H. | 10/30/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 648021087 | 1 | S.H. | 11/5/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $6,400.00 |
| 648225399 | 9 | Z.M. | 11/6/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 650034093 | 5 | J.G. | 11/11/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $232.98 |
| 650034093 | 3 | M.R. | 11/11/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,700.00 |
| 649614699 | 6 | M.N. | 11/18/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 649614699 | 8 | T.N. | 11/18/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 650835515 | 1 | J.G. | 11/19/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $1,800.00 |
| 650835515 | 2 | M.G. | 11/19/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $1,586.98 |
| 649842548 | 3 | T.D. | 11/22/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 649842548 | 8 | V.D. | 11/22/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 650428691 | 5 | A.E. | 11/26/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 650436918 | 2 | E.R. | 11/26/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $1,014.08 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 34
Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 650624042 | 11 | A.N. | 11/29/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $154.30 |
| 650838287 | 5 | R.V. | 11/30/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 651501553 | 3 | D.A. | 12/2/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate County Mutual Insurance Company | $3,332.22 |
| 651680787 | 1 | L.V. | 12/8/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $242.12 |
| 651897661 | 3 | L.H. | 12/9/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate County Mutual Insurance Company | $1,500.00 |
| 652184425 | 5 | D.M. | 12/11/2021 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate County Mutual Insurance Company | $1,500.00 |
| 653855593 | 2 | A.S. | 12/18/2021 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $6,593.88 |
| 654120286 | 2 | J.N. | 12/30/2021 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $142.04 |
| 654579937 | 4 | A.A. | 1/4/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 655072684 | 5 | T.M. | 1/8/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 655124774 | 2 | L.E. | 1/10/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Property and Casualty Insurance Company | $12,000.00 |
| 655345916 | 2 | R.Z. | 1/11/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $5,500.00 |
| 655517639 | 2 | T.W. | 1/12/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,200.00 |
| 655626422 | 2 | A.P. | 1/13/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $9,000.00 |
| 655726271 | 2 | C.F. | 1/13/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $5,400.00 |
| 655652394 | 5 | H.R. | 1/13/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 655652394 | 5 | H.R. | 1/13/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 655754513 | 2 | L.H. | 1/14/2022 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 656132131 | 2 | K.J. | 1/18/2022 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $221.86 |
| 658306907 | 2 | J.W. | 2/7/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 658855804 | 4 | Y.W. | 2/11/2022 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $543.44 |
| 658855804 | 2 | Z.W. | 2/11/2022 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $332.58 |
| 659047427 | 1 | D.B. | 2/12/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 659036404 | 1 | B.C. | 2/14/2022 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $1,637.98 |
| 659785454 | 3 | B.S. | 2/20/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,858.10 |
| 661111484 | 4 | O.A. | 3/3/2022 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 663034387 | 2 | B.N. | 3/20/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $700.00 |
| 664873023 | 3 | A.A. | 4/5/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $170.30 |
| 664873023 | 7 | M.A. | 4/5/2022 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $256.30 |
| 668649908 | 5 | D.B. | 5/5/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 668649908 | 8 | T.H. | 5/5/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $4,500.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 34

Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 668937709 | 2 | G.D. | 5/8/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $190.82 |
| 668937709 | 1 | J.D. | 5/8/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $546.30 |
| 669376451 | 3 | T.N. | 5/9/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate County Mutual Insurance Company | $4,500.00 |
| 669378226 | 4 | Z.R. | 5/10/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $1,216.62 |
| 669273954 | 5 | M.L. | 5/11/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 669707472 | 1 | T.W. | 5/13/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $488.16 |
| 704273929 | 1 | D.M. | 5/16/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 704273929 | 2 | E.M. | 5/16/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 670654185 | 5 | E.G. | 5/20/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $450.20 |
| 673126603 | 3 | B.Y. | 6/10/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 675143937 | 2 | E.M. | 6/23/2022 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $420.04 |
| 674685839 | 1 | E.M. | 6/23/2022 | 3rd Party | ELITE HEALTH SREVICES SUGAR | Allstate Fire and Casualty Insurance Company | $420.04 |
| 676141153 | 2 | A.P. | 6/26/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $221.86 |
| 676407224 | 2 | K.K. | 7/7/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $420.04 |
| 679206326 | 2 | V.O. | 7/31/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $279.28 |
| 679646629 | 2 | C.G. | 8/3/2022 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $217.50 |
| 697227387 | 2 | M.M. | 8/25/2022 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $420.04 |
| 682983101 | 2 | A.W. | 8/30/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $420.04 |
| 682983101 | 5 | K.C. | 8/30/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $80.68 |
| 686249681 | 4 | J.C. | 9/23/2022 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate County Mutual Insurance Company | $146.28 |
| 693350688 | 3 | G.L. | 11/22/2022 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $409.68 |
| 694871799 | 2 | M.S. | 12/7/2022 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $1,183.32 |
| 694871799 | 2 | M.S. | 12/7/2022 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $1,183.32 |
| 699542139 | 1 | H.T. | 1/10/2023 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $3,400.00 |
| 700048077 | 3 | E.A. | 1/19/2023 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $260.28 |
| 703180661 | 1 | E.G. | 2/14/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $1,110.04 |
| 705720639 | 2 | A.J. | 2/22/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $260.28 |
| 704211432 | 2 | M.S. | 2/26/2023 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $84.96 |
| 710090804 | 3 | K.C. | 4/10/2023 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $262.92 |
| 709547433 | 2 | O.O. | 4/10/2023 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Indemnity Company | $219.00 |
| 710922816 | 2 | S.N. | 4/19/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $154.84 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 34

Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 712089754 | 3 | R.P. | 4/30/2023 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $252.50 |
| 712384809 | 4 | J.S. | 5/2/2023 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $409.68 |
| 713253508 | 5 | M.A. | 5/3/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $1,398.02 |
| 712890870 | 15 | S.L. | 5/6/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Indemnity Company | $409.68 |
| 715352225 | 4 | T.O. | 5/25/2023 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $409.68 |
| 761045566 | 3 | L.D. | 5/27/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Indemnity Company | $409.68 |
| 718307580 | 2 | K.G. | 6/18/2023 | 3rd Party | ELITE HEALTH SERVICES  SUGAR | Allstate Fire and Casualty Insurance Company | $409.68 |
| 719860065 | 4 | C.T. | 6/30/2023 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $409.68 |
| 721729556 | 5 | S.G. | 7/15/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $409.68 |
| 722218708 | 2 | T.D. | 7/17/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $64.16 |
| 726919368 | 3 | I.A. | 8/26/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $409.68 |
| 729531615 | 4 | C.S. | 9/18/2023 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $214.06 |
| 729531615 | 2 | R.S. | 9/18/2023 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $214.06 |
| 729888346 | 2 | H.R. | 9/22/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $637.76 |
| 731668414 | 3 | J.E. | 10/6/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR | Allstate Fire and Casualty Insurance Company | $284.96 |
| 731801619 | 3 | H.N. | 10/8/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $369.16 |
| 733164818 | 1 | S.P. | 10/17/2023 | 3rd Party | ELITE HEALTH SERVICES | Allstate Fire and Casualty Insurance Company | $260.92 |
| 733169569 | 2 | C.R. | 10/20/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $207.14 |
| 734960511 | 2 | J.T. | 11/4/2023 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $797.78 |
| 739242865 | 6 | A.B. | 12/16/2023 | 3rd Party | ELITE HEALTH SERVICES SUGAR | Allstate Fire and Casualty Insurance Company | $1,700.00 |
| 740395999 | 4 | H.S. | 12/27/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $1,131.74 |
| 740723309 | 2 | K.A. | 12/29/2023 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $274.72 |
| 742461098 | 2 | M.G. | 1/18/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $391.58 |
| 742997421 | 4 | Q.S. | 1/22/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $75.04 |
| 746336411 | 2 | A.R. | 2/10/2024 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $398.08 |
| 751309022 | 1 | M.D. | 2/14/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $222.48 |
| 751309022 | 2 | C.A. | 2/14/2024 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Fire and Casualty Insurance Company | $1,933.96 |
| 745955534 | 4 | R.I. | 2/18/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $398.08 |
| 748231999 | 2 | T.L. | 3/12/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Insurance Company | $398.08 |
| 759581613 | 2 | A.O. | 6/21/2024 | 3rd Party | ELITE HEALTH SERVICES SUGAR LAND | Allstate Indemnity Company | $253.38 |
| 759932709 | 3 | C.Z. | 6/25/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate North American Insurance Company | $653.36 |
| 762425825 | 2 | S.S. | 7/15/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $253.38 |
| 762882249 | 14 | F.W. | 7/19/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $398.08 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 34

Grand Parkway Imaging-Sugar Land Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 763575867 | 2 | O.O. | 7/25/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $75.66 |
| 765081962 | 3 | F.L. | 8/8/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Fire and Casualty Insurance Company | $90.76 |
| 771569886 | 3 | S.S. | 10/6/2024 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $794.18 |
| 775022494 | 2 | A.A. | 11/7/2024 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $398.08 |
| 776714651 | 2 | M.H. | 11/25/2024 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $147.04 |
| 777944802 | 1 | B.W. | 12/4/2024 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $751.82 |
| 778313486 | 1 | A.R. | 12/12/2024 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $720.78 |
| 779896016 | 2 | C.O. | 12/28/2024 | 3rd Party | ELITE HEALTH SERVICES - SUGAR LAND | Allstate Indemnity Company | $383.16 |
| 781148044 | 2 | C.C. | 1/13/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $383.78 |
| 782068126 | 4 | K.R. | 1/17/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $336.42 |
| 781539796 | 3 | A.R. | 1/18/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $99.98 |
| 781539796 | 3 | A.R. | 1/18/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $99.98 |
| 781528609 | 4 | S.G. | 1/18/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $201.68 |
| 783611734 | 2 | J.F. | 2/3/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate North American Insurance Company | $134.74 |
| 783330251 | 2 | L.H. | 2/7/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $379.76 |
| 785914391 | 2 | J.B. | 2/10/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate North American Insurance Company | $359.78 |
| 784210437 | 6 | S.W. | 2/16/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $244.40 |
| 789758819 | 2 | D.B. | 4/11/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $383.16 |
| 802947853 | 1 | T.V. | 5/20/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $383.16 |
| 800721367 | 1 | M.F. | 6/15/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $245.00 |
| 806138624 | 2 | C.J. | 9/17/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate County Mutual Insurance Company | $383.16 |
| 807216148 | 1 | E.C. | 9/26/2025 | 3rd Party | EDLOE IMAGING SUGAR LAND | Allstate Fire and Casualty Insurance Company | $383.16 |
| | | | | | | Total: | $721,107.79 |