# EXHIBIT 35

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 35

Centers for Pain Relief First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 612301754 | 1 | R.R. | 1/12/2021 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Insurance Company | $318.00 |
| 617702386 | 2 | K.S. | 3/1/2021 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $1,508.00 |
| 642877765 | 2 | E.D. | 8/28/2021 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $270.00 |
| 644121955 | 1 | G.S. | 10/5/2021 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $224.95 |
| 661158238 | 1 | P.S. | 2/28/2022 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $270.00 |
| 701586398 | 1 | M.M. | 4/15/2022 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $40.00 |
| 667977474 | 1 | S.C. | 4/25/2022 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $201.00 |
| 679611185 | 8 | A.C. | 7/24/2022 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,191.65 |
| 681199369 | 1 | E.M. | 8/10/2022 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $970.00 |
| 683765788 | 2 | E.C. | 9/6/2022 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,481.00 |
| 689749934 | 1 | A.S. | 10/24/2022 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 700392194 | 2 | T.D. | 1/23/2023 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,448.00 |
| 701651614 | 1 | U.G. | 2/2/2023 | 1st Party | CENTER VFOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,461.00 |
| 727731077 | 1 | J.G. | 9/4/2023 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $206.49 |
| 745498799 | 2 | G.P. | 2/14/2024 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $229.00 |
| 769895358 | 3 | O.K. | 9/22/2024 | 1st Party | CENTER VFOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $65.39 |
| 772602215 | 2 | S.D. | 10/12/2024 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $231.38 |
| 783563455 | 1 | D.B. | 2/8/2025 | 1st Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,047.39 |
| 785657305 | 1 | J.F. | 3/1/2025 | 1st Party | CENTER FOR PAIN RELIEF | Allstate North American Insurance Company | $1,743.45 |
| | | | | | | **Total:** | **$15,406.70** |