# EXHIBIT 36

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 36
Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 536576721 | 2 | J.S. | 3/1/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,300.00 |
| 552939258 | 2 | D.G. | 7/11/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $7,188.70 |
| 554059600 | 3 | T.J. | 7/19/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $250.00 |
| 558894820 | 4 | S.P. | 8/4/2019 | 3rd Party | CENTER FOR PAIN RELIEF PA | Allstate Fire and Casualty Insurance Company | $94.82 |
| 556728640 | 4 | A.K. | 8/10/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $4,814.60 |
| 557205317 | 2 | R.C. | 8/14/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $287.16 |
| 557457629 | 2 | R.R. | 8/15/2019 | 3rd Party | CENTER FOR PAIN RELIEF PA | Allstate Fire and Casualty Insurance Company | $9,850.00 |
| 559780787 | 4 | J.R. | 9/3/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,200.00 |
| 559780787 | 2 | S.S. | 9/3/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $6,200.00 |
| 561471194 | 2 | S.J. | 9/18/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $450.00 |
| 564338390 | 3 | B.C. | 10/13/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,595.72 |
| 564336105 | 3 | E.G. | 10/13/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $262.00 |
| 566329033 | 3 | A.T. | 10/29/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $175.00 |
| 566789350 | 3 | Z.I. | 11/1/2019 | 3rd Party | CENTER FOR PAIN RELIEF PA | Allstate Fire and Casualty Insurance Company | $2,642.68 |
| 569281389 | 4 | F.D. | 11/3/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $94.82 |
| 567035852 | 2 | L.P. | 11/4/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $10,688.28 |
| 567986112 | 7 | W.N. | 11/11/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $284.46 |
| 569297731 | 2 | P.R. | 11/22/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $250.00 |
| 569297731 | 13 | F.A. | 11/22/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $250.00 |
| 570105494 | 2 | M.B. | 11/30/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $284.46 |
| 571777564 | 1 | H.H. | 12/14/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $4,594.82 |
| 571720499 | 4 | T.L. | 12/15/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,071.62 |
| 573948536 | 4 | C.H. | 12/21/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $94.82 |
| 573312758 | 2 | B.P. | 12/30/2019 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Insurance Company | $3,450.00 |
| 573902319 | 2 | V.G. | 1/6/2020 | 3rd Party | CENTER FOR PAIN RELIEF PA | Allstate Indemnity Company | $7,325.00 |
| 574885927 | 1 | D.B. | 1/7/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,536.94 |
| 574721148 | 8 | G.B. | 1/13/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $377.92 |
| 574721148 | 7 | G.B. | 1/13/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $377.92 |
| 575292727 | 5 | E.M. | 1/17/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $13,950.00 |
| 577054893 | 3 | S.N. | 2/3/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Property and Casualty Insurance Company | $189.64 |
| 579803478 | 2 | J.P. | 2/19/2020 | 3rd Party | CENTER FOR PAIN RELIEF P A | Allstate Fire and Casualty Insurance Company | $15,975.28 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 36

Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 579191198 | 2 | D.C. | 2/20/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $387.28 |
| 579191198 | 6 | V.H. | 2/20/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $335.34 |
| 579191198 | 7 | V.W. | 2/20/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $340.30 |
| 579265836 | 5 | A.L. | 2/23/2020 | 3rd Party | CENTER FOR PAIN RELIEF PA | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 579745430 | 5 | C.D. | 2/27/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $14,450.00 |
| 580079977 | 4 | C.V. | 2/27/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $380.30 |
| 579745430 | 6 | J.P. | 2/27/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,899.66 |
| 580943819 | 1 | D.T. | 3/10/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,100.00 |
| 581150133 | 2 | M.C. | 3/11/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $222.74 |
| 581367570 | 5 | F.G. | 3/13/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $94.82 |
| 581689262 | 6 | J.H. | 3/17/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,150.00 |
| 582638029 | 3 | J.M. | 3/28/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Property and Casualty Insurance Company | $94.82 |
| 583051487 | 3 | J.S. | 4/5/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $11,675.00 |
| 583647532 | 3 | A.C. | 4/6/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $7,647.86 |
| 583647532 | 2 | M.C. | 4/6/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $14,047.86 |
| 583814033 | 2 | Y.C. | 4/9/2020 | 3rd Party | CENTER FOR PAIN RELIEF PA | Allstate Fire and Casualty Insurance Company | $4,400.00 |
| 584240717 | 2 | B.P. | 4/20/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 584719025 | 2 | R.C. | 4/25/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $850.00 |
