# EXHIBIT 37

Case 4:26-cv-02842    Document 1-38    Filed 04/10/26 in TXSD    Page 1 of 2

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 37

Olympic Spine and Joint First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 638245233 | 4 | T.B. | 7/19/2021 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $205.00 |
| 638245233 | 2 | T.K. | 7/19/2021 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $205.00 |
| 636307968 | 1 | C.M. | 8/8/2021 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $270.00 |
| 643754757 | 1 | D.V. | 9/9/2021 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 653339747 | 1 | T.C. | 12/14/2021 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $1,060.78 |
| 655313732 | 1 | O.O. | 1/3/2022 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $1,085.00 |
| 660205337 | 1 | R.G. | 2/14/2022 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 669390163 | 1 | T.N. | 5/9/2022 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $320.00 |
| 688135797 | 1 | E.E. | 8/4/2022 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $1,280.46 |
| 685176380 | 2 | J.S. | 9/17/2022 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Property and Casualty Insurance Company | $540.00 |
| 685176380 | 1 | S.S. | 9/17/2022 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Property and Casualty Insurance Company | $100.00 |
| 692989601 | 1 | B.G. | 11/16/2022 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $232.00 |
| 701187759 | 9 | M.N. | 12/5/2022 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $1,600.00 |
| 697116838 | 1 | O.U. | 12/25/2022 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $232.00 |
| 706014420 | 2 | J.K. | 3/11/2023 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $942.00 |
| 721936994 | 1 | A.V. | 5/7/2023 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $2,318.00 |
| 713925758 | 2 | M.H. | 5/8/2023 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $1,420.00 |
| 714269560 | 1 | A.B. | 5/17/2023 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $835.63 |
| 721682417 | 2 | C.R. | 7/15/2023 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Indemnity Company | $281.00 |
| 726396855 | 1 | M.C. | 8/17/2023 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $805.00 |
| 736619610 | 1 | I.M. | 9/18/2023 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $229.00 |
| 802561142 | 1 | M.G. | 10/16/2023 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Indemnity Company | $2,500.00 |
| 753437458 | 1 | W.G. | 3/6/2024 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $271.08 |
| 752569707 | 1 | C.O. | 4/19/2024 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate North American Insurance Company | $271.08 |
| 752569707 | 2 | C.O. | 4/19/2024 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate North American Insurance Company | $271.08 |
| 756196555 | 1 | S.F. | 5/24/2024 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate North American Insurance Company | $271.08 |
| 760394817 | 10 | M.D. | 6/28/2024 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $240.74 |
| 768130791 | 1 | T.D. | 9/6/2024 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $271.08 |
| 788051464 | 1 | N.R. | 9/30/2024 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $130.15 |
| 774576960 | 8 | D.V. | 11/4/2024 | 1st Party | OLYMPIC SPINE AND JOINT | Allstate Fire and Casualty Insurance Company | $50.30 |
| | | | | | | **Total:** | **$23,237.46** |