# EXHIBIT 39

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 39

Pain Alleviation and Interventional Needs First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 577661119 | 2 | Y.V. | 2/7/2020 | 1st Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 595844028 | 1 | C.C. | 8/9/2020 | 1st Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $92.00 |
| 595844028 | 4 | E.M. | 8/9/2020 | 1st Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $450.00 |
| 607240850 | 1 | I.L. | 11/18/2020 | 1st Party | PAIN ALLEVIATION AND INTERVENTI | Allstate Fire and Casualty Insurance Company | $159.00 |
| 607387339 | 1 | V.R. | 11/19/2020 | 1st Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $1,268.00 |
| 652733932 | 2 | S.S. | 1/14/2021 | 1st Party | PAIN ALLEVIATION AND INTERVENTI | Allstate County Mutual Insurance Company | $574.00 |
| 634529515 | 1 | E.B. | 7/24/2021 | 1st Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $125.00 |
| | | | | | | **Total:** | **$4,668.00** |