# EXHIBIT 40

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 40
Pain Alleviation and Interventional Needs Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 552595570 | 3 | B.R. | 7/4/2019 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL | Allstate Fire and Casualty Insurance Company | $5,807.24 |
| 564061489 | 2 | B.R. | 7/4/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $518.78 |
| 561471194 | 3 | A.A. | 9/18/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,744.10 |
| 565850864 | 1 | L.C. | 9/19/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Indemnity Company | $14,500.00 |
| 561983305 | 6 | H.C. | 9/23/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $142.68 |
| 562131094 | 2 | R.S. | 9/24/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,641.96 |
| 562131094 | 6 | D.D. | 9/24/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $94.82 |
| 562445650 | 3 | A.P. | 9/26/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $375.00 |
| 563065473 | 3 | J.M. | 10/1/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate County Mutual Insurance Company | $7,238.40 |
| 563065473 | 8 | G.D. | 10/1/2019 | 3rd Party | PAIN ALLEVIAATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $800.00 |
| 563621077 | 1 | R.D. | 10/7/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate County Mutual Insurance Company | $9,600.00 |
| 564082352 | 2 | I.B. | 10/10/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $500.00 |
| 564270932 | 2 | M.S. | 10/11/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $4,641.96 |
| 566775821 | 3 | B.T. | 10/14/2019 | 3rd Party | P A I N ALLEVIAATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $29,900.00 |
| 565013299 | 2 | E.J. | 10/18/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $284.46 |
| 566143327 | 4 | A.S. | 10/27/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $6,050.00 |
| 566435459 | 4 | J.Q. | 10/30/2019 | 3rd Party | P A I N ALLEVIAATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $300.00 |
| 566504403 | 3 | I.S. | 10/30/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $8,313.88 |
| 567223540 | 2 | R.C. | 11/5/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $3,722.74 |
| 567337852 | 2 | D.G. | 11/6/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $220.00 |
| 567384367 | 3 | T.R. | 11/6/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Insurance Company | $142.68 |
| 567975891 | 2 | R.R. | 11/12/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $7,142.68 |
| 568482491 | 2 | H.M. | 11/15/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $210.14 |
| 568437800 | 2 | A.W. | 11/15/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $10,000.00 |
| 570489443 | 3 | A.A. | 11/25/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,928.04 |
| 569630089 | 2 | E.S. | 11/26/2019 | 3rd Party | P A I N ALLEVIAATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $4,262.16 |
| 569630089 | 6 | M.C. | 11/26/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $4,300.00 |
| 570062059 | 2 | S.B. | 11/28/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate County Mutual Insurance Company | $297.86 |
| 570231811 | 4 | E.P. | 11/29/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $284.46 |
| 570231811 | 2 | R.P. | 11/29/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $284.46 |
| 570058628 | 2 | V.L. | 11/30/2019 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $16,095.72 |
| 570119487 | 4 | S.D. | 12/2/2019 | 3rd Party | P A I N ALLEVIAATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $377.92 |
| 570467407 | 2 | R.H. | 12/3/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $9,300.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 40
Pain Alleviation and Interventional Needs Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 570683185 | 3 | A.B. | 12/5/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $189.64 |
| 573049624 | 3 | E.M. | 12/9/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate County Mutual Insurance Company | $10,300.00 |
| 573046653 | 2 | M.S. | 12/10/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $5,600.00 |
| 571431997 | 3 | A.C. | 12/11/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $222.74 |
| 571958271 | 2 | C.A. | 12/11/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $350.00 |
| 571566025 | 6 | E.M. | 12/12/2019 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL | Allstate Indemnity Company | $6,850.00 |
| 571566025 | 9 | A.B. | 12/12/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $5,142.68 |
| 571712496 | 2 | C.A. | 12/15/2019 | 3rd Party | PAIN ALLEVIATION  AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,594.82 |
| 571712496 | 4 | M.O. | 12/15/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,594.82 |
| 572449015 | 2 | R.J. | 12/16/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $9,300.00 |
| 573695656 | 3 | A.J. | 12/17/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $94.82 |
| 573695656 | 5 | S.B. | 12/17/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $94.82 |
| 572946440 | 7 | M.G. | 12/24/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $10,095.72 |
| 572957447 | 2 | E.C. | 12/24/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $222.74 |
| 574103842 | 2 | C.S. | 12/29/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $4,142.68 |
