# EXHIBIT 41

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 41
Prime Orthopedics First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 622052611 | 1 | A.M. | 4/7/2021 | 1st Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $311.00 |
| 634529515 | 1 | E.B. | 7/24/2021 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $311.00 |
| 650877467 | 1 | C.C. | 8/2/2021 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $483.00 |
| 655766228 | 1 | V.W. | 12/16/2021 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,653.43 |
| 655313732 | 1 | O.O. | 1/3/2022 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $215.00 |
| 655462562 | 1 | J.G. | 1/12/2022 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $484.00 |
| 660601634 | 2 | M.C. | 2/26/2022 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $318.00 |
| 664684867 | 1 | M.Y. | 4/3/2022 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $318.00 |
| 664684867 | 3 | M.P. | 4/3/2022 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $318.00 |
| 688135797 | 1 | E.E. | 8/4/2022 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $483.00 |
| 701891426 | 1 | L.T. | 12/11/2022 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,393.00 |
| 697116838 | 1 | O.U. | 12/25/2022 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $326.00 |
| 708877667 | 1 | A.B. | 3/21/2023 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $330.00 |
| 731659645 | 1 | D.A. | 8/3/2023 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $484.00 |
| 734888225 | 1 | D.O. | 11/4/2023 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $703.00 |
| 753437458 | 1 | W.G. | 3/6/2024 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $505.75 |
| 769895358 | 1 | K.G. | 9/22/2024 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $336.12 |
| 772602215 | 2 | S.D. | 10/12/2024 | 1st Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $111.66 |
|  |  |  |  |  |  | **Total:** | **$9,083.96** |