# EXHIBIT 42

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 42
Prime Orthopedics Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 535235840 | 4 | B.M. | 2/15/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $1,055.76 |
| 539929843 | 2 | H.S. | 3/15/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $680.60 |
| 543297740 | 2 | L.B. | 4/26/2019 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $2,850.00 |
| 547134964 | 11 | C.C. | 5/24/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,337.64 |
| 548688761 | 2 | P.L. | 6/8/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $7,350.00 |
| 557199048 | 3 | T.W. | 8/12/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,100.00 |
| 562811737 | 2 | D.L. | 9/30/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,000.00 |
| 563065473 | 8 | G.D. | 10/1/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $1,350.00 |
| 563248780 | 2 | A.C. | 10/3/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $222.74 |
| 569297731 | 13 | F.A. | 11/22/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $755.84 |
| 569678609 | 2 | A.M. | 11/25/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $222.74 |
| 619324080 | 2 | S.V. | 12/4/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 571162403 | 5 | C.G. | 12/7/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Insurance Company | $3,677.92 |
| 573049624 | 3 | E.M. | 12/9/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $950.00 |
| 573046653 | 2 | M.S. | 12/10/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $450.00 |
| 571431997 | 3 | A.C. | 12/11/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $377.92 |
| 571777564 | 1 | H.H. | 12/14/2019 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $1,232.86 |
| 572449015 | 2 | R.J. | 12/16/2019 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $222.74 |
| 574234571 | 2 | D.M. | 1/8/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $983.10 |
| 576248777 | 2 | N.B. | 1/10/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $222.74 |
| 574646212 | 4 | M.B. | 1/12/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $600.00 |
| 574646212 | 2 | V.V. | 1/12/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $600.00 |
| 575648076 | 3 | C.M. | 1/20/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 575824024 | 3 | M.R. | 1/22/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $222.74 |
| 577050602 | 6 | I.Z. | 2/3/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $27,159.46 |
| 577510050 | 3 | A.G. | 2/7/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $222.74 |
| 580339967 | 6 | C.J. | 3/4/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $222.74 |
| 584320915 | 4 | J.L. | 4/21/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,350.00 |
| 586772303 | 1 | J.H. | 5/10/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $10,501.46 |
| 586004368 | 3 | J.A. | 5/10/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $445.48 |
| 586213976 | 3 | N.W. | 5/12/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,877.92 |
| 586979825 | 4 | A.O. | 5/18/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $4,075.22 |

1

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 42

Prime Orthopedics Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 586979825 | 3 | E.C. | 5/18/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $340.30 |
| 589901239 | 2 | R.H. | 6/4/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $340.30 |
| 589508679 | 3 | I.T. | 6/12/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,350.00 |
| 590055364 | 2 | S.G. | 6/14/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $3,575.00 |
| 591516190 | 2 | L.R. | 6/17/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $950.00 |
| 590251351 | 2 | L.M. | 6/19/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,800.00 |
| 590706867 | 2 | A.F. | 6/24/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $445.48 |
| 591728480 | 4 | A.D. | 7/4/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $699.36 |
| 593925936 | 9 | A.B. | 7/24/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Property and Casualty Insurance Company | $3,963.84 |
| 594257883 | 3 | B.H. | 7/28/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $850.00 |
| 594290982 | 3 | E.E. | 7/28/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $932.32 |
| 597242171 | 3 | C.J. | 8/20/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,350.00 |
| 598273779 | 4 | B.C. | 8/28/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $680.60 |
| 600283030 | 1 | M.P. | 9/15/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $699.24 |
| 601049034 | 2 | K.G. | 9/22/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $1,234.50 |
| 600967723 | 3 | S.C. | 9/22/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $3,746.26 |
| 601489354 | 1 | E.G. | 9/27/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $7,400.00 |
| 602209488 | 2 | B.B. | 10/3/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $3,483.42 |
| 602556540 | 4 | M.G. | 10/6/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $696.36 |
| 602798596 | 2 | G.G. | 10/8/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $6,612.40 |
| 602798596 | 6 | K.V. | 10/8/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $5,886.46 |
| 629891622 | 2 | M.H. | 10/9/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Property and Casualty Insurance Company | $3,439.66 |
| 605169739 | 2 | F.A. | 10/10/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,541.84 |
| 603271305 | 1 | E.S. | 10/13/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $5,400.00 |
| 603204322 | 4 | P.P. | 10/13/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $222.74 |
| 607906393 | 4 | A.O. | 11/20/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $222.74 |
| 608631073 | 4 | G.M. | 12/2/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 609516256 | 2 | J.D. | 12/12/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $700.00 |
| 610316044 | 2 | S.O. | 12/21/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $721.18 |
| 610745648 | 1 | H.G. | 12/24/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $459.68 |
| 610929531 | 3 | N.S. | 12/28/2020 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 611613225 | 1 | W.T. | 1/5/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $4,300.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 42

