# EXHIBIT 43

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 43

Focus Medcare First Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 592127377 | 1 | T.J. | 1/20/2020 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,439.00 |
| 584915136 | 2 | L.M. | 4/27/2020 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 600457493 | 2 | N.L. | 9/17/2020 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $449.34 |
| 602939217 | 1 | P.S. | 10/10/2020 | 1st Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $2,500.00 |
| 605529882 | 1 | T.W. | 10/24/2020 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $470.46 |
| 689986940 | 1 | N.C. | 11/19/2020 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 652733932 | 2 | S.S. | 1/14/2021 | 1st Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $443.82 |
| 643035702 | 7 | I.G. | 9/26/2021 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $71.66 |
| 643881824 | 1 | L.M. | 10/2/2021 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 667977474 | 1 | S.C. | 4/25/2022 | 1st Party | FOCUSMEDCARE | Allstate Fire and Casualty Insurance Company | $438.47 |
| 671197647 | 1 | J.K. | 4/28/2022 | 1st Party | FOCUSMEDCARE | Allstate Fire and Casualty Insurance Company | $438.83 |
| 703596790 | 2 | V.B. | 5/27/2022 | 1st Party | FOCUS MECARE | Allstate Fire and Casualty Insurance Company | $651.48 |
| 703596790 | 1 | E.B. | 5/27/2022 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 687301630 | 1 | R.S. | 9/8/2022 | 1st Party | FOCUS MEDCARE3 | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 698027786 | 1 | A.D. | 12/28/2022 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 722988193 | 1 | M.B. | 7/9/2023 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 722988193 | 2 | R.B. | 7/9/2023 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,828.67 |
| 727731077 | 1 | J.G. | 9/4/2023 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $800.00 |
| 732364542 | 2 | C.M. | 10/12/2023 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 751438656 | 2 | J.S. | 4/11/2024 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 751564477 | 1 | E.E. | 4/13/2024 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,862.64 |
| 755922606 | 6 | A.E. | 5/22/2024 | 1st Party | FOCUS MECARE | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 769895358 | 1 | K.G. | 9/22/2024 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,788.66 |
| 769895358 | 3 | O.K. | 9/22/2024 | 1st Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,179.39 |
| 782416713 | 1 | L.H. | 1/28/2025 | 1st Party | OF IMAGING BAYTOWN | Allstate Indemnity Company | $4,200.00 |
| 782416713 | 5 | M.H. | 1/28/2025 | 1st Party | OF IMAGING BAYTOWN | Allstate Indemnity Company | $5,000.00 |
| | | | | | | **Total:** | **$55,062.42** |