# EXHIBIT 44

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 44

Focus Medcare Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 566915617 | 3 | S.C. | 11/2/2019 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $4,500.00 |
| 566894515 | 2 | D.B. | 11/2/2019 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 569281389 | 4 | F.D. | 11/3/2019 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,400.00 |
| 568867931 | 1 | T.S. | 11/6/2019 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,952.00 |
| 571431997 | 3 | A.C. | 12/11/2019 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,129.62 |
| 572024248 | 2 | K.A. | 12/17/2019 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $2,400.00 |
| 572294650 | 3 | M.R. | 12/18/2019 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,701.08 |
| 574103842 | 2 | C.S. | 12/29/2019 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 574103842 | 1 | P.V. | 12/29/2019 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 577714777 | 7 | R.D. | 1/2/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,606.16 |
| 573831088 | 2 | C.S. | 1/4/2020 | 3rd Party | FOCUS MEDCARE | Allstate Property and Casualty Insurance Company | $8,000.00 |
| 575207923 | 2 | L.V. | 1/16/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,351.62 |
| 575292727 | 5 | E.M. | 1/17/2020 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $4,500.00 |
| 575435227 | 3 | S.W. | 1/18/2020 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $7,202.88 |
| 579452582 | 3 | R.G. | 2/21/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 579751271 | 2 | R.G. | 2/27/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 580339967 | 6 | C.J. | 3/4/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $8,000.00 |
| 580827186 | 2 | N.M. | 3/5/2020 | 3rd Party | FOCUS MEDCARE | Allstate Property and Casualty Insurance Company | $3,600.00 |
| 580962264 | 3 | C.A. | 3/10/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,349.46 |
| 581150133 | 2 | M.C. | 3/11/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,625.84 |
| 592143507 | 1 | D.S. | 3/19/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $7,650.00 |
| 582575270 | 5 | J.F. | 3/28/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 583083019 | 3 | M.R. | 4/6/2020 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $157.44 |
| 583977665 | 2 | P.S. | 4/15/2020 | 3rd Party | FOCUS MEDCARE | Allstate Property and Casualty Insurance Company | $1,500.00 |
| 584320915 | 4 | J.L. | 4/21/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $8,000.00 |
| 584719025 | 3 | S.C. | 4/25/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $7,000.00 |
| 584681704 | 2 | W.W. | 4/25/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,551.00 |
| 584915136 | 2 | L.M. | 4/27/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 584915136 | 3 | R.H. | 4/27/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 585463789 | 2 | R.M. | 5/4/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 585653090 | 3 | B.B. | 5/5/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 585653090 | 2 | N.B. | 5/5/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 586286569 | 2 | C.B. | 5/13/2020 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $5,000.00 |
| 587233065 | 2 | I.B. | 5/21/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,802.16 |
| 588595578 | 4 | G.T. | 6/3/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,501.80 |
| 588705350 | 2 | A.H. | 6/4/2020 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $3,600.00 |
| 588704312 | 3 | A.H. | 6/4/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,698.92 |
| 588714865 | 4 | H.W. | 6/5/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,200.00 |
| 588670083 | 2 | J.A. | 6/5/2020 | 3rd Party | FOCUS MEDCARE | Allstate Property and Casualty Insurance Company | $1,500.00 |
| 589762532 | 4 | F.I. | 6/16/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 590289518 | 7 | L.S. | 6/20/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 591717491 | 4 | D.I. | 7/3/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $288.50 |
| 594864696 | 7 | D.S. | 8/2/2020 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $3,601.96 |
| 594864696 | 6 | O.G. | 8/2/2020 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $3,601.44 |
| 602304495 | 1 | R.A. | 8/5/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $926.72 |
| 595749482 | 2 | T.M. | 8/8/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 599157864 | 8 | D.F. | 9/5/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $474.12 |
| 599212008 | 2 | P.B. | 9/7/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 600967723 | 3 | S.C. | 9/22/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,809.44 |
| 602445306 | 4 | A.D. | 9/27/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $900.36 |
| 601489354 | 1 | E.G. | 9/27/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 601489354 | 2 | M.H. | 9/27/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $7,000.00 |
| 602445306 | 2 | N.Q. | 9/27/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $449.82 |
| 602616047 | 3 | J.I. | 10/7/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,170.26 |
| 602818213 | 2 | M.T. | 10/9/2020 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $4,500.00 |
| 603204322 | 4 | P.P. | 10/13/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 603607466 | 2 | C.B. | 10/15/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $8,000.00 |
| 603595074 | 12 | S.G. | 10/16/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 603831082 | 3 | K.H. | 10/19/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 603831082 | 4 | S.L. | 10/19/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 605529882 | 1 | T.W. | 10/24/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $6,725.04 |
| 605529882 | 1 | U.T. | 10/24/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $6,725.04 |
| 606585537 | 2 | C.B. | 10/31/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 606105476 | 5 | A.P. | 11/6/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,600.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 44

