UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY AND CASUALTY INSURANCE<br>COMPANY,<br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br>ALLSTATE NORTH AMERICAN INSURANCE COMPANY,<br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br>and<br>ALLSTATE COUNTY MUTUAL INSURANCE<br>COMPANY,<br><br>       Plaintiffs,<br><br>v.<br><br>SOHAIL ROOPANI,<br>PIONEER HEALTHCARE, LLC,<br>SUNNY TRAIL INVESTMENTS, LLC D/B/A EDLOE<br>VENTURES,<br>FMCH, LLC D/B/A ELITE HEALTH SERVICES,<br>EDLOE HEALTH, LLC,<br>ELITE GP, LLC,<br>ELITE HS HOLDCO, L.P.,<br>ELITE HSR, LLC,<br>CLAY HEALTHCARE SERVICES, LLC D/B/A EDLOE IMAGING<br>- WEST HOUSTON AND D/B/A ELITE HEALTH SERVICES-<br>WEST HOUSTON,<br>MED CENTER HEALTHCARE SERVICES, L.P. D/B/A EDLOE<br>IMAGING - MEDICAL CENTER AND D/B/A ELITE HEALTH<br>SERVICES – MEDICAL CENTER,<br>GRAND PARKWAY IMAGING & SLEEP CENTER, INC. D/B/A<br>EDLOE IMAGING - SUGAR LAND AND D/B/A ELITE HEALTH<br>SERVICES – SUGAR LAND,<br>FOCUS MEDCARE, INC. D/B/A EDLOE IMAGING - BAYTOWN,<br>CORE MD MANAGEMENT, PLLC F/K/A CORE MD<br>MANAGEMENT, LLC,<br>CENTERS FOR PAIN RELIEF, PLLC,<br>PRIME ORTHOPEDIC, PLLC,<br>OLYMPIC SPINE AND JOINT, PLLC,<br>PAIN ALLEVIATION AND INTERVENTIONAL NEEDS, PLLC<br>F/K/A PAIN ALLEVIATION AND INTERVENTIONAL NEEDS,<br>LLC,<br>ANIL ROOPANI, RAHIL ROOPANI, M.D., and<br>BARKETALI ROOPANI,<br><br>       Defendants. | C.A. No.: 4:26-cv-02842 |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT
<u>AND ENTRY OF BRIEFING SCHEDULE</u>**

Defendants Sohail Roopani, Pioneer Healthcare, LLC, Sunny Trail Investments, LLC d/b/a Edloe Ventures, FMCH, LLC d/b/a Elite Health Services, Edloe Health, LLC, Elite GPM LLC, Elite HS Holdco, L.P., Elite HSR, LLC, Clay Healthcare Services, LLC d/b/a Edloe Imaging - West Houston and d/b/a Elite Health Services-West Houston, Med Center Healthcare Services, L.P. d/b/a Edloe Imaging - Medical Center and d/b/a Elite Health Services – Medical Center, Grand Parkway Imaging & Sleep Center, Inc. d/b/a Edloe Imaging - Sugar Land and d/b/a Elite Health Services – Sugar Land, Focus Medcare, Inc. d/b/a Edloe Imaging - Baytown, Core MD Management, PLLC f/k/a Core MD Management, LLC, Centers for Pain Relief, PLLC, Prime Orthopedic, PLLC, Olympic Spine and Joint, PLLC, Pain Alleviation and Interventional Needs, PLLC f/k/a Pain Alleviation and Interventional Needs, LLC, Anil Roopani, Rahil Roopani, M.D., and Barketali Roopani (collectively, "Defendants"), and Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate North American Insurance Company, Allstate Vehicle and Property Insurance Company, and Allstate County Mutual Insurance Company (collectively, "Plaintiffs") respectfully request an Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Original Complaint under Federal Rule of Civil Procedure 6, and state as follows:

1.    This lawsuit was filed by Plaintiffs on April 10, 2026.

2.    Plaintiffs' Complaint is approximately 280 pages long, contains over 1,600 paragraphs, and asserts 22 causes of action against the Defendants. In addition, Plaintiffs attached 44 exhibits to the Complaint.

3.    Defendants accepted and executed waivers of service on or about May 8, 2026, setting an initial responsive deadline on or about July 7, 2026.

4.      In their respective Joint Discovery/Case Management Plan filed on June 29th, the parties informed the Court that they intend to explore settlement discussions to see if the matter can be resolved early without the unnecessary expenditure of additional resources. The parties also informed the Court that Defendants were engaging with insurance providers to determine if coverage existed for one or more of Plaintiffs' claims. Those discussions are on-going. Finally, the parties indicated that an early settlement conference with the Court and/or mediation may help facilitate resolution.