| 584719025 | 3 | S.C. | 4/25/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $6,766.56 |
| 585653090 | 3 | B.B. | 5/5/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,350.00 |
| 585653090 | 2 | N.B. | 5/5/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $250.00 |
| 586979825 | 3 | E.C. | 5/18/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $8,495.48 |
| 586996281 | 3 | A.R. | 5/20/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,770.60 |
| 589901239 | 3 | J.H. | 6/4/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $8,932.26 |
| 589901239 | 2 | R.H. | 6/4/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $5,242.88 |
| 590631875 | 4 | M.T. | 6/23/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $6,550.00 |
| 593925936 | 9 | A.B. | 7/24/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Property and Casualty Insurance Company | $8,200.00 |
| 594257883 | 3 | B.H. | 7/28/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,550.00 |
| 594290982 | 3 | E.E. | 7/28/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $10,867.84 |
| 596357491 | 3 | G.T. | 8/12/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,434.38 |
| 597242171 | 3 | C.J. | 8/20/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $14,499.02 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 36
Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 599001112 | 1 | K.W. | 9/4/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $450.00 |
| 599133063 | 4 | L.H. | 9/5/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $575.00 |
| 600177133 | 8 | K.L. | 9/15/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $675.00 |
| 602565053 | 2 | D.A. | 9/25/2020 | 3rd Party | CENTER FOR PAIN RELIEF P A | Allstate Fire and Casualty Insurance Company | $10,438.00 |
| 602194185 | 11 | G.H. | 10/3/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,977.92 |
| 602194185 | 3 | M.H. | 10/3/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,740.30 |
| 603657933 | 2 | I.G. | 10/8/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $15,974.82 |
| 603271305 | 1 | E.S. | 10/13/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $11,200.00 |
| 603204322 | 4 | P.P. | 10/13/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,839.48 |
| 603655473 | 4 | A.G. | 10/15/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $10,952.60 |
| 603655473 | 3 | C.G. | 10/15/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $14,106.36 |
| 604111120 | 1 | A.R. | 10/21/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $550.00 |
| 604263046 | 2 | R.S. | 10/22/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $23,875.00 |
| 606078095 | 5 | T.S. | 11/7/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $500.00 |
| 614561454 | 14 | A.P. | 11/8/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,573.34 |
| 606898343 | 3 | E.H. | 11/16/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $228.78 |
| 607906393 | 4 | A.O. | 11/20/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $907.38 |
| 608222873 | 8 | K.M. | 11/29/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $3,091.72 |
| 609102966 | 3 | R.R. | 12/8/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $700.00 |
| 609599533 | 2 | C.W. | 12/14/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $341.72 |
| 610279424 | 3 | J.M. | 12/20/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $303.24 |
| 610316044 | 2 | S.O. | 12/21/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,606.82 |
| 610690505 | 4 | I.P. | 12/23/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $251.62 |
| 610745648 | 10 | S.A. | 12/24/2020 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $537.84 |
| 611632241 | 6 | G.W. | 1/4/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,353.08 |
| 611613225 | 1 | W.T. | 1/5/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,400.00 |
| 612067892 | 1 | V.T. | 1/9/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,206.14 |
| 612288233 | 6 | N.S. | 1/12/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,547.34 |
| 612781773 | 3 | A.B. | 1/16/2021 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $575.00 |
| 612849836 | 3 | J.F. | 1/16/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $15,250.00 |
| 613291921 | 2 | R.G. | 1/22/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $10,665.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 36
Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 613451426 | 5 | A.C. | 1/24/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,250.00 |
| 620084863 | 2 | N.A. | 1/25/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $1,098.00 |
| 613750958 | 3 | M.E. | 1/26/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $349.82 |
| 613742709 | 3 | S.G. | 1/26/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $5,183.08 |
| 614399086 | 6 | M.B. | 2/2/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $8,845.00 |
| 619346356 | 2 | J.L. | 2/8/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $9,823.52 |
| 615319621 | 2 | M.M. | 2/10/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $2,425.00 |
| 615685252 | 2 | I.G. | 2/15/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $4,950.00 |