| 574103842 | 1 | P.V. | 12/29/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $142.68 |
| 573445939 | 2 | F.V. | 12/31/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $500.00 |
| 573569423 | 3 | D.W. | 12/31/2019 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $4,900.00 |
| 574478228 | 3 | J.Y. | 1/5/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $220.00 |
| 574226262 | 5 | C.C. | 1/7/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $200.00 |
| 574659751 | 4 | B.C. | 1/12/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $440.00 |
| 575207923 | 7 | A.V. | 1/16/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $284.46 |
| 575207923 | 2 | L.V. | 1/16/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $428.04 |
| 575207923 | 3 | M.V. | 1/16/2020 | 3rd Party | PAIN ALLEVIATION AND  INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $3,680.76 |
| 575627286 | 2 | J.L. | 1/21/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,594.82 |
| 576670400 | 3 | M.G. | 1/27/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate County Mutual Insurance Company | $4,191.44 |
| 578073751 | 3 | I.E. | 2/2/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $190.54 |
| 577050602 | 6 | I.Z. | 2/3/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $16,703.74 |
| 577282767 | 3 | D.M. | 2/5/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $6,800.00 |
| 577510050 | 3 | A.G. | 2/7/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,877.92 |
| 577661119 | 2 | Y.V. | 2/7/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $9,428.04 |
| 578086332 | 2 | M.L. | 2/9/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $220.00 |
| 577814585 | 3 | A.C. | 2/10/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,986.58 |
| 578207284 | 2 | C.S. | 2/12/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $2,185.52 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 40
Pain Alleviation and Interventional Needs Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 578451379 | 4 | J.F. | 2/15/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate County Mutual Insurance Company | $7,238.40 |
| 579435728 | 2 | G.H. | 2/20/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $500.00 |
| 579125253 | 3 | J.M. | 2/21/2020 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $284.46 |
| 579452582 | 3 | R.G. | 2/21/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $8,800.00 |
| 579261397 | 2 | T.T. | 2/23/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,094.82 |
| 580465565 | 3 | G.L. | 2/26/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $142.68 |
| 580465565 | 4 | J.L. | 2/26/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $150.00 |
| 580465565 | 5 | M.L. | 2/26/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $355.08 |
| 606373835 | 4 | G.L. | 2/26/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $400.00 |
| 606373835 | 6 | M.L. | 2/26/2020 | 3rd Party | P A I N ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $2,200.00 |
| 579832444 | 2 | A.C. | 2/27/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $2,450.00 |
| 579797083 | 2 | Y.P. | 2/28/2020 | 3rd Party | P A I N ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $284.46 |
| 580168565 | 3 | A.J. | 3/3/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $178.16 |
| 580339967 | 6 | C.J. | 3/4/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $150.00 |
| 580512085 | 2 | E.L. | 3/5/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $284.12 |
| 580817559 | 3 | E.M. | 3/8/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $94.82 |
| 581227931 | 3 | S.L. | 3/9/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $800.00 |
| 581992252 | 2 | G.G. | 3/11/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Property and Casualty Insurance Company | $3,800.00 |
| 581367570 | 3 | A.L. | 3/13/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $142.68 |
| 581514478 | 2 | N.R. | 3/14/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $536.16 |
| 592143507 | 1 | D.S. | 3/19/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $9,370.00 |
| 582488177 | 2 | F.S. | 3/24/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $189.64 |
| 583046973 | 11 | A.G. | 4/5/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $94.82 |
| 583046973 | 2 | A.B. | 4/5/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $7,190.54 |
| 583283940 | 2 | J.G. | 4/8/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $5,690.58 |
| 583571054 | 2 | A.B. | 4/11/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $220.00 |
| 583571054 | 3 | S.S. | 4/11/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $220.00 |
| 584681704 | 2 | W.W. | 4/25/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $94.82 |
| 585463789 | 2 | R.M. | 5/4/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $428.04 |
| 586213976 | 8 | R.W. | 5/12/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $142.68 |
| 586213976 | 3 | N.W. | 5/12/2020 | 3rd Party | P A I N ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $7,190.54 |
| 586646580 | 3 | D.B. | 5/15/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $4,800.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 40

Pain Alleviation and Interventional Needs Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 587026725 | 3 | S.D. | 5/20/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $5,800.00 |