Prime Orthopedics Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 612067892 | 1 | V.T. | 1/9/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $689.66 |
| 613291921 | 2 | R.G. | 1/22/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $699.24 |
| 617344361 | 3 | A.S. | 2/15/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $422.74 |
| 617167226 | 2 | M.P. | 2/21/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 617360474 | 4 | J.R. | 2/26/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $459.68 |
| 618283527 | 7 | P.M. | 3/7/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $450.00 |
| 648580058 | 1 | M.C. | 3/11/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,117.32 |
| 669523176 | 2 | A.M. | 4/7/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $699.24 |
| 621702299 | 2 | M.G. | 4/7/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Property and Casualty Insurance Company | $233.08 |
| 622509123 | 3 | H.P. | 4/14/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $1,350.00 |
| 623299731 | 2 | R.P. | 4/17/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.08 |
| 623047792 | 3 | J.U. | 4/18/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $750.00 |
| 634590939 | 1 | R.G. | 4/24/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $932.32 |
| 626250583 | 2 | A.E. | 5/15/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,450.00 |
| 626333934 | 2 | S.S. | 5/16/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,350.00 |
| 627332265 | 4 | N.P. | 5/17/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $950.00 |
| 627332265 | 4 | N.P. | 5/17/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $950.00 |
| 627172216 | 3 | T.V. | 5/21/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $725.00 |
| 627340391 | 4 | E.N. | 5/23/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $350.00 |
| 627764210 | 2 | G.D. | 5/27/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $950.00 |
| 627948474 | 2 | F.P. | 5/30/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $350.00 |
| 628333304 | 5 | L.R. | 5/31/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $233.08 |
| 628477416 | 1 | F.M. | 6/4/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,100.00 |
| 629624767 | 4 | J.B. | 6/14/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 630907590 | 5 | F.L. | 6/16/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,348.18 |
| 637900598 | 1 | L.G. | 6/16/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,300.00 |
| 632525929 | 3 | S.Z. | 6/17/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,125.00 |
| 630200210 | 4 | L.S. | 6/18/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $750.00 |
| 630675155 | 2 | M.T. | 6/18/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $850.00 |
| 631758455 | 1 | D.C. | 6/24/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.08 |
| 630863793 | 2 | O.A. | 6/24/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $1,000.00 |
| 631402211 | 6 | Z.S. | 6/29/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $450.00 |
| 632066429 | 2 | K.B. | 7/2/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,223.12 |
| 632337887 | 5 | J.W. | 7/6/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,178.28 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 42
Prime Orthopedics Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 632982765 | 2 | C.P. | 7/9/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $950.00 |
| 633975339 | 4 | A.M. | 7/20/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $421.90 |
| 634562862 | 2 | D.C. | 7/25/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $233.12 |
| 650877467 | 1 | C.C. | 8/2/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $483.00 |
| 636307968 | 8 | F.B. | 8/8/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,864.00 |
| 636365843 | 3 | E.M. | 8/9/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $580.50 |
| 636365843 | 6 | S.G. | 8/9/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $770.12 |
| 636713836 | 3 | B.A. | 8/11/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $466.24 |
| 636844952 | 2 | M.W. | 8/12/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $957.00 |
| 636988305 | 4 | A.H. | 8/13/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $350.00 |
| 636994477 | 1 | J.Q. | 8/13/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $3,552.40 |
| 639212497 | 2 | A.M. | 8/16/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,150.00 |
| 637902602 | 2 | A.F. | 8/20/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.08 |
| 637980186 | 5 | S.M. | 8/21/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $223.08 |
| 640459087 | 1 | A.M. | 9/5/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 640564910 | 3 | J.N. | 9/7/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $983.08 |
| 640323507 | 3 | J.A. | 9/7/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 643754757 | 1 | D.V. | 9/9/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,209.92 |
| 641173513 | 2 | M.M. | 9/10/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $5,612.98 |
| 642202402 | 5 | G.L. | 9/13/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $11,538.64 |
| 641734025 | 2 | C.Z. | 9/15/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 641734025 | 3 | O.D. | 9/15/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.08 |
| 692460157 | 1 | P.E. | 9/17/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.08 |
| 644160350 | 1 | T.T. | 9/29/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.08 |
| 643922263 | 1 | M.M. | 10/3/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $613.78 |
| 644477010 | 2 | J.S. | 10/4/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $450.00 |
| 646127001 | 3 | R.A. | 10/5/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $750.00 |
| 644959728 | 1 | D.T. | 10/11/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $581.26 |
| 648258572 | 3 | R.M. | 10/11/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,000.00 |
| 645301300 | 3 | O.Z. | 10/14/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 646096734 | 5 | M.R. | 10/21/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $4,432.08 |
| 647747609 | 2 | G.G. | 11/2/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $450.00 |
| 648752384 | 2 | G.C. | 11/11/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $4,765.36 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 42