Focus Medcare Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 607087301 | 2 | P.G. | 11/7/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,197.90 |
| 614561454 | 14 | A.P. | 11/8/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,687.64 |
| 606293140 | 2 | D.I. | 11/10/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,400.00 |
| 606849461 | 6 | L.M. | 11/14/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $12,000.00 |
| 607363215 | 3 | H.M. | 11/18/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,662.92 |
| 608222873 | 8 | K.M. | 11/29/2020 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $3,000.00 |
| 609339346 | 5 | A.R. | 12/8/2020 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $6,000.00 |
| 609089230 | 2 | A.R. | 12/8/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 609339346 | 6 | M.M. | 12/8/2020 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $6,000.00 |
| 642480909 | 2 | A.L. | 12/21/2020 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 611773994 | 2 | T.C. | 1/6/2021 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $4,000.00 |
| 612319426 | 3 | A.B. | 1/12/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,330.38 |
| 612849836 | 3 | J.F. | 1/16/2021 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $4,000.00 |
| 613750958 | 3 | M.E. | 1/26/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,500.00 |
| 613750958 | 4 | O.C. | 1/26/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 614070464 | 3 | V.P. | 1/29/2021 | 3rd Party | FOCUS MEDCARE | Allstate Insurance Company | $1,500.00 |
| 615578358 | 3 | B.S. | 2/12/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 617983663 | 3 | D.F. | 3/3/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $6,600.00 |
| 618859292 | 2 | M.K. | 3/11/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 620000471 | 1 | T.W. | 3/23/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $11,500.00 |
| 621708874 | 3 | H.M. | 4/7/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,405.22 |
| 623885787 | 4 | M.H. | 4/12/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 623290905 | 3 | A.D. | 4/19/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 623290905 | 9 | G.H. | 4/19/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 623526001 | 2 | J.S. | 4/22/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,662.92 |
| 623526001 | 4 | Y.S. | 4/22/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,662.92 |
| 624970695 | 6 | C.R. | 4/24/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 624970695 | 3 | J.A. | 4/24/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 624229704 | 6 | E.F. | 4/28/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,950.00 |
| 624411245 | 3 | A.S. | 4/29/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 624486486 | 3 | B.C. | 4/29/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,700.00 |
| 624758678 | 4 | N.S. | 5/2/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,750.00 |
| 625059803 | 2 | C.C. | 5/5/2021 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $3,500.00 |
| 625793369 | 2 | D.S. | 5/11/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 625937412 | 9 | R.N. | 5/12/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $444.18 |
| 627165392 | 6 | A.D. | 5/22/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 627340391 | 4 | E.N. | 5/23/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 628635724 | 2 | A.H. | 6/5/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,700.00 |
| 632543575 | 1 | J.D. | 6/28/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,000.00 |
| 631729308 | 3 | O.C. | 6/30/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 632337887 | 5 | J.W. | 7/6/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,950.00 |
| 632337887 | 3 | K.V. | 7/6/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,150.00 |
| 632824264 | 2 | T.D. | 7/10/2021 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $3,953.60 |
| 633570486 | 2 | R.M. | 7/16/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 634241228 | 3 | F.L. | 7/22/2021 | 3rd Party | FOCUS MEDCARE | Allstate Property and Casualty Insurance Company | $4,500.00 |
| 636372260 | 2 | Q.J. | 8/9/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,700.00 |
| 636844952 | 2 | M.W. | 8/12/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 636978231 | 3 | S.H. | 8/12/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $8,000.00 |
| 638502988 | 2 | A.R. | 8/25/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $5,132.94 |
| 641161633 | 4 | C.M. | 9/10/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,250.00 |
| 640974969 | 4 | P.Y. | 9/10/2021 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $3,400.00 |
| 641240361 | 3 | S.T. | 9/12/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,200.00 |
| 643035702 | 7 | I.G. | 9/26/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,000.00 |
| 643035702 | 9 | K.G. | 9/26/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 645530197 | 3 | H.N. | 10/16/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 645532797 | 3 | M.M. | 10/16/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 647747609 | 2 | G.G. | 11/2/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 649179470 | 12 | C.F. | 11/3/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 649179470 | 4 | F.A. | 11/3/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 649560702 | 4 | D.A. | 11/18/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 649560702 | 6 | F.A. | 11/18/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 649560702 | 5 | P.M. | 11/18/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 651622110 | 3 | R.M. | 12/8/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,600.00 |
| 653409821 | 4 | A.T. | 12/22/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,000.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 44