5.      Given the complex and resource-intensive nature of this case, the parties believe it would be prudent to explore whether resolution of the claims is possible now, preserving the Court's and the parties' resources.  Accordingly, the parties maintain that good cause is present to grant an extension of Defendants' response deadline.

6.      Currently, the Defendants' responsive pleading deadline is July 7. The parties respectfully request that the Defendants' responsive pleading deadline be extended to September 30 to allow the possibilities for resolution of this matter to be fully exhausted. In the event the parties are unsuccessful in resolving this matter and Defendants file a motion to dismiss, the parties respectfully request that Plaintiffs be given 45 days to file its responses to the motions to dismiss, and Defendants be granted 21 days to file their replies to such responses.

7.      This Motion to Extend Time is not filed for the purpose of undue delay; rather, it is being filed in an attempt to provide the parties an opportunity to explore the possibility for early resolution.  There is no prejudice or harm to either party if the Court grants the requested extensions.

WHEREFORE, the parties jointly move for the Court to grant this Motion, extending the time for Defendants to answer or otherwise respond to the Complaint to September 30, 2026, order

Plaintiffs' responses to any motions to dismiss to be filed within 45 days of the motions to dismiss, and ordering any replies on the motions to dismiss to be filed within 21 days of the responses, and grant any additional relief the Court deems just and proper.

Respectfully submitted,

KING, TILDEN, MCETTRICK & BRINK, P.C.

*/s/ Nathan A. Tilden*
*/s/ Douglas D. McInnis*
Nathan A. Tilden
ntilden@ktmpc.com
Douglas D. McInnis
dmcinnis@ktmpc.com
350 Granite St., Suite 2204
Braintree, MA 02184
(617) 770-2214

**Attorneys for Plaintiffs,**
*Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate North American Insurance Company, Allstate Vehicle and Property Insurance Company and Allstate County Mutual Insurance Company*

DAVIS & SANTOS, PLLC

*/s/ Jason M. Davis*
*/s/ H. Jay Hulings*
Jason M. Davis
Attorney-in-Charge
State Bar No. 00793592
Southern District ID No. 20114
jdavis@dslawpc.com
H. Jay Hulings
State Bar No. 24104573
Southern District ID No. 3472684
jhulings@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

**Counsel for Defendants,**
*Pioneer Healthcare, LLC, Sunny Trail Investments, LLC d/b/a Edloe Ventures, FMCH, LLC d/b/a Elite Health Services, Edloe Health, LLC, Elite GP, LLC, Elite HS Holdco, L.P., Elite HSR, LLC, Clay Healthcare Services, LLC d/b/a Edloe Imaging – West Houston and d/b/a Elite Health Services – West Houston,Med Center Healthcare Services, L.P. d/b/a Edloe Imaging – Medical Center and d/b/a Elite Health Services – Medical Center, Grand Parkway Imaging & Sleep Center, Inc. d/b/a Edloe Imaging – Sugar Land and d/b/a Elite Health Services – Sugarland, Focus Medcare, Inc. d/b/a Edloe Imaging – Baytown, Rahil Roopani, M.D., and Barketali Roopani*

DYKEMA GOSSETT, PLLC

*/s/ Isaac Villarreal*
*/s/ J. Scott Hogan*
*/s/ Tiffany H. Eggers*
Isaac Villarreal
Texas Bar No. 24054553
SDTX Federal Bar No. 958226
5 Houston Center
1401 McKinney St., Suite 1625
Houston, TX 77010
T: 713-904-6900; F: 214-462-6401
IVillarreal@dykema.com
J. Scott Hogan
Texas Bar No. 24032425
SDTX Federal Bar No. 431310
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
T: 214-698-7868; F: 214-462-6401
SHogan@dykema.com
Tiffany H. Eggers
Florida Bar No. 0193968
Texas Bar No. 24151965
SDTX Federal Bar No. 3934304
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
T: 214-698-7895; F: 214-462-6401
TEggers@dykema.com

**Counsel for Defendants,**
*Sohail Roopani, Anil Roopani, Core MD Management, PLLC, Centers for Pain Relief, PLLC, Prime Orthopedic, PLLC, Olympic Spine and Joint, PLLC, and Pain Alleviation and Interventional Needs, PLLC f/k/a Pain Alleviation and Interventional Needs, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I served a copy of the foregoing document on all counsel of record for all parties via the Court's CM/ECF electronic filing system pursuant to the Federal Rules of Civil Procedure.

*/s/ J. Scott Hogan*
J. Scott Hogan