| 617167226 | 2 | M.P. | 2/21/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $16,293.64 |
| 617702386 | 2 | K.S. | 3/1/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $15,806.72 |
| 618326268 | 1 | S.L. | 3/3/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $9,100.00 |
| 618629703 | 2 | E.M. | 3/10/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 648580058 | 1 | M.C. | 3/11/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $11,384.26 |
| 618859292 | 2 | M.K. | 3/11/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 619039902 | 2 | W.P. | 3/13/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 619387590 | 2 | M.R. | 3/17/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $6,089.00 |
| 628876880 | 7 | T.H. | 3/18/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $459.68 |
| 619618035 | 2 | T.S. | 3/19/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $8,795.00 |
| 619739195 | 1 | P.B. | 3/21/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,151.62 |
| 619739195 | 2 | R.B. | 3/21/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,198.96 |
| 624779054 | 3 | J.R. | 3/22/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,972.50 |
| 624779054 | 1 | M.R. | 3/22/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $18,386.10 |
| 624779054 | 2 | O.R. | 3/22/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $6,022.20 |
| 620000471 | 1 | T.W. | 3/23/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,350.00 |
| 620064519 | 2 | N.W. | 3/24/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $8,300.00 |
| 620407972 | 3 | A.M. | 3/25/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,992.60 |
| 621061613 | 9 | C.K. | 3/31/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,400.00 |
| 621708874 | 3 | H.M. | 4/7/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.62 |
| 624158440 | 4 | L.V. | 4/11/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $16,790.00 |
| 623885787 | 4 | M.H. | 4/12/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,500.00 |
| 622509123 | 3 | H.P. | 4/14/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $29,052.50 |
| 623094232 | 2 | L.D. | 4/18/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $148.96 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 36

Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 625201876 | 1 | R.C. | 4/20/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $116.74 |
| 624970695 | 6 | C.R. | 4/24/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,800.00 |
| 624970695 | 3 | J.A. | 4/24/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $350.00 |
| 634590939 | 1 | R.G. | 4/24/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $9,275.78 |
| 623877776 | 2 | B.P. | 4/26/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,116.74 |
| 624221420 | 4 | E.U. | 4/28/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $151.62 |
| 624633979 | 5 | H.V. | 5/1/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $9,401.62 |
| 625381231 | 2 | F.L. | 5/7/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $303.24 |
| 625793369 | 2 | D.S. | 5/11/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $350.00 |
| 629371139 | 2 | J.C. | 5/15/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 629371139 | 1 | M.C. | 5/15/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,698.96 |
| 626365084 | 2 | J.L. | 5/17/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 626814594 | 2 | K.W. | 5/20/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 627008790 | 4 | D.B. | 5/21/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 627008675 | 1 | T.V. | 5/21/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,696.66 |
| 627172216 | 3 | T.V. | 5/21/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $22,220.00 |
| 627165392 | 6 | A.D. | 5/22/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,751.62 |
| 627099269 | 6 | P.R. | 5/22/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.62 |
| 627228604 | 3 | A.L. | 5/23/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $7,198.96 |
| 627948474 | 5 | D.V. | 5/30/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $250.00 |
| 627948474 | 2 | F.P. | 5/30/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $250.00 |
| 628635724 | 4 | A.Q. | 6/5/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,300.00 |
| 628635724 | 5 | J.S. | 6/5/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,800.00 |
| 629042771 | 2 | L.O. | 6/8/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 629389735 | 3 | E.J. | 6/11/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.62 |
| 629566901 | 1 | J.M. | 6/12/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $11,695.86 |
| 631005485 | 2 | B.I. | 6/25/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 632543575 | 1 | J.D. | 6/28/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 631582558 | 12 | D.S. | 6/29/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $195.86 |
| 631858255 | 2 | G.O. | 7/1/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,098.00 |
| 631708559 | 2 | L.M. | 7/1/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,700.00 |