| 587225947 | 1 | D.H. | 5/22/2020 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL NEEDS | Allstate Indemnity Company | $5,500.00 |
| 587565060 | 4 | Z.V. | 5/26/2020 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL NEEDS | Allstate County Mutual Insurance Company | $4,356.00 |
| 587759473 | 3 | N.C. | 5/27/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $94.82 |
| 587891771 | 2 | A.M. | 5/28/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $2,589.08 |
| 587891771 | 5 | M.C. | 5/28/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $2,589.08 |
| 587891771 | 1 | C.H. | 5/28/2020 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $3,589.08 |
| 588595578 | 4 | G.T. | 6/3/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $5,700.00 |
| 589508679 | 3 | I.T. | 6/12/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $8,800.00 |
| 590055364 | 2 | S.G. | 6/14/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $250.00 |
| 590159216 | 2 | B.V. | 6/19/2020 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 590251351 | 4 | J.E. | 6/19/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $760.08 |
| 590255642 | 5 | A.Z. | 6/20/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $222.74 |
| 590289518 | 7 | L.S. | 6/20/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $18,800.00 |
| 590542882 | 2 | D.O. | 6/23/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $94.82 |
| 590542882 | 1 | N.V. | 6/23/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 590706867 | 2 | A.F. | 6/24/2020 | 3rd Party | P A I N ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $222.74 |
| 591117791 | 3 | L.B. | 6/29/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $194.82 |
| 591315163 | 2 | A.Z. | 6/30/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $500.00 |
| 592410732 | 3 | A.A. | 7/9/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $94.82 |
| 593141039 | 3 | G.G. | 7/17/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 593325244 | 1 | S.J. | 7/20/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $500.00 |
| 594307118 | 2 | O.F. | 7/22/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $800.00 |
| 594296310 | 3 | M.P. | 7/28/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $533.10 |
| 594864696 | 7 | D.S. | 8/2/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $4,000.00 |
| 595624981 | 1 | M.M. | 8/4/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $4,920.26 |
| 596638924 | 4 | O.R. | 8/14/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $500.00 |
| 596683730 | 7 | Y.G. | 8/16/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $89.08 |
| 596683730 | 6 | J.G. | 8/16/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $89.08 |
| 597080968 | 3 | M.T. | 8/19/2020 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL NEEDS | Allstate County Mutual Insurance Company | $10,300.00 |
| 597454957 | 1 | M.H. | 8/23/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVETIO | Allstate Fire and Casualty Insurance Company | $300.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 40

Pain Alleviation and Interventional Needs Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 597991116 | 3 | L.C. | 8/27/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,800.00 |
| 601363732 | 2 | P.J. | 8/28/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Indemnity Company | $9,255.00 |
| 598669471 | 1 | M.C. | 9/1/2020 | 3rd Party | P A I N ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $9,361.60 |
| 598999562 | 7 | L.Y. | 9/4/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $250.00 |
| 599532784 | 2 | T.M. | 9/9/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 599756425 | 5 | V.H. | 9/11/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $377.92 |
| 599756425 | 2 | M.G. | 9/11/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $5,300.00 |
| 599892568 | 3 | A.A. | 9/12/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $501.84 |
| 599892568 | 5 | C.A. | 9/12/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $507.88 |
| 599984373 | 3 | H.L. | 9/14/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $157.30 |
| 600148704 | 3 | M.C. | 9/15/2020 | 3rd Party | Pain Alleviation & Interventio | Allstate Fire and Casualty Insurance Company | $500.00 |
| 600813133 | 1 | C.J. | 9/19/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $4,388.24 |
| 600735609 | 3 | A.A. | 9/20/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $3,690.02 |
| 600735609 | 4 | O.M. | 9/20/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $7,142.68 |
| 601535321 | 3 | B.T. | 9/26/2020 | 3rd Party | P A I N ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $3,900.00 |
| 601500408 | 3 | J.C. | 9/27/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $3,733.08 |
| 601489354 | 1 | E.G. | 9/27/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $5,300.00 |
| 601506132 | 1 | J.C. | 9/27/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $5,500.00 |
| 602414377 | 4 | P.D. | 10/6/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $218.40 |
| 602556540 | 4 | M.G. | 10/6/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $5,047.34 |
| 602414377 | 5 | J.S. | 10/6/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $8,300.00 |