Prime Orthopedics Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 649525309 | 3 | B.O. | 11/17/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 650690597 | 5 | G.C. | 11/30/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $233.12 |
| 650756752 | 1 | S.W. | 11/30/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 650962418 | 4 | L.M. | 12/2/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $1,350.00 |
| 651461997 | 2 | P.F. | 12/7/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 651594871 | 3 | M.V. | 12/8/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,585.34 |
| 652500760 | 3 | M.M. | 12/12/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $466.24 |
| 652639691 | 3 | S.V. | 12/15/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $5,851.04 |
| 655766228 | 1 | V.W. | 12/16/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $560.02 |
| 652867003 | 3 | J.D. | 12/17/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,200.00 |
| 653855593 | 2 | A.S. | 12/18/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $533.12 |
| 653622662 | 2 | S.D. | 12/23/2021 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,000.00 |
| 654579937 | 4 | A.A. | 1/4/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 655353753 | 2 | M.B. | 1/11/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $694.76 |
| 656341856 | 1 | A.J. | 1/20/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $7,750.00 |
| 658462692 | 2 | K.O. | 1/23/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $347.38 |
| 658462692 | 4 | O.O. | 1/23/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $347.38 |
| 656884129 | 3 | J.B. | 1/24/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $560.02 |
| 657782728 | 1 | M.N. | 2/1/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 657802237 | 2 | M.N. | 2/1/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $1,000.00 |
| 658396188 | 2 | M.M. | 2/7/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 658982400 | 2 | J.I. | 2/12/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $750.00 |
| 660205337 | 1 | R.G. | 2/14/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 659980485 | 2 | R.G. | 2/14/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 659769441 | 2 | C.V. | 2/18/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $699.36 |
| 659741408 | 3 | H.C. | 2/19/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,245.18 |
| 659887623 | 6 | G.A. | 2/21/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,733.75 |
| 660456377 | 5 | C.K. | 2/24/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,450.00 |
| 664212198 | 1 | V.H. | 2/26/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $233.12 |
| 660722117 | 2 | E.W. | 2/28/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 660722117 | 3 | R.J. | 2/28/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $750.00 |
| 660815937 | 3 | P.L. | 3/1/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $699.36 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 42
Prime Orthopedics Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 662095099 | 4 | S.M. | 3/1/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,350.00 |
| 661242776 | 3 | C.R. | 3/3/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $500.00 |
| 661979484 | 6 | J.C. | 3/10/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $582.80 |
| 664250578 | 11 | J.R. | 3/12/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 664250578 | 2 | K.R. | 3/12/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 664250578 | 3 | M.R. | 3/12/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $500.00 |
| 662781830 | 3 | R.T. | 3/16/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,692.24 |
| 664397840 | 3 | L.G. | 3/23/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 664397840 | 3 | L.G. | 3/23/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 663730975 | 3 | R.R. | 3/25/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $434.00 |
| 664048162 | 3 | D.J. | 3/28/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 667567770 | 1 | A.P. | 4/1/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $5,262.06 |
| 664634813 | 2 | R.B. | 4/2/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $950.00 |
| 664684867 | 1 | M.Y. | 4/3/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $533.12 |
| 664684867 | 3 | M.P. | 4/3/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $533.12 |
| 667021604 | 6 | D.J. | 4/9/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $4,800.00 |
| 701586398 | 1 | M.M. | 4/15/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $7,800.00 |
| 667533061 | 2 | N.P. | 4/27/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,900.00 |
| 667667786 | 3 | J.M. | 4/28/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $419.22 |
| 667801914 | 2 | M.M. | 4/29/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Property and Casualty Insurance Company | $4,731.30 |
| 668020175 | 7 | S.R. | 5/1/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $421.94 |
| 669399411 | 3 | F.A. | 5/12/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 670455211 | 2 | O.M. | 5/19/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $233.12 |
| 672115037 | 2 | N.S. | 6/3/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $371.14 |
| 673180154 | 2 | A.T. | 6/12/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 674066188 | 1 | A.R. | 6/18/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $509.16 |
| 674066188 | 4 | C.C. | 6/18/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 674102769 | 1 | S.J. | 6/18/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $559.96 |
| 674276605 | 2 | L.B. | 6/20/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 675143937 | 2 | E.M. | 6/23/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $424.52 |
| 674685839 | 1 | E.M. | 6/23/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $424.52 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 42