Focus Medcare Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 653409821 | 6 | E.T. | 12/22/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 653541672 | 2 | D.G. | 12/23/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 653541672 | 4 | N.G. | 12/23/2021 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $6,500.00 |
| 653656710 | 2 | J.C. | 12/27/2021 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $1,050.00 |
| 654536366 | 2 | M.L. | 1/3/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 654536366 | 2 | M.L. | 1/3/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 654536366 | 4 | O.S. | 1/3/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 654823574 | 4 | D.J. | 1/5/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $509.84 |
| 655593077 | 4 | K.D. | 1/8/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 655593077 | 5 | N.C. | 1/8/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 655353753 | 2 | M.B. | 1/11/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 656067444 | 2 | S.C. | 1/17/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 656632080 | 2 | R.N. | 1/22/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 656734787 | 2 | D.C. | 1/23/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $876.94 |
| 683077929 | 3 | E.H. | 1/28/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 657392353 | 3 | S.L. | 1/29/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $450.20 |
| 657618443 | 2 | T.N. | 1/31/2022 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $4,500.00 |
| 660418625 | 1 | H.G. | 2/9/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,052.76 |
| 659066112 | 5 | C.C. | 2/14/2022 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $232.62 |
| 659752702 | 1 | N.R. | 2/19/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,652.76 |
| 660309097 | 3 | N.R. | 2/24/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,500.00 |
| 661425082 | 2 | N.V. | 2/26/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,558.28 |
| 660808304 | 2 | S.N. | 2/28/2022 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $850.00 |
| 661281642 | 3 | A.R. | 3/4/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 661281642 | 6 | B.L. | 3/4/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,840.00 |
| 663192755 | 2 | B.A. | 3/21/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $517.00 |
| 667567770 | 1 | A.P. | 4/1/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $7,500.00 |
| 666544929 | 2 | N.A. | 4/19/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $450.20 |
| 671197647 | 1 | J.K. | 4/28/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $4,000.00 |
| 670885565 | 1 | C.P. | 5/23/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 672090883 | 4 | C.H. | 5/24/2022 | 3rd Party | FOCUS MEDCARE | Allstate Property and Casualty Insurance Company | $4,000.00 |
| 672090883 | 6 | T.W. | 5/24/2022 | 3rd Party | FOCUS MEDCARE | Allstate Property and Casualty Insurance Company | $4,000.00 |
| 703596790 | 2 | V.B. | 5/27/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $450.20 |
| 673236121 | 3 | J.G. | 6/12/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $3,000.00 |
| 676599441 | 2 | E.R. | 7/9/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $450.92 |
| 677010886 | 3 | M.S. | 7/13/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,500.00 |
| 679310342 | 3 | K.S. | 7/30/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $536.94 |
| 683514806 | 7 | M.H. | 9/4/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $450.20 |
| 683514806 | 2 | P.H. | 9/4/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $450.92 |
| 687521500 | 2 | Y.J. | 10/5/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $900.40 |
| 690259155 | 15 | A.A. | 10/28/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $450.20 |
| 691412035 | 1 | J.S. | 11/1/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $214.84 |
| 692248230 | 4 | E.K. | 11/13/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $6,000.00 |
| 695304923 | 1 | Z.G. | 12/10/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $435.98 |
| 696006766 | 4 | A.C. | 12/16/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $871.96 |
| 698027786 | 1 | A.D. | 12/28/2022 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $435.98 |
| 700219264 | 3 | W.G. | 1/10/2023 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $326.82 |
| 702357393 | 4 | A.R. | 2/6/2023 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $69.84 |
| 706684941 | 5 | C.A. | 3/12/2023 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $304.10 |
| 706259728 | 2 | A.F. | 3/14/2023 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $318.58 |
| 713204071 | 2 | D.R. | 5/8/2023 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $233.62 |
| 714731569 | 4 | A.A. | 5/20/2023 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $276.38 |
| 720745074 | 4 | Z.A. | 7/7/2023 | 3rd Party | FOCUS MEDCARE | Allstate Indemnity Company | $276.38 |
| 722988193 | 1 | B.M. | 7/9/2023 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,000.00 |
| 722988193 | 2 | B.R. | 7/9/2023 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $2,659.87 |
| 725786032 | 3 | E.L. | 8/17/2023 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $554.14 |
| 742505043 | 3 | G.F. | 1/18/2024 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $1,195.78 |
| 746509355 | 3 | D.P. | 2/23/2024 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $393.40 |
| 747397619 | 3 | L.M. | 2/27/2024 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $420.76 |
| 751678582 | 2 | G.D. | 3/31/2024 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $792.18 |
| 751849076 | 1 | I.T. | 4/14/2024 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $219.66 |
| 754274884 | 8 | K.F. | 5/8/2024 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $333.56 |
| 754649465 | 3 | G.H. | 5/11/2024 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $227.80 |
| 754649465 | 5 | G.K. | 5/11/2024 | 3rd Party | FOCUS MEDCARE | Allstate County Mutual Insurance Company | $161.00 |