| 632224051 | 2 | V.A. | 7/3/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,700.18 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 36
Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 631981412 | 2 | W.E. | 7/3/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.62 |
| 632337887 | 3 | K.V. | 7/6/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,464.72 |
| 632824264 | 2 | T.D. | 7/10/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $5,246.30 |
| 634667364 | 3 | B.P. | 7/15/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.62 |
| 633444369 | 2 | E.P. | 7/15/2021 | 3rd Party | Center for Pain Relief | Allstate Indemnity Company | $15,300.00 |
| 633570486 | 2 | R.M. | 7/16/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,198.96 |
| 634106785 | 2 | T.V. | 7/21/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $600.00 |
| 634562862 | 2 | D.C. | 7/25/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $6,594.68 |
| 634562862 | 5 | N.C. | 7/25/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $151.62 |
| 635248487 | 4 | B.D. | 7/30/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 635390149 | 2 | A.W. | 7/31/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $800.00 |
| 635390149 | 4 | M.M. | 7/31/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 636372260 | 2 | Q.J. | 8/9/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.62 |
| 637149006 | 3 | H.E. | 8/15/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 637902602 | 2 | A.F. | 8/20/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.62 |
| 638261651 | 2 | M.B. | 8/23/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,300.00 |
| 642877765 | 2 | E.D. | 8/28/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $270.00 |
| 641161633 | 4 | C.M. | 9/10/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $550.00 |
| 640974969 | 4 | P.Y. | 9/10/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $300.00 |
| 641093356 | 2 | T.D. | 9/10/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $148.96 |
| 641240361 | 3 | S.T. | 9/12/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.62 |
| 643362312 | 4 | J.G. | 9/13/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $800.00 |
| 641941653 | 4 | H.W. | 9/16/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,688.82 |
| 642154819 | 2 | B.C. | 9/18/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Insurance Company | $4,822.20 |
| 642883946 | 5 | V.P. | 9/22/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $300.00 |
| 643280407 | 2 | J.C. | 9/25/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 643298044 | 2 | D.P. | 9/27/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,176.00 |
| 644853848 | 4 | L.T. | 10/11/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.62 |
| 644864803 | 2 | S.J. | 10/11/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,850.00 |
| 645004755 | 2 | M.S. | 10/12/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $8,300.00 |
| 645301300 | 3 | O.Z. | 10/14/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $7,151.62 |
| 647183136 | 5 | O.W. | 10/19/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Property and Casualty Insurance Company | $4,051.88 |
| 646371302 | 2 | J.J. | 10/23/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,313.10 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 36
Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 647034206 | 2 | B.C. | 10/28/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 648521136 | 2 | D.L. | 11/1/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $10,200.18 |
| 647747609 | 2 | G.G. | 11/2/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,126.00 |
| 649179470 | 12 | C.F. | 11/3/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 649179470 | 4 | F.A. | 11/3/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,750.00 |
| 647688399 | 2 | T.S. | 11/3/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $7,875.00 |
| 648191575 | 2 | M.M. | 11/7/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,145.14 |
| 650778368 | 10 | A.P. | 11/13/2021 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $151.80 |
| 650778368 | 7 | J.P. | 11/13/2021 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $500.00 |
| 650778368 | 2 | R.P. | 11/13/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $233.12 |
| 649218740 | 2 | J.W. | 11/16/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $149.16 |
| 649190997 | 2 | R.T. | 11/16/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,758.50 |
| 649560702 | 4 | D.A. | 11/18/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 650321904 | 1 | A.W. | 11/19/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $14,700.00 |
| 649790887 | 5 | T.Y. | 11/21/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $1,464.90 |
| 650624042 | 11 | A.N. | 11/29/2021 | 3rd Party | Center For Pain Relief | Allstate Fire and Casualty Insurance Company | $3,939.30 |
| 650975840 | 2 | M.S. | 11/29/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,353.60 |
| 650838287 | 5 | R.V. | 11/30/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $6,150.00 |