| 629891622 | 2 | M.H. | 10/9/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Property and Casualty Insurance Company | $8,300.00 |
| 603073354 | 2 | D.V. | 10/10/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $500.00 |
| 605169739 | 2 | F.A. | 10/10/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $8,441.88 |
| 603085887 | 2 | S.B. | 10/11/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $500.00 |
| 603393448 | 1 | C.O. | 10/12/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $4,831.66 |
| 603625690 | 2 | U.S. | 10/16/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $233.08 |
| 603846841 | 3 | O.M. | 10/19/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Indemnity Company | $1,607.70 |
| 604850073 | 3 | F.O. | 10/27/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Indemnity Company | $3,642.16 |
| 607071081 | 1 | C.F. | 10/28/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $500.00 |
| 605344886 | 2 | J.L. | 11/1/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $5,142.02 |
| 606078095 | 2 | N.E. | 11/7/2020 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL | Allstate County Mutual Insurance Company | $800.00 |
| 606078095 | 5 | T.S. | 11/7/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $1,400.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 40
Pain Alleviation and Interventional Needs Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 606392827 | 4 | K.S. | 11/10/2020 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL | Allstate Fire and Casualty Insurance Company | $4,880.00 |
| 606392827 | 2 | C.S. | 11/10/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $7,150.00 |
| 607240850 | 1 | I.L. | 11/18/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 607818150 | 3 | A.A. | 11/19/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $4,800.00 |
| 608631073 | 4 | G.M. | 12/2/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $18,000.00 |
| 608919890 | 6 | A.S. | 12/6/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate County Mutual Insurance Company | $3,733.08 |
| 608943775 | 2 | D.F. | 12/7/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVETIO | Allstate County Mutual Insurance Company | $8,600.00 |
| 609514979 | 3 | T.S. | 12/12/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 609557383 | 4 | M.G. | 12/13/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $5,300.00 |
| 609849806 | 2 | N.F. | 12/15/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $10,300.00 |
| 610306219 | 2 | Y.W. | 12/21/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $250.00 |
| 611049032 | 3 | S.B. | 12/21/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate County Mutual Insurance Company | $1,956.54 |
| 610324246 | 2 | K.L. | 12/21/2020 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $5,200.00 |
| 611013525 | 3 | A.M. | 12/28/2020 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $9,489.66 |
| 612646653 | 3 | T.W. | 1/14/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $11,142.02 |
| 612681577 | 2 | S.R. | 1/15/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $4,150.00 |
| 614631042 | 7 | C.C. | 2/4/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 614809580 | 4 | H.P. | 2/6/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $300.00 |
| 614817435 | 2 | K.T. | 2/7/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $4,485.26 |
| 618155584 | 3 | F.C. | 2/19/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Indemnity Company | $15,375.10 |
| 616714333 | 4 | B.A. | 2/22/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $500.00 |
| 616904603 | 3 | D.W. | 2/23/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $350.00 |
| 617883961 | 2 | J.L. | 2/23/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $4,094.68 |
| 617342829 | 6 | B.B. | 2/26/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Indemnity Company | $4,200.00 |
| 619202534 | 3 | M.L. | 2/28/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $500.00 |
| 618655211 | 2 | N.L. | 3/10/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $7,450.70 |
| 620349415 | 3 | V.A. | 3/18/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $5,100.00 |
| 621271527 | 13 | B.M. | 4/3/2021 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL | Allstate Indemnity Company | $800.00 |
| 623666492 | 3 | C.L. | 4/23/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $8,300.00 |
| 624920070 | 2 | L.A. | 5/1/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTION | Allstate Fire and Casualty Insurance Company | $15,142.02 |
| 626518328 | 2 | M.S. | 5/17/2021 | 3rd Party | PAIN ALLEVIATION & INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 626518328 | 1 | P.S. | 5/17/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 628635724 | 2 | A.H. | 6/5/2021 | 3rd Party | PAIN ALLEVICION AND INTERVENTIONAL NEEDS | Allstate Fire and Casualty Insurance Company | $3,300.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 40

Pain Alleviation and Interventional Needs Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 631042256 | 2 | E.S. | 6/16/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $8,594.68 |
| 634531479 | 3 | E.B. | 7/24/2021 | 3rd Party | PAIN ALLEVIATION AND INTERVENTIO | Allstate Fire and Casualty Insurance Company | $1,290.00 |
| | | | | | | **Total:** | **$736,362.80** |

7