Prime Orthopedics Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 677154783 | 4 | O.F. | 7/14/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $231.64 |
| 678187675 | 3 | M.M. | 7/18/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 678456708 | 3 | C.S. | 7/25/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $484.00 |
| 688135797 | 1 | E.E. | 8/4/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $382.32 |
| 680984457 | 3 | E.C. | 8/7/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |
| 680913886 | 3 | J.Z. | 8/13/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 682771472 | 5 | M.M. | 8/15/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $71.78 |
| 682555644 | 4 | R.D. | 8/23/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,250.00 |
| 682699144 | 9 | J.L. | 8/28/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 687297894 | 1 | M.M. | 9/16/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,100.00 |
| 687521500 | 2 | Y.J. | 10/5/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,046.92 |
| 688361633 | 4 | M.A. | 10/11/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 689383297 | 2 | S.F. | 10/20/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 704769132 | 8 | C.O. | 10/29/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $233.76 |
| 704769132 | 8 | C.O. | 10/29/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $233.76 |
| 691406367 | 3 | M.T. | 11/2/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $672.64 |
| 691585327 | 2 | M.S. | 11/6/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |
| 691386320 | 4 | B.A. | 11/7/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |
| 691999873 | 4 | A.R. | 11/10/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |
| 692172091 | 3 | B.G. | 11/12/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.12 |
| 692545098 | 3 | C.O. | 11/16/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,744.44 |
| 692545098 | 3 | C.O. | 11/16/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $2,744.44 |
| 694382292 | 1 | M.P. | 11/16/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $368.16 |
| 695282756 | 4 | S.A. | 12/10/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $694.92 |
| 695282756 | 4 | S.A. | 12/10/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $694.92 |
| 696006766 | 4 | A.C. | 12/16/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $690.78 |
| 696029750 | 4 | R.I. | 12/16/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $136.52 |
| 696145143 | 9 | E.G. | 12/18/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $382.20 |
| 696861194 | 4 | A.M. | 12/23/2022 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $417.74 |
| 698132081 | 2 | A.P. | 1/3/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $257.24 |
| 703170613 | 3 | C.L. | 2/14/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $235.76 |
| 704770163 | 3 | M.P. | 2/27/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |

*Allstate Insurance Company, et al. v. Roopani, et al.*
Exhibit 42
Prime Orthopedics Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 706259728 | 2 | A.F. | 3/14/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $379.96 |
| 713181469 | 1 | J.J. | 4/6/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $233.66 |
| 709906233 | 3 | M.R. | 4/11/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $244.44 |
| 713065290 | 2 | L.R. | 5/7/2023 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Indemnity Company | $231.64 |
| 713684884 | 4 | N.A. | 5/11/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |
| 713854487 | 2 | L.C. | 5/12/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $368.28 |
| 713714020 | 9 | R.P. | 5/12/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $368.06 |
| 715326898 | 2 | Z.M. | 5/24/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $566.06 |
| 715587119 | 3 | A.M. | 5/28/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |
| 716023825 | 2 | J.D. | 6/1/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $149.24 |
| 717156731 | 4 | K.G. | 6/10/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $896.52 |
| 719118366 | 2 | M.W. | 6/26/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $564.96 |
| 724886395 | 2 | B.G. | 8/7/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Property and Casualty Insurance Company | $231.64 |
| 726671159 | 2 | D.G. | 8/24/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $557.80 |
| 726588197 | 3 | T.M. | 8/24/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |
| 726904006 | 2 | H.J. | 8/26/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $231.64 |
| 727579294 | 3 | L.S. | 9/1/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $231.64 |
| 727649139 | 2 | B.M. | 9/2/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $368.36 |
| 730894243 | 1 | J.B. | 9/29/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $408.38 |
| 734984545 | 1 | M.F. | 10/4/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |
| 733164818 | 1 | S.P. | 10/17/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $231.64 |
| 735561318 | 2 | D.M. | 11/10/2023 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Insurance Company | $4,126.60 |
| 738172402 | 6 | P.C. | 12/5/2023 | 3rd Party | PRIME ORTHOPEDICS | Allstate County Mutual Insurance Company | $225.46 |
| 751771197 | 3 | H.E. | 12/8/2023 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Indemnity Company | $135.47 |
| 740353016 | 2 | S.C. | 12/15/2023 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Insurance Company | $460.05 |
| 742085400 | 4 | D.S. | 1/13/2024 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $225.46 |
| 742057367 | 2 | L.B. | 1/15/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $334.70 |
| 744337734 | 2 | M.L. | 2/1/2024 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $3,934.71 |
| 745744425 | 2 | L.A. | 2/17/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $366.34 |
| 745751941 | 2 | Y.J. | 2/17/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $229.20 |
| 748231999 | 2 | T.L. | 3/12/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Insurance Company | $229.20 |
| 749131488 | 9 | N.C. | 3/21/2024 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $3,241.78 |
| 753037753 | 2 | H.G. | 4/12/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Indemnity Company | $229.20 |
| 763338100 | 3 | J.Z. | 7/23/2024 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $2,462.39 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 42

Prime Orthopedics Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 770773943 | 2 | C.M. | 7/28/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $229.20 |
| 767493778 | 2 | M.A. | 8/22/2024 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $795.83 |
| 766934749 | 4 | M.M. | 8/26/2024 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $246.54 |
| 769765149 | 3 | D.R. | 9/23/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $1,058.60 |
| 771397997 | 2 | E.F. | 10/2/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $224.02 |
| 771943537 | 4 | M.D. | 10/8/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $613.18 |
| 772305488 | 1 | E.M. | 10/10/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $224.02 |
| 773378856 | 3 | F.L. | 10/22/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $224.02 |
| 777072141 | 4 | S.S. | 11/28/2024 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $135.47 |
| 777916461 | 5 | C.K. | 12/5/2024 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Fire and Casualty Insurance Company | $4,153.85 |
| 779294586 | 6 | M.M. | 12/23/2024 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $224.02 |
| 779731156 | 1 | C.W. | 12/29/2024 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate Insurance Company | $135.47 |
| 783027568 | 2 | A.G. | 2/2/2025 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $222.02 |
| 784210437 | 5 | C.V. | 2/16/2025 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $224.02 |
| 785124157 | 2 | B.F. | 2/24/2025 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $224.02 |
| 785912775 | 2 | D.H. | 3/5/2025 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $224.02 |
| 790387237 | 3 | J.M. | 4/17/2025 | 3rd Party | PRIME ORTHOPEDICS AND REGENERATIVE CENTER LLC | Allstate North American Insurance Company | $2,215.31 |
| 791034390 | 3 | A.E. | 4/24/2025 | 3rd Party | PRIME ORTHOPEDICS | Allstate Fire and Casualty Insurance Company | $224.02 |
| 791275852 | 2 | T.S. | 4/26/2025 | 3rd Party | PRIME ORTHOPEDICS | Allstate North American Insurance Company | $224.02 |
|  |  |  |  |  |  | **Total:** | **$355,631.80** |