*Allstate Insurance Company, et al. v. Roopani, et al.*

Exhibit 44

Focus Medcare Third Party Damages Chart

| Claim No. | Suffix | Claimant Initials | DOL | Billed Indicator | Payee | Payor | Allowed Amount |
|---|---|---|---|---|---|---|---|
| 764411633 | 5 | W.W. | 8/2/2024 | 3rd Party | FOCUS MEDCARE | Allstate Fire and Casualty Insurance Company | $381.38 |
| 769895358 | 1 | K.G. | 9/22/2024 | 3rd Party | EDLOE IMAGING- BAYTOWN | Allstate Fire and Casualty Insurance Company | $841.52 |
| 777201658 | 3 | R.M. | 11/25/2024 | 3rd Party | EDLOE IMAGING BAYTOWN | Allstate County Mutual Insurance Company | $404.98 |
| 777201658 | 1 | R.M. | 11/25/2024 | 3rd Party | EDLOE IMAGING BAYTOWN | Allstate County Mutual Insurance Company | $381.06 |
| 792720658 | 3 | L.N. | 5/12/2025 | 3rd Party | EDLOE IMAGING BAYTOWN | Allstate Fire and Casualty Insurance Company | $404.98 |
| 794927137 | 2 | C.T. | 6/1/2025 | 3rd Party | EDLOE IMAGING- BAYTOWN | Allstate County Mutual Insurance Company | $516.66 |
| 802159459 | 2 | J.B. | 8/9/2025 | 3rd Party | EDLOE IMAGING- BAYTOWN | Allstate Fire and Casualty Insurance Company | $404.98 |
| 805007465 | 5 | S.S. | 9/7/2025 | 3rd Party | EDLOE IMAGING BAYTOWN | Allstate North American Insurance Company | $404.98 |
| | | | | | | **Total:** | **$605,936.85** |