| 650945009 | 6 | C.C. | 12/1/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 652969544 | 1 | M.V. | 12/6/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,826.38 |
| 651605461 | 3 | N.J. | 12/8/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $7,800.00 |
| 653046185 | 2 | A.M. | 12/20/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $958.50 |
| 653472472 | 3 | A.N. | 12/23/2021 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,100.00 |
| 653623405 | 3 | O.M. | 12/24/2021 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $500.00 |
| 654536366 | 4 | O.S. | 1/3/2022 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $500.00 |
| 655632198 | 4 | S.P. | 1/7/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,597.66 |
| 655593077 | 4 | K.D. | 1/8/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $250.00 |
| 655593077 | 5 | N.C. | 1/8/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $250.00 |
| 656139490 | 3 | E.A. | 1/18/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 656085999 | 6 | V.V. | 1/18/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $7,841.10 |
| 656632080 | 2 | R.N. | 1/22/2022 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $4,176.10 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 36
Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 658462692 | 2 | K.O. | 1/23/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.80 |
| 657618443 | 2 | T.N. | 1/31/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $500.00 |
| 658419627 | 3 | M.L. | 2/4/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 659066112 | 5 | C.C. | 2/14/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $958.50 |
| 661469742 | 1 | K.M. | 2/16/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,465.88 |
| 659605082 | 3 | R.G. | 2/18/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,575.00 |
| 659741408 | 3 | H.C. | 2/19/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,026.56 |
| 661425082 | 2 | N.V. | 2/26/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.80 |
| 661158238 | 2 | P.S. | 2/28/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,136.84 |
| 661158238 | 1 | P.S. | 2/28/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $350.00 |
| 663136729 | 4 | A.K. | 3/21/2022 | 3rd Party | Center For Pain Relief | Allstate Fire and Casualty Insurance Company | $151.80 |
| 667567770 | 1 | A.P. | 4/1/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $14,100.00 |
| 665241477 | 2 | A.G. | 4/7/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,313.10 |
| 665598842 | 2 | E.G. | 4/8/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $2,700.18 |
| 666070784 | 2 | P.W. | 4/13/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,464.90 |
| 666170857 | 3 | T.W. | 4/15/2022 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $2,196.00 |
| 701586398 | 1 | M.M. | 4/15/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $40.00 |
| 666544929 | 2 | N.A. | 4/19/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,313.10 |
| 666983473 | 2 | N.P. | 4/21/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $958.50 |
| 670089663 | 3 | P.C. | 5/10/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,550.00 |
| 669666926 | 2 | J.Q. | 5/14/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $270.00 |
| 669666926 | 5 | O.Q. | 5/14/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $270.00 |
| 670125319 | 2 | M.R. | 5/18/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 672090883 | 4 | C.H. | 5/24/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Property and Casualty Insurance Company | $500.00 |
| 672090883 | 6 | T.W. | 5/24/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Property and Casualty Insurance Company | $500.00 |
| 671074623 | 4 | P.N. | 5/25/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 671074623 | 3 | S.K. | 5/25/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 671934727 | 3 | A.M. | 6/2/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,098.00 |
| 672671690 | 1 | E.H. | 6/2/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 671969921 | 2 | R.M. | 6/2/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,154.50 |
| 672115037 | 2 | N.S. | 6/3/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $958.50 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 36
Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 672247855 | 3 | O.M. | 6/4/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $958.50 |
| 672391059 | 2 | L.F. | 6/6/2022 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $3,542.00 |
| 672903648 | 5 | C.Y. | 6/9/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,698.00 |
| 675035422 | 5 | S.R. | 6/26/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.80 |
| 675773493 | 3 | S.M. | 7/3/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,196.00 |
| 676407224 | 2 | K.K. | 7/7/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 676848625 | 2 | D.R. | 7/11/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,372.00 |
| 677010886 | 3 | M.S. | 7/13/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.80 |
| 677328767 | 4 | S.C. | 7/15/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,176.00 |
| 678066689 | 1 | B.J. | 7/21/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 679621200 | 4 | M.S. | 7/23/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $2,626.20 |
| 679052514 | 2 | J.S. | 7/29/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,464.90 |
| 680461928 | 3 | J.J. | 7/31/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $2,347.80 |
| 679635010 | 2 | J.G. | 8/3/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 679947399 | 5 | D.A. | 8/5/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,464.90 |
| 680458692 | 2 | A.D. | 8/10/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,313.10 |
| 680682549 | 2 | T.P. | 8/11/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $2,778.00 |
| 682771472 | 5 | M.M. | 8/15/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $4,974.00 |
| 682030580 | 9 | Y.A. | 8/22/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,196.00 |
| 683492482 | 1 | H.V. | 9/3/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $9,500.00 |
| 685285082 | 2 | S.R. | 9/18/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.80 |
| 685748188 | 1 | R.P. | 9/22/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $151.80 |
| 688485788 | 1 | B.V. | 10/7/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,778.00 |
| 687956797 | 1 | C.L. | 10/9/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,196.00 |
| 688742154 | 8 | S.B. | 10/15/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 692034069 | 3 | F.G. | 11/9/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,464.90 |
| 692075377 | 2 | E.H. | 11/11/2022 | 3rd Party | Center For Pain Relief | Allstate Fire and Casualty Insurance Company | $1,313.10 |
| 692186299 | 3 | R.G. | 11/12/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 692248230 | 4 | E.K. | 11/13/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $21,700.00 |
| 692744592 | 1 | A.W. | 11/14/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,482.50 |
| 692542961 | 4 | B.G. | 11/15/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 36

Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 748315918 | 1 | L.C. | 11/18/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 693438111 | 2 | J.A. | 11/23/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,917.00 |
| 693576167 | 2 | U.A. | 11/23/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 693670242 | 7 | M.A. | 11/26/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,626.20 |
| 695282756 | 4 | S.A. | 12/10/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $629.06 |
| 696120179 | 5 | A.M. | 12/17/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,775.44 |
| 696160928 | 3 | M.R. | 12/18/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,573.08 |
| 696973262 | 4 | I.W. | 12/24/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,401.10 |
| 698911526 | 2 | B.M. | 12/30/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 698911526 | 5 | S.M. | 12/30/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 697946085 | 4 | T.H. | 12/30/2022 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $5,449.34 |
| 698132081 | 2 | A.P. | 1/3/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,271.60 |
| 698248903 | 3 | A.O. | 1/4/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Property and Casualty Insurance Company | $2,775.44 |
| 699576228 | 2 | O.P. | 1/10/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,775.44 |
| 699576228 | 12 | R.S. | 1/10/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $958.50 |
| 700428170 | 3 | G.H. | 1/23/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,313.10 |
| 701201832 | 2 | R.G. | 1/27/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 700995359 | 4 | V.G. | 1/27/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 701601619 | 2 | C.D. | 2/2/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,176.00 |
| 701651614 | 1 | U.G. | 2/2/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $2,196.00 |
| 702290941 | 2 | A.C. | 2/7/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $196.94 |
| 703614750 | 5 | S.C. | 2/11/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $1,098.00 |
| 703170613 | 3 | C.L. | 2/14/2023 | 3rd Party | Center for Pain Relief | Allstate Fire and Casualty Insurance Company | $149.24 |
| 703926030 | 4 | C.I. | 2/23/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $500.00 |
| 704436500 | 2 | E.A. | 2/24/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 705234680 | 10 | C.R. | 3/6/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $514.44 |
| 706684941 | 5 | C.A. | 3/12/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $3,875.70 |
| 711603597 | 5 | A.M. | 3/29/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 708303060 | 3 | K.L. | 3/30/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $337.36 |
| 711641944 | 3 | H.A. | 4/12/2023 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $339.58 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 36
Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 710054677 | 2 | T.F. | 4/13/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $562.14 |
| 712809938 | 9 | J.S. | 5/5/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $509.38 |
| 713065290 | 2 | L.R. | 5/7/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $509.38 |
| 720745074 | 2 | K.G. | 7/7/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $658.62 |
| 721700359 | 5 | T.C. | 7/16/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 726603673 | 3 | L.C. | 8/2/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 725786032 | 3 | E.L. | 8/17/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $706.32 |
| 726454985 | 2 | K.D. | 8/23/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 726934078 | 3 | J.M. | 8/28/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $509.38 |
| 726934078 | 4 | S.P. | 8/28/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $890.02 |
| 727433328 | 1 | J.R. | 8/31/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 729482802 | 2 | S.S. | 9/19/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $658.62 |
| 729877455 | 6 | M.T. | 9/20/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 732376488 | 5 | C.M. | 9/26/2023 | 3rd Party | ACCUPRO SERVICES LTD | Allstate County Mutual Insurance Company | $504.30 |
| 731623179 | 3 | E.A. | 10/6/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $658.62 |
| 731623179 | 3 | E.A. | 10/6/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $658.62 |
| 735160335 | 6 | I.S. | 11/6/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $149.24 |
| 737145524 | 2 | C.M. | 11/27/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $145.34 |
| 738121466 | 1 | J.M. | 12/6/2023 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $145.34 |
| 742505043 | 3 | G.F. | 1/18/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $147.74 |
| 742536360 | 4 | L.L. | 1/18/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $145.34 |
| 743480774 | 3 | M.H. | 1/26/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $145.34 |
| 744988783 | 3 | B.J. | 2/10/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $147.74 |
| 745498799 | 2 | G.P. | 2/14/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $147.74 |
| 745744425 | 2 | L.A. | 2/17/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $147.74 |
| 746509306 | 3 | J.R. | 2/23/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $147.74 |
| 747397619 | 3 | L.M. | 2/27/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $648.12 |
| 749839527 | 4 | L.M. | 3/28/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $147.74 |
| 751932534 | 3 | J.H. | 4/15/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $147.74 |
| 751932534 | 4 | M.G. | 4/15/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate County Mutual Insurance Company | $147.74 |
| 759418956 | 1 | E.G. | 5/28/2024 | 3rd Party | ACCUPRO SERVICES LTD | Allstate Fire and Casualty Insurance Company | $222.94 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 36

Centers for Pain Relief Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 757859665 | 4 | A.Z. | 6/2/2024 | 3rd Party | CENTER FOR PAIN RELIEF P A | Allstate Fire and Casualty Insurance Company | $223.62 |
| 764646816 | 5 | E.R. | 8/5/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $729.58 |
| 766011976 | 2 | W.K. | 8/16/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $147.74 |
| 767894108 | 2 | G.R. | 9/3/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $145.04 |
| 774446173 | 2 | A.J. | 11/1/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate North American Insurance Company | $147.74 |
| 775920036 | 3 | C.R. | 11/17/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $603.52 |
| 775912439 | 3 | C.A. | 11/17/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Property and Casualty Insurance Company | $626.98 |
| 775912439 | 4 | J.C. | 11/17/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Property and Casualty Insurance Company | $142.66 |
| 778640870 | 3 | A.R. | 12/16/2024 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $142.66 |
| 780444493 | 4 | N.A. | 1/7/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $224.02 |
| 783563455 | 1 | D.B. | 2/8/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $849.72 |
| 788895983 | 3 | T.N. | 3/18/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $142.66 |
| 788726016 | 5 | C.H. | 4/2/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate North American Insurance Company | $567.98 |
| 791218555 | 3 | D.S. | 4/28/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $142.66 |
| 791999773 | 5 | O.B. | 5/5/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $142.66 |
| 792720658 | 3 | L.N. | 5/12/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $142.66 |
| 794928689 | 2 | K.S. | 5/23/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Indemnity Company | $218.60 |
| 798268041 | 4 | B.C. | 7/3/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $574.50 |
| 802159459 | 2 | J.B. | 8/9/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate Fire and Casualty Insurance Company | $621.90 |
| 806146998 | 4 | K.S. | 9/17/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate North American Insurance Company | $142.66 |
| 806146998 | 4 | K.S. | 9/17/2025 | 3rd Party | CENTER FOR PAIN RELIEF | Allstate North American Insurance Company | $142.66 |
| | | | | | | Total: | $1,135,074.02 |